AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)                                        Appendix C

# UNITED STATES DISTRICT COURT
for the
_Black Lives Matter_ District of _____

_45th President Donald John Trump SR._
Plaintiff
v.  Civil Action No.
Defendant

United States Courts
Southern District of Texas
FILED

FEB 17 2017

David J. Bradley, Clerk of Court

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _750_ , and my take-home pay or wages are:  $ _N/A_ per
(specify pay period)  _Mo_ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

    (a) Business, profession, or other self-employment     ☐ Yes     ☒ No
    (b) Rent payments, interest, or dividends              ☐ Yes     ☒ No
SSI (c) Pension, annuity, or life insurance payments       ☐ Yes     ☒ No
    (d) Disability, or worker's compensation payments      ☒ Yes     ☐ No
    (e) Gifts, or inheritances                             ☐ Yes     ☒ No
    (f) Any other sources                                  ☐ Yes     ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

SSI $730.00 Monthly and 50.00 Dollar Sorry food stamp A month All go to legal funds against USA!

AO 240  (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ __0__.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Homeless By financial fraud of Defendant USA

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Phone, food, Legal,

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 2/14/2017

Black Lives Matter
_____
Applicant's signature

Louis Charles Hamilton II
_____
Printed name

Cmdr USN Secret Service #272
2724 61st Street, Ste 1-B #17
Galveston, Texas 77551