JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
*Black Lives Matter*

**DEFENDANTS** *NS 45th President*
*Donald Jottne Trump SR.*

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

*832 8949465*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Louis Charles Hamilton II  #*
*2724-61st street ste. I-B*
*Galveston Texas  77551*

Attorneys *(If Known)*
*U.S. Department of Justice*
*1000 Louisiana Street, ste 2300*
*Houston Texas 77002*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☒ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)                                      and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & / ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' / Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / ☐ 368 Asbestos Personal Injury Product | | ☐ 840 Trademark | ☐ 460 Deportation |
| | ☐ 340 Marine / Liability | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | Product Liability / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Medical Malpractice | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 550 Civil Rights | | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
*18 U.S.C. Code 242, 18 U.S.C. Code 249  Hate Crimes!*

Brief description of cause:
*Defamation, Lies Campaign by 45 President*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *33.5 Billion*

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*     JUDGE *Hanks*     DOCKET NUMBER *3:16-mc-00016*

DATE *2/16/2017*

SIGNATURE OF ATTORNEY OF RECORD *Louis Charles Hamilton II USN #772*

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

1

## In The United States District Court
## For The Southern District of Texas

Black Lives Matter

Plaintiffs                                    Complaint and Jury Demand

Vs.

Donald John Trump Sr. 45th President
United States of America et al

Defendant

1.

### Complaint

Plaintiffs, Black Lives Matter, appearing Pro Se Louis Charles Hamilton II, United States Navy Cmdr. Secret Service # 2712, brings this action against Defendant "Donald John Trump Sr. 45th President, United States of America et al, and Co-Defendant "United States of America et al

### Parties

1. Plaintiffs "Black Lives Matter" being Slavery Servitude victim of defendant Donald John Trump Sr. 45th President United States of America et al official timeline

August 20th 1619 – February 7th 2013 upon the Archivist of defendant "United States of America et al
"Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant "United States State of Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16th 1995, as with this action,
"Defendant", United States, the States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States"

2.

Plaintiffs are "Black Lives Matter" whom have been criminally by defendant 45th President of United States, and Co-Defendant United States, instituted against "Plaintiffs Black Lives matter any citizenship of the 14th amendment upon which "Plaintiffs Black Lives Matter" collectively having been Denaturalization of all claimed citizenship
by the Naturalization Act of 1798, The Naturalization Act, passed by the United States Congress on June 18, 1798 (1 Stat. 566), increased the period necessary for immigrants to become naturalized citizens in the United States from 5 to 14 year

Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the Plaintiffs Black Lives Matter some 215 years after  "Original" Naturalization Act of the Naturalization Act of 1798 being imposed thereafter13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, each

44.5 Million Negro Black Lives Matter Plaintiffs, listed herein having been Denationalization of all legal citizenship, which never existed, being "Actual August 20th 1619 – 2013 February 7th "Forced false imprisonment Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant United States of America

### 3.

Plaintiffs "Black Lives Matter" Official Denationalization of all legal citizenship after February 7th 2013 since 1865 therefore herein "Strike" the Naturalization Act of 1790 restricted citizenship to "any alien, being a free white person" who had been in the U.S. for two years. In effect, it left out indentured servants, Negro Forced Chattel Plaintiffs "Black Lives Matter 44.5 million slaves, and most women furtherance

Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the Plaintiffs some 223 years after the "Original" Naturalization Act of 1790 thereafter 13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, further leaving each 44.5 Million

Negro Black Lives Matter Plaintiffs, listed herein having been Denationalization of all legal citizenship, which never existed, being "Actual August 20th 1619 – 2013 February 7th legally by defendant United States of America et al" "Forced false imprisonment Black Lives Matter Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant

United States of America Constitution and "Black Lives Matter Plaintiffs never having the enjoyment of all 50 States 14th amendment due to the defeated 13th amendment as listed:

| | | | |
|---|---|---|---|
| AL | Alabama | Montgomery | December 14, 1819 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 "Strike" the 13th Amendment until ratified on Feb 7th 2013 |
| AK | Alaska | Juneau | January 3, 1960 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| AZ | Arizona | Phoenix | February 14, 1912 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified |

on Feb 7th 2013

| | | | |
|---|---|---|---|
| AR | Arkansas | Little Rock | June 15, 1836 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| CA | California | Sacramento | September 9, 1850 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| CO | Colorado | Denver | August 1, 1876 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| CT | Connecticut | Hartford | January 9, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| DE | Delaware | Dover | December 7, 1787 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| FL | Florida | Tallahassee | March 3, 1845 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| GA | Georgia | Atlanta | January 2, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| HI | Hawaii | Honolulu | August 21, 1959 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| ID | Idaho | Boise | July 3, 1890 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| IL | Illinois | Springfield | December 3, 1818 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| IN | Indiana | Indianapolis | December 11, 1816 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

| | | | |
|---|---|---|---|
| IA | Iowa | Des Moines | December 28, 1846 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| KS | Kansas | Topeka | January 29, 1861 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| KY | Kentucky | Frankfort | June 1, 1792 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| LA | Louisiana | Baton Rouge | April 30, 1812 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| ME | Maine | Augusta | March 15, 1820 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MD | Maryland | Annapolis | April 28, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MA | Massachusetts | Boston | February 6, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MI | Michigan | Lansing | January 26, 1837 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MN | Minnesota | Saint Paul | May 11, 1858 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MS | Mississippi | Jackson | December 10, 1817 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MO | Missouri | Jefferson City | August 10, 1821 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MT | Montana | Helena | November 8, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

| | | | |
|---|---|---|---|
| NE | Nebraska | Lincoln | March 1, 1867 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| NV | Nevada | Carson City | October 31, 1864 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| NH | New Hampshire | Concord | June 21, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| NJ | New Jersey | Trenton | December 18, 1787 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| NM | New Mexico | Santa Fe | January 6, 1912 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| NY | New York | Albany | July 26, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| NC | North Carolina | Raleigh | November 21, 1789 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| N | North Dakota | Bismarck | November 2, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| OH | Ohio | Columbus | March 1, 1803 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| OK | Oklahoma | Oklahoma City | November 16, 1907 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| OR | Oregon | Salem | February 14, 1859 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified on Feb 7th 2013 |
| PA | Pennsylvania | Harrisburg | December 12, 1787 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13[th]Amendment ratified |

on Feb 7th 2013

| | | | |
|---|---|---|---|
| RI | Rhode Island | Providence | May 19, 1790 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| SC | South Carolina | Columbia | May 23, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| SD | South Dakota | Pierre | November 2, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13thAmendment ratified on Feb 7th 2013 |
| TN | Tennessee | Nashville | June 1, 1796 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| TX | Texas | Austin | December 29, 1845 Pursuant to Dred Scott v. Sandford, 60 US 393 185713thAmendment ratified on Feb 7th 2013 |
| UT | Utah | Salt Lake City | January 4, 1896 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13thAmendment ratified on Feb 7th 2013 |
| VT | Vermont | Montpelier | March 4, 1791 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13thAmendment ratified on Feb 7th 2013 |
| VA | Virginia | Richmond | June 25, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13thAmendment ratified on Feb 7th 2013 |
| WA | Washington | Olympia | November 11, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13thAmendment ratified on Feb 7th 2013 |
| WV | West Virginia | Charleston | June 20, 1863 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13thAmendment ratified on Feb 7th 2013 |
| WI | Wisconsin | Madison | May 29, 1848 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

| WY | Wyoming | Cheyenne | July 10, 1890 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

Defendant is the 45th President of Defendant United State of America et al, acting both in an individual and official capacity residing at 1600 Pennsylvania Ave, NW Washington DC 20006, with his personal principal place of business in New York, New York,

4.

Jurisdiction and Venue

This Court already has subject matter over this action pursuant to Louis Charles Hamilton, II Plaintiff- Appellant v. Donald John Trump, Sr., 45th President Defendant-Appellee "Fifth Circuit Court of Appeals" Case No. 17-40068 as Stated:

Slave Negro Pro Se Plaintiff Louis Charles Hamilton II USN SS # 2712
President Negro Slave Barack Hussein (Water-Head) Obama II
Negro Slave Michelle LaVaughn Robinson Obama
Negro Slave Natasha Obama,
Negro Slave Malia Ann Obama                    U.S. Docket No. 3:16-MC-00016
Plaintiff Rachel Ann Hamilton (Wife)          ⁛ Slave Plaintiffs (Notice of Appeal)
Negro Slave Chandra D. Hamilton (Daughter)
Negro Slave Natasha Hamilton (Daughter)
Negro Slave Aaron Michael Halvorsen (Hamilton II)
Negro Slave Craig Robinson
Negro Slave Marian Shields Robinson
Negro Slave Rachel Meghan Markle
President Abe Lincoln
President John Fitzgerald "Jack" Kennedy
Robert Francis "Bobby" Kennedy
Negro Slave Dred Scott
Negro Slave Harriet Tubman
Negro Slave Rev. Doctor Martin Luther King Jr.
Negro Slave Deadria Farmer-Paellmann
Negro Slave Plaintiff LeBron Raymone James
Negro Slave Colin Rand Kaepernick
Negro Slave Plaintiff Petty Officer 2nd Class Janaye Ervin,
Negro Slave Officer CPL. MONTRELL Jackson, 32, Baton Rouge Police Department,
Negro Slave Gavin Eugene Long
Negro Slave Micah Xavier Johnson
Negro Slave Plaintiff Philando Castile
Negro Slave Alton Sterling
Negro Slave Carnell Snell Jr.
Negro Slave Korryn Gaines

Negro Slave Keith Lamar Scott

Negro Slave Terence Crutcher

Negro Slave MarShawn M. McCarrel II

Negro Slave Philando Castile

Negro Slave Alton Sterling

Negro Slave Michael Brown

Negro Slave Malcolm X born Malcolm Little

Negro Slave Medgar Wiley Evers

Negro Slave Andrew Jackson Young, Jr.

Negro Slave Eric Marlon Bishop, "Jamie Foxx" ("Django")

Negro Slave Samuel L. Jackson

Negro Slave Oprah Gail Winfrey

Negro Slave Plaintiff Denzel Hayes Washington Jr.

Negro Slave Caryn Elaine Johnson Whoopi Goldberg

Negro Slave Wesley Snipes

Negro Slave Marion Hugh "Suge" Knight Jr

Negro Slave Eric Garner,

Negro Slave Michael Brown,

Negro Slave Tamir Rice,

Negro Slave Walter Scott,

Negro Slave Freddie Gray

Negro Slave Laquan McDonald."

Negro Slave Veteran Jeffery Tavery

Negro Slave Veteran Robert Vaughan

Negro Slave Veteran Keno Miller

Plaintiff Negro Slave Veteran Avery Brown

"Plaintiff 1865 "Freeman Bureau"

"Plaintiff "Black Lives Matter"

Plaintiff Slave Negro US Veteran Exactly 1.8 (Million)

Plaintiff Negro Slaves 42.7 Million

Plaintiff British Empire et al (Prince Williams, Prince Harry & British Queen)

Plaintiff Negro DNA Slave British Empire Immigrants

Plaintiff (allies) Albania, - Plaintiff (allies) Qatar

Plaintiff Negro DNA Slave "Immigrant" Anguilla - Plaintiff Negro DNA Slave "Immigrant" West Indies

Plaintiff Negro DNA Slave "Immigrant" Algeria –

Plaintiff Negro DNA Slave "Immigrant" Zimbabwe

Negro Plaintiff Slaves DNA affirm of Zuni Tribe of the Zuni Reservation, New Mexico

- Negro Plaintiff Slaves DNA affirm of Absentee – shawneee Tribe of Indians of Oklahoma


Vs.

Defendant 45th President Donald John Trump Sr. et al

Defendant United States of America et al

Before the Court", Property of the United States of America, Slave Negro U.S Federal Judge

George Carol Hanks, Jr. (born into slavery servitude of USA in 1964),
        USPS First Class Mail 9400 1118 9922 3387 4828 41

5.

Negro Slave Plaintiffs Notice of Appeal through support Slave Negro U.S Federal Judge
George Carol Hanks, Jr. (born into slavery servitude of USA in 1964), knowingly operated in
violation of the law being described before the "Fifth Circuit Court of Appeals" did on or
about the 5th day, committed to obstruction of justice,, and scuttled all material facts,
willfully misrepresentation all factual material evidenced before the Court records with
supporting evidenced filed in

PLAINTIFFS attached exhibit A-7 herein Hamilton vs. United States of America et al
dated the 11th day of august 2016 "Chief Defendant "Melinda Harmon, United States District
Judge, denied factual material evidenced, and willfully fraudulent with criminal intent
misrepresentation material government records, while scuttling such evidenced that

6.

"Mississippi free all Negro Plaintiffs "Black Lives Matter"
in 2013, and now as the "court fraudulent" making hostile slave trade claims on
behalf of defendant GOP Republican Party Government Slavery in (USA) ended clear back
time line of the 1865 civil war 13th Amendment as one Slave Negro U.S Federal Judge George
Carol Hanks, Jr. (born into slavery servitude of USA in 1964), knowingly operated in violation
of the law being described before the "Fifth Circuit Court of Appeals" did on or about the 5th
day, committed to obstruction of justice,, and scuttled all material facts, willfully
misrepresentation all factual material evidenced before the Court records with supporting
evidenced filed in support of this appeal  "Plaintiffs attached exhibit A-8 filed upon the
official court records

U.S. Docket No. 3:16-MC-00016 Slave Plaintiffs (Notice of Appeal) true and correct
copy of the 30th of December 1854 Dred Scott Slave property papers upon being Property of
the United States of America, Slave Negro U.S Federal Judge George Carol Hanks, Jr. (born
into slavery servitude of USA in 1964), as said Slave Negro U.S Federal Judge George Carol
Hanks, Jr. continual to hold governing to this ruling against each and all

"Plaintiffs" In this ruling, the defendant U.S. Supreme Court stated that Negro
Plaintiff's slaves were not citizens of the United States and, therefore, could not expect any
protection from the defendant Federal Government or the defendant courts. The opinion also
stated that defendant Congress had no authority to ban slavery from a defendant Federal
territory.

In 1846 a slave named Negro Plaintiff Slave Dred Scott and his Negro Plaintiff Slave
wife, Harriet, sued for their freedom in a defendant St. Louis city court. The odds were in
their favor. They had lived with their owner, an army surgeon, at Fort Snelling, then in the
free Territory of Wisconsin.

7.

The Negro Plaintiff Slave Scotts' freedom could be established on the grounds that
they had been held in bondage for extended periods in a free territory of defendant "United
States of America et al" and were then returned to a defendant slave state. Courts had ruled

this way in the past. However, what appeared to be a straightforward lawsuit between two private parties became an 11-year legal struggle that culminated in one of the most notorious decisions ever issued by the defendant United States Supreme Court.

On its way to the defendant Supreme Court, the Negro Plaintiff Slave Dred Scott case grew in scope and significance as slavery became the single most explosive issue in defendant American politics. By the time the case reached the high court, it had come to have enormous political implications for the entire nation, On March 6, 1857, defendant Chief Justice Roger B. Taney read the majority opinion of the Court, which stated that slaves were not citizens of the defendant United States and, therefore, could not expect any protection from the defendant Federal Government or the courts.

The opinion also stated that defendant Congress had no authority to ban slavery from a defendant Federal territory. This decision moved the nation a step closer to Civil War. The decision of Scott v. Sanford, considered by legal scholars to be the worst ever rendered by the defendant Supreme Court, and Negro Plaintiff in 2017 under notary seal affirm this  Dred Scott v. Sandford, 60 US 393 1857 was never overturned by the 13th and 14th amendments to the defendant Constitution, a true and correct copy of the 13th and 14th amendments being filed into

8.

U.S. Docket No. 3:16-MC-00016 Slave Plaintiffs (Notice of Appeal) "Plaintiffs" Slave exhibit A- 9 copy of the original 13th amendment and "Plaintiffs" Slave exhibit A- 10 copy of the original 14th amendment which never abolished slavery and declared all persons born in the defendant United States to be citizens of the defendant United States.

Plaintiff President Abraham Lincoln issued the Emancipation Proclamation on January 1, 1863, announcing, being filed into U.S. Docket No. 3:16-MC-00016 Slave Plaintiffs (Notice of Appeal) "Plaintiffs" Slave exhibit A- 11 copy of the original "that all persons held as slaves" within the rebellious areas "are, and henceforward shall be free.", is fully voided into these proceeding which

Emancipation Proclamation on January 1, 1863, never abolished slavery as fraudulent official declared all persons born of Negro Race in the defendant United States to be citizens of the defendant United States, defendant "Mississippi" RICO corruption slave trade  free all "Negro Plaintiffs slaves herein on or about February 7th 2013 Exactly before the Fifth Circuit Court of appeals" cause of direct action Slave Negro U.S Federal Judge George Carol Hanks, Jr. (born into slavery servitude of USA in 1964), knowingly operated in violation of the law being described before the

9.

"Fifth Circuit Court of Appeals" did on or about the 5th day, committed to fraud of the court acting under color of law of the defendant in continue  44.5 million plus counts of fraud of court records and decree, obstruction of justice,, and scuttled all material facts, willfully misrepresentation all factual material evidenced already filed before the Court records, directed at the said Negro Plaintiffs Slaves herein Plaintiff President Abraham Lincoln issued the Emancipation Proclamation did factual on

January 1, 1863, announcing, being filed into U.S. Docket No. 3:16-MC-00016 Slave Plaintiffs (Notice of Appeal) "Plaintiffs" Slave exhibit A- 11 copy of the original "that all persons held as slaves" within the rebellious areas "are, and henceforward shall be free.",

upon which Negro Plaintiffs Slaves assert such freedom official records of defendant "United States of America,

being held hidden, scuttled and a party to this fraud against all current supporting evidenced filed herein official copies in support of this appeal some 150 year later of the Plaintiff President Abraham Lincoln issued the Emancipation Proclamation on January 1, 1863, that said  "that all persons held as slaves" within the rebellious areas "are, and henceforward shall be free.",  which defendant "Mississippi" being said rebellious area

## 10.

PLAINTIFFS attached exhibit A-7 herein Hamilton vs. United States of America et al dated the 11th day of august 2016 "Chief Defendant "Melinda Harmon, United States District Judge, denied factual material evidenced, and willfully fraudulent with criminal intent misrepresentation material government records, being filed into U.S. Docket No. 3:16-MC-00016 Slave Plaintiffs (Notice of Appeal) "Plaintiffs" Slave exhibit A- 12 copy of the original Defendant  State of Mississippi has ratified the 13th Amendment to the Constitution of the United States. ~ Sincerely, CHARLES A. BARTH Director of the Federal Register

February 7, 2013 The Honorable C. Delbert Hosemann, Jr Secretary of State of Mississippi 401 Mississippi St. P.O. Box 136 Jackson, MS 39205 Dear Secretary of State Hosemann:

On behalf of the Archivist of the United States, I acknowledge receipt of Senate Concurrent Resolution Number 547 Resolution, adopted by the Mississippi Senate on February 16, 1995 and the Mississippi House of Representatives on March 16, 1995. With this action, the State of Mississippi has ratified the 13th Amendment to the Constitution of the United States. ~ Sincerely, CHARLES A. BARTH Director of the Federal Register, being in direct violation of being filed into U.S. Docket No. 3:16-MC-00016

Slave Plaintiffs (Notice of Appeal) "Plaintiffs" Slave exhibit A- 13 copy of the original "Charter of the United Nations" of June 26th 1945, as "Negro Plaintiffs Slaves" fully being Slave Property" and not allowed to vote when said being filed into U.S. Docket No. 3:16-MC-00016 Slave Plaintiffs (Notice of Appeal) "Plaintiffs" Slave exhibit A- 15 civil right of 1964 copy of the original, and being filed into U.S. Docket No. 3:16-MC-00016 Slave Plaintiffs (Notice of Appeal) copy of the original, "Plaintiffs" Slave exhibit A- 16 "Voting Rights Act of 1965"

Cc:  Queen Elizabeth II, Princess Elizabeth Alexandra Mary,
Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)
Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)
Cc: Prime Minister Theresa Mary May
The British Consulate 1301 Fannin Street Houston Texas 77002-7014
          USPS First Class Mail 9400 1118 9922 3387 4848 90

## 11.

Venue is furtherance appropriated pursuant to all actions arise against "Plaintiffs Black

Lives Matter" occurred by Chief Defendant Donald John Trump Sr.  acting 45th President of the United States of America directed criminal with intent to all  "PLANTIFFS" BLACK LIVES MATTER some 44.5 Million plus Counts of Libel, Slander, Defamation, Terrorism, threats, harassments, inciting rioting, voting disfranchisement, discrimination, cyber bullying, racial bigotry to be the same unwanted ritual of "whites supremacy" as such in a position of power continue escalated organized hate crimes directed at

   PLAINTIFFS BLACK LIVES MATTER to create continue fear from all these verbal threats while still holding economic power over PLANTIFFS BLACK LIVES MATTER installing feeling of continue alienation, helplessness, fear from such continue Liable Plaintiffs "BLACK LIVES MATTER" as "Enemy"  and not being welcome in defendant (USA)  as stated publicly:

   Defendant The White House's webpage on civil rights has been deleted, just hours after defendant Donald John Trump Sr. was inaugurated as President.

   The new White House website went live following Donald Trump's inauguration Friday, and it contained a bracing message implicitly directed to supporters of the Black Lives Matter movement: Your kind is not welcome in Trump's America.
   "The Trump Administration will be a law and order administration," reads a page on the website titled "Standing Up for Our Law Enforcement Community." It continues: "President Trump will honor our men and women in uniform and will support their mission of protecting the public. The dangerous anti-police atmosphere in America is wrong. The Trump Administration will end it."

      In case it wasn't clear who and what the Trump administration blames for this "anti-police atmosphere," the website clarified: "Our job is not to make life more comfortable for the rioter, the looter, or the violent disrupter."
      Given the endorsement Trump received from the Fraternal Order of Police and his consistent praise of police officers on the campaign trail, it's not surprising that he feels revved up about being a "law and order" president who will defend the honor of the nation's men and women in blue.
      Still, it was chilling to see such unambiguous evidence of his contempt for those who've protested against police violence—and the strength of his apparent resolve to snuff out their movement—appear on the official White House website just minutes after he officially became president.

      How this contempt will be turned into policy remains to be seen. But insofar as the Obama administration was an ally to Black Lives Matter—and it was, if only through the Justice Department's series of scathing reports on systemic racism and misconduct in police departments in Ferguson, Missouri; Baltimore; and Chicago—Trump has now promised, in his official capacity as the 45th president of the United States, to be its enemy, This criminal action of Defendant Donald John Trump Sr. continue having occurred days after Judicial fraud of the Court in regards to the already complaint filed on behalf of among others

**12.**

"Plaintiff BLACK LIVE MATTERS" against Donald John Trump Sr. filed before becoming "President of the Defendant "United States of America et al" alleges of being under acts of organization Terrorization, threats, inciting rioting, promoting, and theft in billions of dollars with real acts of real violence having occurred and lost of life of "BLACK LIVES MATTER by the actions of "Chief Defendant Donald John Trump Sr. as described in  U.S. Docket No. 3:16-MC-00016

Now 44.5 Million plus BLACK LIVES MATTER "Plaintiffs " collectively as of this undersigned date having additional acts of violence in now 2017 after Chief Defendant Donald John Trump Sr. became acting President of defendant "United States of America" hosting, financing of organization acts of  Terrorism, threats, harassments, inciting rioting, voting disfranchisement, discrimination, cyber bullying, racial bigotry to be the same unwanted ritual of

RICO endeavor, and envious hostile 2017 "whites supremacy "to include another assassination attempt upon the BLACK LIVES MATTER "Plaintiffs "  Pro Se Plaintiffs (Attorney of Record) herein on January 10th 2017 as stated in the Notice of appeal all being realleges and incorporates all facts in the appeal fully set forth herein.

**13.**

PLAINTIFFS "BLACK LIVES MATTER" et al  Plaintiff  Louis Charles Hamilton, II "Strike" Defendant Donald John Trump Sr. 45th President the Nationality Act, the Naturalization Act of 1790 restricted citizenship to "any alien, being a free white person" who had been in the U.S. for two years. In effect, it left out PLAINTIFFS "BLACK LIVES MATTER" indentured servants, and all PLAINTIFFS "BLACK LIVES MATTER" Negro Forced Chattel Plaintiffs some now 44.5 million slaves, well into February 7th 2013 as this is factual evidence upon the Archivist of defendant "United States of America et al "Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16[th] 1995, as with this action, "Defendant", The States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States"  2013 furtherance legally

**14.**

Plaintiffs "Black Lives Matter" realleges and incorporates all factual material facts, with supporting evidence, present before U.S. Docket No. 3:16-MC-00016 The United States District Court for the District of Texas (The Southern District Court) has jurisdiction over this matter Racketeer Influenced and Corrupt Organizations Act... 18 U.S.C. § 1589 (forced labor), 18 U.S.C. § 1590 (trafficking with respect to peonage, slavery, involuntary servitude, or forced labor),"Slavery Servitude" money laundering statutes, 18 U.S.C. 1956 and 1957, "Slavery Servitude" money laundering statutes, RICO statute (18 U.S.C. § 1961(1) 42 U.S.C. § 1983 and

state-law action, "Mutable of "thousands upon thousands" counts of "Assault , "Battery", "Infliction of Bodily Injury" , "Offensive Physical Contact", "Threat of Bodily Contact",

"Wrongful Death" for "Unjust Enrichment" in this 1619 – 2013 SLAVERY SERVITUDE, FALSE IMPRISONMENT, DISCRIMINATION, DEFAMATION "Spoliation of Evidence", "Open Records Act Violation", "Conversion", Denationalization, "Fraud" and "Fraudulent Nondisclosure, "Wrongful Death" Rev. Doctor Martin Luther King, Jr."WRONGFUL DEATH OF PRO SE PLAINTIFF IN HIS PERSON IN UTAH 1994 – 2099,Religious Prosecution, Custodial Interference, Child Kidnapping, Kidnapping by (Texas) and Several conspired government attempted at

"Wrongful attempted Death of Pro Se Plaintiff  (Hamilton) II in his both person Navy Cmdr. (Secret Service # 2712) 2011 – 2017 TEXAS", "Common law Fraud", "Detrimental Reliance", "Common law Fraud", "Embezzlement",  "Misrepresentation of Material facts", "INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE", Financial Crimes against the Elderly or Disabled 2012 Legislation of The United State of America on rules of Governing Laws,(RICO) in

"Civil Financial Exploitation Statutes Code of Ala. § 38-9-2 (2013). TITLE 38 Public Welfare CHAPTER 9 Protection of Aged or Disabled SLAVE PLANTIFFS", 18 U.S. Code § 1031 – "Fraud against the United States", "The Racketeer Influenced and Corrupt Organizations Act," "Honest Services Fraud 18 U.S.C. § 1346", "Mail and Wire Fraud", "Tortious Interference with Prospective Relationship", and "Tortious Interference intentionally interfered with all economic growth of "Negro Slave PLAINTIFFS", Tortious Interference with Fiduciary Duty" of the "Judicial Branch of Government", U.S. Bank Fraud Statute, Title 18 U.S. Code section 1344, prohibits defrauding federal financial institutions in this "Grand Scheme on nature against Furtherance's 923. 18 U.S.C. § 371—Conspiracy to Defraud the United States, "Fraudulent Concealment", "Aiding & Abetting", "Assisting or Encouraging", "Assistant & Participating", "Concert of Actions",

Back Child Support from 1619 – 2013  CRIMINAL SEXUAL ACTS, SEXUAL ABUSE, FORCIBLE TOUCHING, ASSAULT, BATTERY, INTENTIONAL AND RECKLESS INFLICTION OF EMOTIONAL DISTRESS, DURESS, committed to fraud, in non-disclosure pursuant to 42 U.S.C. § 1982 civil rights violation of (PLAINTIFFS) collectively being official "enslave" Denationalization 44.5 Million DNA Negro (Slaves) Plaintiff(s) collective herein their persons, and "pro se" Plaintiff in his both person since date of "birth" November 8th 1961 from all fraudulent claimed U.S. citizenship status, from the exact time frame of "August 20th 1619 – February 7th 2013,

Defendant "United States of America et al" and Co-Defendant United Nations", "NATO" and Federal Reserve Bank et al all conspire 18 U.S. Code Chapter 77 - PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS § 1581 - Peonage; obstructing enforcement § 1582 - Vessels for slave trade § 1583 - Enticement into slavery § 1584 - Sale into involuntary servitude § 1585 - Seizure, detention, transportation or sale of slaves § 1586 - Service on vessels in slave trade § 1587 - Possession of slaves aboard vessel § 1588 - Transportation of slaves from United States § 1589 - Forced labor § 1590 - Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor § 1591 - Sex trafficking of children or by force, fraud, or coercion § 1592 –

Unlawful conduct with respect to documents in furtherance of trafficking, peonage, slavery, involuntary servitude, or forced labor § 1593 - Mandatory restitution § 1593A - Benefitting financially from peonage, slavery, and trafficking in persons, 18 U.S. Code § 1028 - Fraud and related activity in connection with identification documents, authentication features, and information And 18 U.S. Code § 1002 - Possession of false papers to defraud United States violation of

18 U.S. Code § 249 - Hate crime acts, further violation of Sec. 37.03. AGGRAVATED PERJURY "with actual Treason of President Slave Negro Barack Hussein Obama II on official government legal court records, to assured his "entire Presidential (two) terms Career was spent "enslaved" against his peace, will, and dignity based sole on his race "Negro" born in 1961 "enslaved" by United States of America August 20th 1619 – February 7th 2013 and a

15.

(Negro) PLAINTIFFS "BLACK LIVES MATTER" et al  entire Obama Family, and "pro se" Plaintiff in his person, (Negro Slave Plaintiffs) 44.5 Million to continue being "enslaved" against Hate Crimes statue well into 2013 148 years past the 13th Amendments to always 1865 – 2016  (December) no legal standing before a 'White Klansman Man" American RICO Slave Trade 1619 – 2013 Federal Court" committed to false publication,

Violation of 18 U.S. Code Chapter 115 – TREASON, SEDITION, AND SUBVERSIVE ... of treason • § 2383 - Rebellion or insurrection • § 2384 - Seditious conspiracy • § 2385 ... 18 U.S. Code § 1031 –"Fraud against the United States", "The Racketeer Influenced and Corrupt Organizations Act," "Honest Services Fraud 18 U.S.C. § 1346", conspiracy to commit wire fraud, wire fraud, and major fraud against the United States, its

US Department of Veterans Affairs, bogus Veterans fundraisers, THE PATRIOT ACT II: TERRORIZING THE AMERICAN PEOPLE
http://www.prisonplanet.com/the_patriot_act_2_terrorizing_the_american_people.htmlAgainst furtherance's acts of incite a riot, organize, promote, encourage, and "civil conspire

further in a nature being direct violation and aid and abetting of 18 U.S. Code § 2101 – Riots in a nature involving continual (RICO) enterprise, committed to cover up, scuttling, obstruction of Justice of all criminal crimes against humanity of The Rome Statute International Criminal Court, an international court that has jurisdiction over certain international crimes, including genocide, crimes against humanity, and war crimes, as listed Defendant Donald John Trump Sr. et al being in Criminal acts of violation of defendant (USA) and all "allies" The Trading with the Enemy Act 1914, and Espionage Act of 1917, which all this International "Premeditated RICO endeavor Insider Trade acts been illegal since, especially

### 16.

Chief Defendant "Donald John Trump Sr. being in the position of the 45th President elect of defendant (USA) fully already violated US and UK United Kingdom, The Trading with the Enemy Act 1914,The Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12),The Trading with the Enemy Amendment Act 1915 (5 & 6 Geo 5 c 79),The Trading with the Enemy (Extension of Powers) Act 1915 (5 & 6 Geo 5 c 98),The Trading with the Enemy Amendment Act 1916 (5 & 6 Geo 5 c 105),The Trading with the Enemy (Copyright) Act 1916 (6 & 7 Geo 5 c 32),The Trading with the Enemy and Export of Prohibited Goods Act 1916 (6 & 7 Geo 5 c 52), The Trading with the Enemy (Amendment) Act 1918 (8 & 9 Geo 5 c 31),The Trading with the Enemy Act 1939 (2 & 3 Geo 6 c 89)

Since 1999 Cuba Embargo violations all being kept cover up by defendant GOP Republican Party Government "Protection of their Whites Supremacist" Terror Organization defendant "Knights of the Klu Klux Klansman, as the government records of defendant "United States of America" U.S. Docket No. 1:16-CV-02654, order as evidence, Within the jurisdiction of defendant "United States of America et al", in their Professional and Personal, entity capacity being under direct violation of Great Britain United Kingdom Slave Trade Act From May 1, 1807, to 2013 (February 7th) pursuant to

ROME STATUTE OF THE INTERNATIONAL CRIMINAL COURT*, Article 6 Genocide, Article 7, Crimes against humanity and never ending defendant (USA) 1865 "Civil War" in direct violation of Article 8 War crimes, Defendant Donald John Trump declared a $916 million loss on his newly uncovered 1995 tax returns — a loss that would allow him to avoid paying federal income tax for up to 18 years", added to his 16.4 Billion Minimum

### 17.

Collectively here in January 1st 2000 – 2016 engaging in supporting "Global Financing of Terrorism" of The "Knight of The Klu Klux Klan", as they are Identified in Plaintiff exhibit (F) U.S. Docket Case No. 16-CV-02645 defendant "Donald John Trump Sr. et al, in

violation of Section 2 of the Ku Klux Klan Act of 1871 and section 11 (b) of the voting rights Act of 1965 by conspiring to prevent minority Negro Plaintiff- appellant voters from exercising right to vote in the 2016 "election" conspiring to intimidate, threaten, harass and coerce to the same

"United States of America District Court being criminal himself actually engaged in maintaining, Slavery servitude, fraud in scuttling the records and direct refusal in restoring actual legal citizenship to all 44.5 Million Negro Slaves Plaintiffs herein as further Slave Negro U.S Federal Judge George Carol Hanks, Jr. did on 5[th] day of January 2017 conceals disguises, and scuttled the nature, location, source, or ownership of material support of chief defendant 45th President Donald John Trump Sr. finance of terrorism, within foreign government(s) enemies Cuba, Venezuela, the Balkan region, some North and Central African states, Gambia, Oman, the Caucus states, India and SE Asia.

Definitive enemies: Somalia, Syria, Iraq, ISIL, Yemen, Nigeria, Algeria, Iran, Afghanistan, Pakistan, Russia, North Korea, and China. of defendant in financing "International Terrorism within the "United States of America", past, present and future being in defendant Donald John Trump Sr. illegally conducted business in Communist Cuba in violation of Defendant American trade bans in the late 1990s knowingly operated in violation of the law further

Slave Negro U.S Federal Judge George Carol Hanks, Jr. did on 5th day of January 2017 conceals disguises, and scuttled the nature, location, source, or ownership of material support of chief defendant 45th President Donald John Trump Sr. finance of terrorism, which all fact have proven in addition (Plaintiffs) will show

Further Slave Negro U.S Federal Judge George Carol Hanks, Jr. did on 5th day of January 2017 conceals disguises, and scuttled the nature, location, source, or ownership of material support of chief defendant 45th President Donald John Trump Sr. finance of terrorism, continue to delegitimize the rights of each and every Plaintiff(s) "BLACK LIVES MATTER" et al National Security Interest institutions in The intelligence community that can really hold chief defendant

18.

45[th]President Donald John Trump Sr. finance accountable from all acts of terrorism, descried to have already occurred within the "Jurisdiction" of defendant (USA) and the "International Community" with Civil RICO fraud against the Court while acting under color of law with direct intent violation of Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law ... and crimes under Judicial duties of a United States District Judge to not fraudulent engaging "Fraud and false statement of court government records pursuant to Title 18, U.S.C., Section 1001 Fraud and False Statements, with fraud against (IFP) , 28 U.S. Code § 1915 - Proceedings in forma pauperis,

"Medical Fraud/Malpractice, Gross Neglect, Defendant "State of Utah" declared Pro Se Plaintiff in his "Both Persons" legally Dead, in order to obtain legal custody of the 2 minor draughts whom been (Missing) since 1994, with the (mother) Dead Body, also missing thereafter moments in the same day in 1994 (I) ID my Dead Wife Plaintiff Rachel Ann Hamilton, to prepare for family Christen burying services.

19.

Plaintiff(s) "BLACK LIVES MATTER" et al realleges and incorporates by reference paragraphs 1 through 18 as though fully set forth herein further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, fully cause of action as follows:

Over the course of decades, Chief Defendant "Donald John Trump Sr. companies have systematically destroyed or hidden thousands of emails, digital records and paper documents demanded in official proceedings, often in defiance of court orders. These tactics—exposed by a *Newsweek* review of thousands of pages of court filings, judicial orders and affidavits from an array of court cases—have enraged judges, prosecutors, opposing lawyers and the many ordinary citizens entangled in litigation with Chief Defendant "Donald John Trump Sr. T In each instance, Chief Defendant "Donald John Trump Sr. and entities he controlled also erected numerous hurdles that made lawsuits drag on for years, forcing courtroom opponents to spend huge sums of money in legal fees as they struggled—sometimes in vain— to obtain records.

This behavior is of particular import given Chief Defendant "Donald John Trump Sr. frequent condemnations of Hillary Clinton, his Democratic opponent, for having deleted more than 30,000 emails from a server she used during her time as secretary of state. While Clinton and her lawyers have said all of those emails were personal, Chief Defendant "Donald John Trump Sr. has suggested repeatedly on the campaign trail that they were government documents Clinton was trying to hide and that destroying them constituted a crime. The allegation—which the FBI concluded was not supported by any evidence—is a crowd-pleaser at Trump rallies, often greeted by supporters chanting, "Lock her up!"

Plaintiff(s) "BLACK LIVES MATTER" et al African-Americans, further Affirm, State and fully declare Chief Defendant "Donald John Trump Sr. USE OF DECEPTION and untruthful affidavits, as well as the hiding or improper destruction of documents, dates back to at least 1973, when the Republican nominee, his father "Fred Trump" and their real estate company battled the federal government over civil charges that they refused to rent apartments to Plaintiff(s) "BLACK LIVES MATTER" et al African-Americans, as

Chief Defendant "Donald John Trump Sr. having inside information since 1973 all Plaintiff(s) "BLACK LIVES MATTER" et al African-Americans, where in fact "Slaves" with no legal citizenship, and actual "property" of the Para-Military" Knights of The Klu Klux Klansmen, as Chief Defendant "Donald John Trump Sr. being in the "High Ranks" of the Para-Military" Knights of The Klu Klux Klansmen, and "Slavery Servitude" did not officially ending against Plaintiff(s) "BLACK LIVES MATTER" et al African-Americans, until 2013 as stated, with official government records as evidence of these "material facts"

## 20.

The Chief Defendant "Donald John Trump Sr. strategy was simple: deny, impede and delay, while destroying documents the court had ordered them to hand over. Finally, under subpoena, Chief Defendant "Donald John Trump Sr. appeared for a short deposition. When asked about the missing documents, he made a shocking admission: The Chief Defendant "Donald John Trump Sr. had been destroying their corporate records for the previous six months and had no document-retention program.

They had conducted no inspections to determine which files might have been sought in the discovery requests or might otherwise be related to the case. Instead, in order to "save space," Chief Defendant "Donald John Trump Sr. testified, officials with his company had been tossing documents into the shredder and garbage. The government dashed to court, seeking sanctions against the Chief Defendant "Donald John Trump Sr..

Prosecutors asked the judge to allow them to search through the corporate files or simply declare the Chief Defendant "Donald John Trump Sr. in default and enter a judgment against them. The judge opted to allow the government access to the company offices so they could find the records themselves.

In three letters and three phone calls, the government notified the Chief Defendant "Donald John Trump Sr. that this inspection would take place on June 12, 1974. When they arrived at the Trump offices, Chief Defendant "Donald John Trump Sr. was there, but he and everyone else were "surprised" that prosecutors had come and refused to allow them access to documents without their defense lawyers present.

## 21.

A prosecutor called those lawyers, but they were not in their offices. The frustrated prosecutors then gave up and headed back to court They were then hit with a new delaying tactic. The Chief Defendant "Donald John Trump Sr. submitted a filing based on statements by Chief Defendant "Donald John Trump Sr. that radically misrepresented what had occurred that day. He claimed a prosecutor, Donna Goldstein, had arrived at the company without

notifying the Chief Defendant "Donald John Trump Sr. counsel, refused to telephone their lawyer and demanded access to Trump's office. The prosecutor—accompanied, the Chief Defendant "Donald John Trump Sr. claimed, by five "stormtroopers"—then banged on doors throughout the office, insisting she and her team be allowed to "swarm haphazardly through all the Chief Defendant "Donald John Trump Sr. files and to totally disrupt their daily business routine."

At the same time, in a move that caused another huge delay, the Chief Defendant "Donald John Trump Sr. claimed that Goldstein had been threatening Chief Defendant "Donald John Trump Sr. employees who were potential witnesses. In several instances, the employees signed affidavits stating they had been subjected to abuse by Goldstein, then denied it when they were forced to testify.

Even one of the government's key witnesses, Thomas Miranda—who told the government the Chief Defendant "Donald John Trump Sr. instructed managers to flag applications from "PLAINTIFFS BLACK LIVES MATTER minorities and that he was afraid the "PLAINTIFFS BLACK LIVES MATTER minorities family would physically harm him—suddenly announced that prosecutors had threatened *him* and that he had never provided any evidence against the Chief Defendant "Donald John Trump Sr., These allegations of misconduct, which demanded sanctions against the government for abusing its power, required more hearings. Once again, the Chief Defendant "Donald John Trump Sr., claims went nowhere,

### 22.

In June 1975, more than 18 months after the government filed the case on behalf of "PLAINTIFFS BLACK LIVES MATTER minorities, whom are still legally slaves", and property of the Para-Military Knights of the Klu Klux Klansmen and with the Chief Defendant "Donald John Trump Sr., still withholding potentially relevant records, Plaintiff(s) "BLACK LIVES MATTER" et al realleges and incorporates by reference paragraphs 1 through 18 as though fully set forth herein further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, fully, these

*"Over the course of decades, Chief Defendant "Donald John Trump Sr. companies have systematically destroyed or hidden thousands of emails, digital records and paper documents demanded in official proceedings, often in defiance of court orders. corporate files since scuttled, destroyed, hidden and obscured records are actual evidence in addition to all claims "The Chief Defendant "Donald John Trump Sr. strategy was simple: deny, impede and delay, while destroying documents the court had ordered them to hand over" leading to actual*

"Fred Trump Tax Records, kept secret by (IRS) "Whites Supremacy" government will fully suppress the international business relationship leading back to officially the Union of Soviet Socialist Republics, USSR, which was a socialist state on the Eurasian continent that existed from 1922 to 1991 "Whites Supremacy" government secretly shored up, and financed by the GRU (Glavnoye Razvedyvatel'noye Upravleniye) as indicate, Konstantin Chernenko, Leonid Brezhnev, Alexei Kosygin, Yuri Andropov, leading with finally the Secret KKK financing to "Fred Trump" by none other than Mikhail Sergeyevich Gorbachev Soviet official, the general secretary of the Communist Party of the Soviet Union (CPSU) from 1985 to 1991 and president of the Soviet Union in 1990–91.

### 23.

As defendant "United States of America et al" RICO "Slave Trade" in-house GOP Republican Party disfranchisements of the Pro Se Plaintiff (Hamilton) in his both person(s) "Cmdr. USN (Secret Service) which ended upon the Sworn in 45[th] President Chief Defendant "Donald John Trump Sr.,  "PLAINTIFFS BLACK LIVES MATTER minorities, to continue outcast, left behind, kept at bay with public and private scorn, ridicule, contempt in the GOP Republican Party Government to maintain their control over the ""PLAINTIFFS BLACK LIVES MATTER minorities, 44.5 Million never equality, economic growing of the entire "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" while as always selling

Chief Defendant "45th President Donald John Trump Sr., in 2017 still selling Publication in fraudulent "Fake News" in 13th amendment, 14th Amendment all the way back date to the "Jay" Treaty Between the defendant United States and Great Britain", all fake News, fraudulent, whites supremacy scheme of things, "Slave Trade" well into 2013 with the Fake fraudulent constitution laws, fake Judges, peddling and stealing on behalf of the "whites supremacy" of USA "even" Negro Federal Judges (Brought out) and stupidly to maintain "Enslavement" of the entire negro DNA World-Wide, captures as once in the Jurisdiction of (USA) all being slave property, of Chief Defendant "Donald John Trump Sr., and defendant "United States of America et al"

### 24.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, the two sides struck a settlement. The agreement—which, like all civil settlements, did not contain an admission of guilt—compelled the Chief Defendant "45th President Donald John Trump Sr., to comply with defendant "United States of America et al" federal housing regulations against "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" in this hostile "slave trade" discrimination, adopt specific policies to advance that goal,

to notify the community that apartments would be rented to anyone, regardless of race, and meet other requirements,

25.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, The Chief Defendant "Donald John Trump Sr., ignored these requirements and still refused to rent apartments to "PLAINTIFFS BLACK LIVES MATTER minorities, something the defendant "United States government proved by sending "PLAINTIFFS BLACK LIVES MATTER minorities, African-Americans and non-Hispanic Caucasians to pose as applicants, The defendant "United States government brought another complaint against the The Chief Defendant "Donald John Trump Sr., in 1978, who then agreed to a new settlement,

In that case, the government had the financial wherewithal to fight back against abuses of the courts and the discovery process by The Chief Defendant "Donald John Trump Sr., family. But many private litigants, who have to spend their own money and hire their own lawyers, have been ground down by Trump's The Chief Defendant "Donald John Trump Sr., litigation-as-warfare-without-rules approach, COURTS ARE LOATH to impose sanctions when litigants fail to comply with discovery demands; in order to hurry cases along, judges frequently issue new orders setting deadlines and requirements on parties that fail to produce documents. But The Chief Defendant "Donald John Trump Sr., and his companies did get sanctioned for lying about the existence of a crucial document to avoid losing a suit.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, while still being living human rights violation actual defendant "United States of America et al "Whites Supremacy" Knights of the Klu Klux Klansmen "Slave Property" physically in 2009, a group of plaintiffs claimed The Chief Defendant "Donald John Trump Sr., duped them into buying apartments in a Fort Lauderdale, Florida, development by portraying it as one of his projects. The fine print of the dense and legalistic purchase contracts, however, revealed that Trump had agreed only to license his name to the developers, and when the project hit financial snags, he walked away from it,

In their initial disclosures in 2011, The Chief Defendant "Donald John Trump Sr., and his company said they had no insurance to cover any of their liability in this case. That was important because an insurance policy lets the plaintiffs calculate how much money a defendant can pay in a settlement without suffering any direct financial consequences. In other words, that insurance lets the plaintiff know how aggressively to pursue a settlement, knowing the defendant will have some losses covered by the policy,

**26.**

At the time, a settlement in the then-prominent case could have been disastrous for Trump; he faced an array of similar lawsuits because he had licensed his name to developers around the world for projects that later collapsed. In each case, Chief Defendant "Donald John Trump Sr., had marketed the developments as his own, a claim contradicted by the sales contracts. A settlement in any of these cases might have encouraged other people who had lost deposits in a Trump-marketed development to file lawsuits against him,

Two years after denying that Chief Defendant "Donald John Trump Sr., had insurance that could have been used to settle the Fort Lauderdale litigation, one of his lawyers made a startling admission: Chief Defendant "Donald John Trump Sr., and his company had been insured all along for up to $5 million. But no more—the policy had recently "dried up," the lawyer said. Stunned, the apartment buyers filed a motion seeking sanctions against Chief Defendant "Donald John Trump Sr., and his company, arguing that the case "may very well have settled long ago had the plaintiffs been provided with the policy in a timely manner," according to a court filing,

Alan Garten, General Counsel at the Chief Defendant "Donald John Trump Sr., Trump Organization for the past decade, said that at the time of the original disclosure, the company's lawyers did not believe that the policy covered any potential liability in the lawsuit, which he said was an error on his part. "This solely fell on me, and if anyone is to blame for that, it's me," he said. "It was completely an innocent oversight. And it was my innocent oversight." Garten said the other cases in this article preceded his time at the company and he did not know the facts surrounding them. In the Ft. Lauderdale case, Federal Judge Kathleen Williams ruled in favor of the plaintiffs and ordered Chief Defendant "Donald John Trump Sr., to pay limited legal fees for failing to disclose the policy, then held in reserve the possibility of imposing additional sanctions. The case subsequently settled,

**27.**

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, while still being living human rights violation actual defendant "United States of America et al "Whites Supremacy" Knights of the Klu Klux Klansmen "Slave Property" physically in 2005, factually PERHAPS THE WORST LEGAL CASE involving ordered Chief Defendant "Donald John Trump Sr., and his companies hiding and destroying emails and other records involved real estate developer Cordish Cos., which, through an affiliate called Power Plant Entertainment LLC, built two American Indian casinos in Florida.

In January 2005, Chief Defendant "Donald John Trump Sr., Trump Hotels and Casino Resorts sued in a state court almost immediately after the opening of the casinos, which both operate under the Hard Rock brand. In his lawsuit, Chief Defendant "Donald John Trump Sr., claimed that the companies had unlawfully conspired with one of his former associates to cheat him out of the deal; he argued that the projects should be turned over to him,

Negotiations with the tribe and construction of the casinos had taken many years, raising the possibility that the state's four-year statute of limitations had passed before Chief Defendant "Donald John Trump Sr., finally got around to filing his lawsuit. If Power Plant could prove Chief Defendant "Donald John Trump Sr.,  knew in early 2000 that his former associate was working on the Hard Rock deal, the case would be thrown out of court. The clock here for the statute of limitations starts ticking down when plaintiffs learn they have been swindled,

28.

Chief Defendant "Donald John Trump Sr., claimed he learned about the deal in January 2001, about the time of the groundbreaking and more than three years before he filed suit. However, the defendants contended he had been informed of the projects in 1999. Chief Defendant "Donald John Trump Sr., offered no evidence in support of his contention except his word, so the opposing lawyers filed extensive discovery demands, seeking emails, computer files, calendars and other records that might prove he knew about the casino deal before 2000 A full year into the case, Chief Defendant "Donald John Trump Sr., and his company, Trump Hotels, had produced only a single box of documents, many of which were not relevant—and no emails, digital files, phone records, calendars or even documents Chief Defendant "Donald John Trump Sr., lawyers had promised to turn over, "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, once again Chief Defendant "Donald John Trump Sr., fully suppress the international business relationship leading back to officially the

Union of Soviet Socialist Republics, USSR, which was a socialist state on the Eurasian continent that existed from 1922 to 1991 "Whites Supremacy" government secretly shored up, and financed by the GRU (Glavnoye Razvedyvatel'noye Upravleniye) as indicate, Konstantin Chernenko, Leonid Brezhnev, Alexei Kosygin, Yuri Andropov, leading with finally the Secret KKK financing to "Fred Trump" by none other than Mikhail Sergeyevich Gorbachev Soviet official, the general secretary of the Communist Party of the Soviet Union (CPSU) from 1985 to 1991 and president of the Soviet Union in 1990–91, and now these records being systematically destroyed January 2001 – 2016 as back in 2001

Chief Defendant "Donald John Trump Sr., Interrogatories were still unanswered, Lawyers for Power Plant obtained a court order compelling Chief Defendant "Donald John Trump Sr., and his company to comply with the discovery demands and hand over the relevant information and documents,

### 29.

In a March 2006 response, Chief Defendant "Donald John Trump Sr., lawyers argued that the emails and other electronic documents had not been produced because the company didn't have them. They claimed it had no servers until 2001—the year Chief Defendant "Donald John Trump Sr., claimed he had learned of the Power Plant project. They also claimed Trump Hotels had no policy regarding retaining documents until 2003. In other words, they hadn't turned over any emails because no emails had been saved on a Trump server,

Judge Jeffrey Streitfeld reacted with near disbelief. "I don't have the patience for this," he said. "This has been going on too long to have to listen—and I don't mean to be disrespectful—to this double-talk. There has to be an attitude adjustment from the plaintiff." Streitfeld ordered Chief Defendant "Donald John Trump Sr., executives to file sworn statements attesting to how their email systems had worked from 1996 onward. In response, Chief Defendant "Donald John Trump Sr., Trump Hotels filed an affidavit from one of its information technology managers stating that it had had no servers prior to 2001.

### 30.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare That was false and by deposing numerous IT specialists with two Chief Defendant "Donald John Trump Sr.,  companies—the Trump Organization and Trump Hotels—lawyers for Power Plant gradually chipped away at it. Finally, during a deposition nine months after he had signed the deceptive affidavit, the same Trump executive admitted his assertions in it were untrue. In fact, an IBM Domino server for emails and other files had been installed in 1999, the same year witnesses for Power Plant contended that Trump had learned of the casino deal.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Prior to that, as early as 1997, the Trump corporations used servers off-site operated by a company called Jersey Cape, according to sworn testimony by one of the Trump IT experts; the following year, Chief Defendant "Donald John Trump Sr., the Trump Organization and Trump Hotels moved to another email provider, Technology 21. These startling revelations changed nothing, however, because there was no trove of documents. The Trump records had been destroyed. Despite knowing back in 2001 that Trump might

want to file a lawsuit, his companies had deleted emails and other records without checking if they might be evidence in his case.

Beginning around 2003, the company wiped clear the data from everyone's computers every year. Lawyers for Chief Defendant "Donald John Trump Sr., Trump Hotels had never sent out the usual communication issued during litigation instructing employees to stop destroying records that might be related to this case. The deletions continued, and backup tapes were reused—thus erasing the data they held. Power Plant lawyers also discovered that after the lawsuit was filed, Chief Defendant "Donald John Trump Sr., Trump Hotels disposed of a key witness's computer without preserving the data on it,

31.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare In subsequent filings, Power Plant maintained that Trump Hotels had intentionally deceived the court in its March 2006 filing when it claimed it had located no emails relevant to the case because, at that point, it had not yet conducted any searches of its computer system. Chief Defendant "Donald John Trump Sr., Trump Hotels executives did not instruct their IT department to examine backup computer tapes until 2007, and even then the job wasn't done, depositions show. And when computer specialists finally attempted to electronically locate any relevant documents that had survived the flurry of deletions, the procedures were absurdly inadequate. While looking for relevant documents, the technology team was told to use only two search terms—the name of the tribe and the last name of the former Chief Defendant "Donald John Trump Sr., Trump associate. So even if there was an email that stated, "Donald Trump learned the full details of the Hard Rock casino deal in Florida in 1999," it would not have been found by this search,

32.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare With all this proof that Trump Hotels had ignored every court order and filed false documents, Power Plant asked the judge either to impose sanctions or allow its own expert to search for relevant digital records. Chief Defendant "Donald John Trump Sr., Trump Hotels argued it had done nothing improper, although its lawyers acknowledged having made some mistakes. Still, Streitfeld ordered Chief Defendant "Donald John Trump Sr., Trump Hotels to make its servers and computer systems available for inspection by a computer forensics consulting firm. That review showed there was no digital data in the computers, servers or backup tapes prior to January 2001—the very month Trump claimed to have learned of the Florida casino deal,

With the likelihood of sanctions growing, Chief Defendant "Donald John Trump Sr., Trump Hotels dropped the suit a few months later, in part because of the company's financial troubles. A company involved in the Power Plant case agreed to purchase one of Trump's struggling casinos in Atlantic City, New Jersey, and included as part of the deal a requirement that the litigation be ended,

### 33.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare THIS REVIEW OF TRUMP'S many decades of abusing the judicial system, ignoring judges, disregarding rules, destroying documents and lying about it is not simply a sordid history lesson. Rather, it helps explain his behavior since he declared his candidacy.

### 34.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief Defendant "Donald John Trump Sr., He promised to turn over his tax returns and his health records—just as he promised to comply with document discovery requirements in so many lawsuits—then reneged.

### 35.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare As a result, Chief Defendant "Donald John Trump Sr., has attempted massive scuttling all records of his business dealing with ties to "Russia Federation" and left a sparse evidentiary trail that can be used to assess his wealth, his qualifications for the presidency or even his fitness. Should voters choose him;which this has became the case the next U.S. President; Chief Defendant "Donald John Trump Sr., has enter the Oval Office as a mystery, a "hostile whites supremacy racist bigot under cover dealing with among many other countries "Russia Federation" as man who has repeatedly flouted the rules. He has solemnly told the country to trust him while refusing to produce any records to prove whether he speaks the truth or has utter contempt for it.

### 36.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare In his impromptu riff, the new president claimed that ISIS is "attacking all over" and made the baseless claim that the media is covering it up. Trump said,

"The challenges facing our nation are very large. Very, very large. We're up against an enemy that celebrates death and totally worships destruction. You've seen that. ISIS is on a campaign of genocide, committing atrocities across the world. Radical Islamic terrorists are determined to strike our homeland as they did on 9/11, as they did from Boston to Orlando to San Bernardino. And all across Europe.

### 37.

You've seen what happened in Paris and Nice. All over Europe. It's happening. It's gotten to a point where it's not even being reported. And in many cases, the very, very dishonest press doesn't want to report it. They have their reasons and you understand that. So today we deliver a message in one very unified voice to these forces of death and destruction: America and its allies will defeat you.

We will defeat them. We will defeat radical Islamic terrorism and we will not allow it to take root in our country. We're not going to allow it. We've been seeing what's been going on over the last few days. We need strong programs so that people that love us and want to love our country and will end up loving our country are allowed in, not people that want to destroy us and destroy our country."

### 38.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare This comment was alarming in many ways, and marked a significant escalation in his war against the freedom of the press. Trump seemed to be building on his media surrogate Kellyanne Conway's insistence, now recorded in three separate interviews, that Iraqi immigrants committed a terrorist attack in Bowling Green, Kentucky. There is no record of there ever having been such an attack. She has been called on this whopper of a false statement, claimed she "misspoke," but continued to assert it later. Trump's claim that the "press doesn't want to report" on terrorist attacks seems to escalate this propaganda The statement tries to escalate the fear and paranoia surrounding terrorism in the United States.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Trump is playing on lingering fear from the 9/11 attacks. There have been several terrorist attacks committed by Muslim people since then. They have mostly been committed by people who were longtime permanent residents of the United States, were self-radicalized, and took advantage of America's insanely lax gun laws to target other Americans. In that way, it is hard to even differentiate them from the routine shooting homicides that kill tens of thousands of Americans every year.

### 39.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare By all available evidence, America's efforts to root out active al Qaeda or ISIS terror cells residing in the United States has been totally successful. Trump is trying to create the idea that the problem is much bigger than it actually is. Trump's insistence that terrorism by Muslims is greater than it appears also highlights the fact that when a Trump

supporter and white nationalist activist shot up a mosque in Quebec last week, killing six and wounding many more, Trump and his surrogates said not one word about it The statement also groups the press together with terrorists. It implies that the free press is just as much a danger to the country as terrorists,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare The comment "We've been seeing what's been going on over the last few days," also seems to target the lawsuits and judicial rulings that have now succeeded in putting a restraining order nationwide against Trump's travel ban for seven predominantly Muslim countries, and the failure of his Justice Department's appeals. As Trump pushes toward a constitutional crisis after only two weeks in office, he seeks to accuse judges and courts who rule against him of undermining national security.

40.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare The statement also marks the second time that he attacked the press while speaking to a captive Defense or Intelligence audience, and claimed that they all agreed with him. The first time, while he spoke at the CIA headquarters, he brought a claque of paid sycophants who clapped and cheered for him
It was not immediately clear whether the applause heard in the video at Central Command came from the audience or Trump's entourage, Trump's insistence on lumping the judiciary and the free press in with terrorists, insisting on grossly exaggerating about the problem of Islamic terrorism while ignoring white nationalist terrorism he has inspired, insisting that the national security apparatus is totally behind him, and insisting that he's going to create "strong programs" based on his delusional understanding of reality, and not based on objective reality, all lead to one disturbing conclusion.
"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief Defendant "Donald John Trump Sr., is still in violation in 2017 of defendant "United States of America et al"

THE PATRIOT ACT II: TERRORIZING THE AMERICAN PEOPLE
http://www.prisonplanet.com/the_patriot_act_2_terrorizing_the_american_people.htmlAga inst

"Directed" at all PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" herein furtherance's Chief Defendant "Donald John Trump Sr., acts of incite a riot, organize, promote, encourage, and "civil conspire further in a nature being direct violation and aid and abetting of 18 U.S. Code § 2101 – Riots in a nature involving continual (RICO) enterprise, committed to cover up, scuttling, committed 1000% on behalf of the "Russia Federation" obstruction of Justice of all criminal crimes against humanity of
The Rome Statute International Criminal Court, an international court that has jurisdiction over certain international crimes, including genocide, crimes against humanity, and war crimes, as listed already in U.S. Docket No. 3:16-MC-00016, as now in 2017 this being

"Escalated" after another attempted homicide of "Pro Se" Plaintiff in his both "persons" 5 days after the "Wrongful dismissal" of said 2016 filing against Chief Defendant "Donald John Trump Sr., now under "international massive investigations" with a international and local (NSA) escort security "Bird Watching" "Pro Se" Plaintiff in his both "persons" in 2017 over this RICO Slave Trade aid the enemy corruption of

41.

Chief Defendant Donald John Trump Sr. et al being in Criminal acts of violation of defendant (USA) and all "allies" The Trading with the Enemy Act 1914, and Espionage Act of 1917, which all this International "Premeditated RICO endeavor Insider Trade acts been illegal since, especially Chief Defendant "Donald John Trump Sr. being in the position of the 45th President elect of defendant (USA) fully already violated US and UK United Kingdom, The Trading with the Enemy Act 1914,The Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12),The Trading with the Enemy Amendment Act 1915 (5 & 6 Geo 5 c 79),

The Trading with the Enemy (Extension of Powers) Act 1915 (5 & 6 Geo 5 c 98),The Trading with the Enemy Amendment Act 1916 (5 & 6 Geo 5 c 105),The Trading with the Enemy (Copyright) Act 1916 (6 & 7 Geo 5 c 32),The Trading with the Enemy and Export of Prohibited Goods Act 1916 (6 & 7 Geo 5 c 52), The Trading with the Enemy (Amendment) Act 1918 (8 & 9 Geo 5 c 31),The Trading with the Enemy Act 1939 (2 & 3 Geo 6 c 89) since 1999 Cuba Embargo violations all being kept cover up by defendant GOP Republican Party Government "Protection of their Whites Supremacist" Terror Organization defendant "Knights of the Klu Klux Klansman,

Chief Defendant Donald John Trump Sr. et al being in Criminal acts of violation of defendant (USA) and all "allies" The Trading with the Enemy Act 1914, and Espionage Act of 1917, which all this International "Premeditated RICO endeavor Insider Trade acts been illegal even on 2nd of February 2017, various news outlets reported that a (presumably) routine recording of a January 2017 phone call between U.S. president Chief Defendant Donald Trump and Russian president Vladimir Putin was not made because the White House had shut off the recording equipment during that call

Ilan Berman, vice president of the conservative American Foreign Policy Council think tank, reported that the White House turned off its recording equipment during Chief Defendant President Donald Trump's call with Russian President Vladimir Putin

Following the call with Putin, the Kremlin published"Propaganda readout of the hour-long conversation that suggested the Russian president was pleased with Trump's tone. "During the conversation, both sides expressed their readiness to make active joint efforts to stabilize and develop Russia-US cooperation on a constructive, equitable and mutually beneficial basis," the Kremlin statement said But while the Kremlin produced a detailed 10-

paragraph readout of the call, the White House Chief Defendant "Donald John Trump Sr., released only a vague one-paragraph statement saying that Trump received a "congratulatory call from Russian President Vladimir Putin."

42.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief Defendant "Donald John Trump Sr., He has in the past as stated in 2016, now 2017 is laying the groundwork to encourage an attack against the defendant United States, and Plaintiffs United Kingdom" and all Plaintiff United Kingdom (allies)

43.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief defendant "Donald John Trump Sr. continue violation of the Trading with the Enemy Act of 1917,

44.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief defendant "Donald John Trump Sr. continue violation of the Foreign Assistance Act of 1961,

45.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief defendant "Donald John Trump Sr. continue violation of the Cuban Assets Control Regulations of 1963,

46.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief defendant "Donald John Trump Sr. continue violation of the Cuban Democracy Act of 1992,

47.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief defendant "Donald John Trump Sr. continue violation of the Helms–Burton Act 1996,

48.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief defendant "Donald John Trump Sr. continue violation of and the Trade Sanctions Reform and Export Enhancement Act of 2000

While Chief defendant "Donald John Trump Sr. continue violation of break the Constitution's that's non-existence on behalf of "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" in regards to separation of powers, while Chief defendant "Donald John

Trump Sr. continues sowing delusional and inciting violence in this "whites supremacy propaganda" while being a criminal in this massive "wire fraud" under RICO to liable, slander, and published 100% providing alternative facts and actions" about

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" being the cause for no national security safety for "whites only" citizenship" of defendant "United States, while factually "PLAINTIFFS BLACK LIVES MATTER being in slave status continue 1865 – 2017 under peril imposed forever "De jure segregation" in all legal society and government of defendant (USA)

44.5 Million plus "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" being by: 45th President on his inauguration day in 2017 no less Chief defendant "Donald John Trump Sr. cause of direct action before the United States District Court" liable, slander, and published 100% providing alternative facts and false statement of fact, defamatory statements of each 44.5 Million plus "PLAINTIFFS BLACK LIVES MATTER as pleaded in this Complaint, were intentionally made and were foreseeably and substantially certain to cause interference with 44.5 Million plus "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" actual/and /or prospective business relationships, by further since 1865 continue "whites supremacy" damaging actions" about

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" good names and reputation, and deterring persons and entities from doing business with 44.5 Million plus "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" being committed by 45th President on his inauguration day in 2017 no less

### 49.

Chief defendant "Donald John Trump Sr., in 2017 after the dismissal of U.S. Docket No. 3:16-MC-00016, claiming 44.5 Million plus "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" an actual "terrorist" other than his "Para-Military Knights of the Klu Klux Klansmen" and Chief defendant "Donald John Trump Sr., in 2017 after the dismissal of U.S. Docket No. 3:16-MC-00016, claiming 44.5 Million plus "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" being the real "Enemy" of Chief defendant "Donald John Trump Sr. and "whites supremacy society" of

"United States of America et al" fully warrant death and destruction at the "hands and leadership" of Chief defendant "Donald John Trump Sr. in the "Official capacity" of President of The United States of America et al" thereof against the entire "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race"

As Chief defendant "Donald John Trump Sr. continues sowing delusional and inciting violence being in 2017 no less an actual physical the Defendant (USA) fraudulent 45th President of the United States of America et al" while still in 2017 attacking the judiciary and the (USA) and World press, whom all tired of the "bull-shit" lie's and against being bully of "

### 50.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Defendant  Donald John Trump Sr. 45th President "Long-term commitment to unjust enrichment", as a source of livelihood, with the usage of "hate crime" as "the violence" of inherence and bigotry, intended to hurt and intimidate, further

**51.**

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief Donald John Trump Sr. 45th President these long history of such defendant (United States et al) "whites supremacy" being government controlled, sanction and committed against "Native Americas", Negro Plaintiffs Slaves, Asian Immigrants, including the "Chinese and the Japanese, "Muslims", and numerous religious groups,  as " Defendant Donald John Trump Sr. 45th President "whites supremacy" official  "Long-term since august 20[th] 1619

**52.**

"Slave Trade" against the Negro race commitment to "unjust enrichment", resulted in crimes of hate directed toward Negro Plaintiffs Slaves and All Negro race Immigrants as early as the mid 1800s. In the 1870's Defendant Donald John Trump Sr. 45th President co-defendant the Ku Klux Klan (KKK) began as an organization directed toward maintaining "white supremacy" by using methods such as mass raids, tarring and feathering, flogging, and mass murder by lynching to intimidate, and insure lack of competition in industries controlled by

Defendant Donald John Trump Sr. 45th President "whites supremacy" against the claimed 13th amendment of the never freed Plaintiff  Louis Charles Hamilton, II in his both person Cmdr. USN (Secret Service # 2712) collective including the never freed all  "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race Slave 1865 – 2013

**53.**

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Chief Defendant Donald John Trump Sr. 45th President has a direct accord affiliation affinity betrothal bond coalition coherence collaboration collusion combination communion compact concord concurrence confederacy confederation congruity conjunction connection consanguinity cooperation engagement entente federation fraternization friendship interrelation kinship league marriage matrimony membership mutuality pact participation partnership relation support tie treaty and

Direct union with "Knights of the Klu Klux Klansmen's, as stated crimes against humanity, and war crimes, as listed already in U.S. Docket No. 3:16-MC-00016, as now in 2016 "evidence" of  this being among other factual records "namely" injunction against the

Chief Defendant Donald John Trump Sr. 45th President, and his Trump Campaign and its co-conspirators' In lawsuits filed in federal courts in Pennsylvania, Nevada, Arizona and Ohio, … violation directed at

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" involving the 1965 Voting Rights Act and an 1871 law aimed at the Ku Klux Klan. Attached exhibit A "United States District Court for the Northern District of Ohio Civil Action No. 1:16-CV-02645

**54.**

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare Defendant Donald John Trump Sr. 45th President "Long-term commitment to unjust enrichment", as a source of livelihood, with the usage of "hate crime" inciting rioting as "the violence" of inherence and bigotry, intended to hurt and intimidate, "PLAINTIFFS BLACK LIVES MATTER fully to disenfranchised all negro race minority voters, further demonstrated by "Exhibit" B "Opinion and Order" of US District Judge "James S. Gwin" in favor of

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" enjoying from being further harassed and kept at an economic disadvantage  as "enslaves" since  involving the 1965 Voting Rights Act and an 1871 law aimed at the Ku Klux Klan, involved with Defendant Donald John Trump Sr. 45th President "Long-term commitment to unjust enrichment", in the "capacity"  of acting

"President of the Defendant "United States of America et al", and committed past well in 1970s with farther "Fred Trump" Defendant Donald John Trump Sr. 45[th] President further demonstrated by "Exhibit" C "Cause of Action "Fair Housing Act/Fair Housing Amendments Act (FHAA), 42 U.S.C. 3601 et seq. Defendant(s) Trump Management, Inc. vs. "Plaintiff "U.S. Department of Justice Civil Rights Division Case. No. 73-1529 (E.D.N.Y.) to racial hate crimes against the "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race"

55.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, on February 29th 2016 "Denied" in a "Live Video" During appearances on network television Feb. 28, Republican presidential candidate Donald Trump repeatedly declined to refuse the endorsement of David Duke, a former grand wizard of the Ku Klux Klan. While Marco Rubio and Ted Cruz both took aim at Trump. (The Washington Post)

"I don't know anything about David Duke, okay," Trump said. "I don't know anything about what you're even talking about with white supremacy or white supremacists, I don't know, did he endorse me? Or what's going on, because I know nothing about David Duke. I know nothing about white supremacists."

56.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, direct acts and actions of  "Discrimination, hate crimes, race motivated slander and defamation, liable directed at "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" factual "Chief Defendant" Donald John Trump, Sr. October 15[th] 2016