HATFIELD PARK, VIRGINIA — Just hours after a Donald Trump campaign rally turned ugly and violent against immigrant protesters, another incident involving the billionaire 2016 Republican front runner and racial undertones

"We were just standing around, getting ready to light a cross, when all of a sudden, Trump appears at the podium, and starts talking to us about how we can make America great again," Said Tommy Garrison, who is the Grand Imperial Wizard of the Hatfield Park, Virginia chapter of the Ku Klux Klan "It was the damndest thing. There we were, about to set fire to a symbol of racially-motivated terrorism, hatred, and violence, and who should appear but the candidate most willing to trade on those things for votes," Garrison said in amazement

One Klansman in attendance described a feeling of "surprise and pride" that Trump would show up at their rally. "Most politicians disavow any connection to racist violence," the Klansman said, "even if they help craft policies that effectively hurt one race over the other. But Trump clearly is willing to at least openly court us, and that says a lot about him as a person, if you ask me." The Klansman, speaking on condition of anonymity said that he was "definitely leaning Trump" because the business tycoon and reality-TV star "obviously gets what Americans are most afraid of — a silent Mexican invasion from the South."

"What I love about Trump is that he tells it like it is," Wizard Garrison told the press after the impromptu Trump rally, "even if how he's telling it isn't exactly true." Garrison said he knew as soon as Trump referred to Mexican immigrants as mostly being "rapists," "killers," and "drug dealers" that he was the one Garrison wanted to win the nomination.

He told reporters that he was "tired of all the wishy-washy, dog whistle racism of the GOP" and wanted to stop "pussy footin' around with the uppity blacks who think they're still entitled to equal treatment under the law."

http://nationalreport.net/donald-trump-stump-speech-breaks-out-at-klan-rally/

56.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, "Chief Defendant" Donald John Trump, Sr. October 15th 2016 "direct acts and actions of Discrimination, hate crimes, race motivated slander and defamation, liable direct at "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" factual "Stated": "African Americans" are very lazy. The best they can do is gallivanting around ghettoes, lamenting how they are discriminated. These are the people America doesn't need.

They are the enemies of progress. Look at African countries like Kenya for instance, those people are stealing from their own government and go to invest the money in foreign

countries from the government to opposition, they only qualify to be used as a case study whenever bad examples are required.

How do you trust even those who have ran away to hide here at the United States hiding behind education? I hear they abuse me in their blogs but I don't care because even the internet they are using is ours and we can decide to switch it off from this side.

These are people who import everything including matchsticks. In my opinion, most of these African countries ought to be recolonized again for another 100 years because they know nothing about leadership and self governance" Explained Donald Trump bitterly as he illuminated how he plans to reconstruct America and restore its lost glory "I promise to make America great again by restoring our dignity that we have since lost through Obama.

The more reason why I still believe that he, and his Kenyan brothers and sisters should be deported back to Kenya to make America safe"

http://www.politics.co.ke/news/some-africans-are-lazy-fools-only-good-at-eating-lovemaking-and-stealing-donald-trump-2/

57.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, "Chief Defendant" Donald John Trump, Sr. agenda to continues to alienate, and incite violence against "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" but (only) rich white men in a press conference "April 2nd 2016 held while speaking about the protests from groups holding up signs that say,

"Black Lives Matter" in South Carolina where racially-motivated violence continues after several black churches have been burned to the ground after Dylan Roof shot up another church. Many of the activists have since urged the state to remove its confederate flags from all state buildings, When asked what he would do about the protests and the issue of racially-motivated violence, "Chief Defendant" Donald John Trump, Sr. direct acts and actions of "Discrimination, hate crimes, race motivated slander and defamation, liable directed at "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" factual "Stated:

"There's no such thing as racism anymore. We've "had" a black president so it's not a question anymore Are they saying black lives should matter more than white lives or Asian lives?  If black lives matter, then go back to Africa? We'll see how much they matter there."

http://www.celebtricity.com/donald-trump-if-black-lives-dont-matter-then-go-back-to-africa/

### 58.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, *Birmingham, Alabama (CNN)* "Chief Defendant" Donald John Trump, Sr. direct acts and actions of  "Discrimination, hate crimes, race motivated slander and defamation, liable directed at "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" factual suggested Sunday the half-dozen white attendees at his campaign rally on Saturday may have reacted "Appropriately when they shoved, tackled, punched and kicked a black protester who disrupted his speech.

"Maybe he should have been roughed up because it was absolutely disgusting what he was doing," Trump said Sunday morning on Fox News, less than 24 hours after his campaign said it "does not condone" the physical altercation. A woman in the video can be heard shouting, "Don't choke him, don't choke him, don't choke him."

### 59.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, "Chief Defendant" Donald John Trump, Sr. direct acts and actions of "Discrimination, hate crimes, race motivated slander and defamation, liable directed at "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" factual campaign sinks to new low: President Obama is a "Negro" and a "half-breed"

Trump's official campaign spokeswoman, Katrina Pierson, took to Twitter to refer to President Obama as being the "head Negro" in charge" while lamenting that the United States needs a "pure breed" President instead When she was later "given a chance" to walk those comments back, she instead doubled down on them and referred to Obama as a "half breed." Again, this woman is the top spokesperson for the entire Donald Trump campaign, and not some errant staffer It's not the first time this week that Trump and company have gone off the racist rails.

http://www.dailynewsbin.com/news/donald-trump-campaign-sinks-to-new-low-president-obama-is-a-negro-and-a-half-breed/23652/

60

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, In an article subtitled "Klan assails policeman", Fred Trump is named in among those taken in during a late May "battle" in which "1,000 Klansmen and 100 policemen staged a free-for-all." At least two officers were hurt during the event, after which the Klan's activities were denounced by the city's Police Commissioner, Joseph A. Warren. "The Klan not only wore gowns, but had hoods over their faces almost completely hiding their identity," Warren was quoted as saying in the article, which goes on to identify seven men "arrested in the near-riot of the parade."

Named alongside Trump are John E Kapp and John Marcy (charged with felonious assault in the attack on Patrolman William O'Neill and Sgt. William Lockyear), Fred Lyons, Thomas Caroll, Thomas Erwin, and Harry J Free. They were arraigned in Jamaica, N.Y. All seven were represented by the same lawyers, according to the article, The final entry on the list reads: "Fred Trump of 175-24 Devonshire Road, Jamaica, was discharged." In 1927, Donald Trump's father would have been 21 years old, and not yet a well-known figure. Multiple sources report his residence at the time—and throughout his life—at the same address

*As "Chief Defendant" Donald John Trump, Sr.  "I don't know anything about what you're even talking about with white supremacy or white supremacists, I don't know,...?*

## 61.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, the defamatory statement in 2017 as described in exhibit F "Donald Trump called "BLACK LIVES MATTER" A GROUP OF TERRORISTIC THUGS, WHO WILL BE BROUGHT DOWN. AS "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare statement made by "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant "United States of America et al" whom already kept

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" "Hostages", Kidnapped, Abused, Killed off, Rape, body Hack up, imprisonment, blown up, burn alive, lynched, forced free labor system of "whites supremacy" since knowingly operated in publication of information  false, Criminal defendant(s) George Washington. co-defendant Benjamin Franklin, co-defendant Alexander Hamilton, co-defendant John Jay, co-defendant Thomas Jefferson, co-defendant James Madison, and co-defendant John Adams, to be more

precise to the point and somewhat redundant as the "legal matter" do unfolds 1776 After Lord Dunmore's proclamation of freedom for

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race"  Negro Plaintiff herein DNA descendants slaves who joined the British army, the Defendant (USA) patriots had to consider offering freedom from "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race"  Negro Plaintiff herein DNA descendants slavery in exchange for service in their army. When Defendant General George Washington saw the Negro Plaintiff herein DNA descendants slaves brave performance of race being "black fine indeed fighting as always soldiers" at Bunker Hill,

62.

Defendant General George Washington" took legal precise action to bring "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff herein DNA descendants slaves race DNA black troops into the army, under the same contract After Lord Dunmore's proclamation of freedom, which said Negro Plaintiff herein DNA descendants slaves race DNA black troops into the army, Defendant General George Washington" took legal precise action to bring Negro Plaintiff herein DNA descendants slaves race DNA black troops into the army, defeated British army, of sorts as which the record do indicate Negro Plaintiff Slaves herein DNA descendants slaves

During the winter of 1775/1776, Dunmore commanded approximately 2,000 men, half of them Negro Plaintiff Slaves black. At the Battle of Great Bridge near Norfolk in December 1775, North Carolina troops under Defendant General Robert Howe fought against the combined British- Negro Plaintiff Slaves black army.
Along the North Carolina coast in the spring of 1776, Negro Plaintiff Slaves were going over to the British. Defendant William Hooper, another of defendant States of North Carolina's signers of the Declaration of Independence, sadly noted,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" "The [N]egroes (Negro Plaintiff Slaves) are deserting from the Sea Coast… Three of mine were intercepted on their way and are now in Goal [jail]." The muster rolls (lists of people in military units or on ships) of British ships stationed off Cape Fear recorded the names of Negro Plaintiff Slaves blacks who "deserted from the Rebels" or "fled for Protection." The HMS Scorpion reported that Negro Plaintiff Slaves thirty-six blacks, including at least Negro Plaintiff Slaves eleven women, came aboard on March 3, 1776.

63.

The stories of "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slaves two blacks — one slave, one free — reveal clearly the Negro Plaintiff Slaves commitment to freedom and removal from a slave society of defendant "United States of America et at" In November 1782, Britain and defendant America signed a provisional treaty granting the former colonies their independence. As the British prepared for their final evacuation, the defendant Americans demanded the return of American property, including runaway Negro Plaintiff Slaves as their legal property, under the terms of the peace treaty. Sir Guy Carleton, the acting commander of British forces, refused to abandon Negro Plaintiff Slaves black Loyalists to their fate as slaves

With thousands of "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" apprehensive blacks seeking to document their service to the Crown, Brigadier General Samuel Birch, British commandant of the city of New York, created a list of claimants known as The Book of Negroes. Boston King and his wife, Violet, were among 3,000 to 4,000 Negro Plaintiff Slaves African Americans Loyalists who boarded ships in New York bound for Nova Scotia, Jamaica, and Britain. [P]eace was (claimed) restored between defendant America and Great Britain, which diffused universal joy among all parties, except us,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slaves who had escaped from slavery, and taken refuge in the English army; for a report prevailed at New-York, that all the Negro Plaintiff Slaves , in number 2000, were to be delivered up to their masters, altho' some of them had been three or four years among the English, This dreadful rumor filled us all with inexpressible anguish and terror, especially when we saw our old masters coming from Virginia, North-Carolina, and other parts, and seizing upon their Negro Plaintiff slaves in the streets of New-York, or even dragging them

64.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race"  Negro Plaintiff Slaves out of their beds. Many of the Negro Plaintiff Slaves s had very cruel masters, so that the thoughts of returning home with them embittered life to us. For some days we lost our appetite for food, and sleep departed from our eyes, -- Boston King At the time of defendant George Washington's death, the Mount Vernon estate's enslaved "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slaves population consisted of 317 people.

Defendant Washington himself had been a slave owner for fifty-six years, beginning at eleven years of age when he inherited ten Negro Plaintiff Slaves from his deceased father, Depressing quiets sadly again "The Defendant George Washington's",  co-defendant Benjamin Franklin, co-defendant Alexander Hamilton, co-defendant John Jay, co-defendant

Thomas Jefferson, co-defendant James Madison, and co-defendant John Adams, RICO endeavor of actually quite shocking to this very date Never Slave Trade whites supremacy had any intention on freeing any

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiffs Slaves who serve under legal contract of the armed services of the defendant "United States of America et al" as in the armed services of Defendant The Department of Defense (DoD, USDOD, or DOD) Defendant the United States Department of the Navy, Defendant the United States Department of the Army, Defendant the United States Department of the Air Force Defendant the Defense Intelligence Agency (DIA), Defendant the National Security Agency (NSA), Defendant the National Geospatial-Intelligence Agency (NGA), Defendant the National Reconnaissance Office (NRO). Defendant the Defense Advanced Research Projects Agency (DARPA),

Defendant the Defense Logistics Agency (DLA), Defendant the Missile Defense Agency (MDA), Defendant Defense Threat Reduction Agency (DTRA), Defendant the Defense Security Service (DSS), Defendant the Pentagon Force Protection Agency (PFPA) and as of this undersigned date, this number grew to include being involved with Co-Defendant NATO herein in the direct control, possession and full custody of actual real live

65.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" slave Negro Military active duty Plaintiffs collectively herein official never ever free from slavery servitude of defendant "United States of America et al" well into 2013 when Defendant "Mississippi" free the Negro Military active duty Plaintiffs collectively herein on the 7th day of February further in 2016 (December) not a single "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Race within the Jurisdiction of defendant having no legal citizenship established ever, under said Military contract of "whites supremacy" as such percentage being DNA Negro race subject to force slavery, discrimination, imposed to

"De jure segregation" by the continue slave regime Whites Supremacy ruling and envious greed's by very cruel masters,
 "Knights of the Klu Klux Klansmen Whites Supremacy GOP Government federal/state/local imposed forever "De jure segregation" slave trade history of defendant endeavor Criminal defendant(s) George Washington. co-defendant Benjamin Franklin, co-defendant Alexander Hamilton, co-defendant John Jay, co-defendant Thomas Jefferson, co-defendant James Madison, and co-defendant John Adams, to be more precise to the point the very cruel slave trade masters, defendant 45th President Donald John Trump Sr.

66.

"Knights of the Klu Klux Klansmen Whites Supremacy GOP Government federal/state/local 1865 – 2017 (December) Dynasty imposed forever "De jure segregation" slave trade history having now criminal RICO Slave Trade accumulated massively over grossly in a disgusting rate kidnapping, abduction rate of 151 to 2016 as a defendant (USA) armed services "Criminal RICO Slave Trade" against their will of all Negro Slave Military Plaintiffs, being

Collectively current 2016 Profile of Active Duty Force of the actual "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave Race Army 21.5%,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave Race Navy 19.3 %,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave Race Marine Corps 11.1 %,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave Race Air Force 15.6%,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave Race Coast Guard 6.1 %  for a Total of Negro Plaintiff Slave Race 17.8 % held captive since August 20th 1619 in defendant "United States of America" Armed Services well into 2016 (December) this ridicules shared of thievery Criminal ongoing RICO endeavor by these ungodly supreme self-imposed inbreeding (Drunk) whites supremacy hostile "slave trades" crimes against

"The Gallows" under the (ICC) Rome Statute, a crime against humanity which is defined quite handsomely well indeed in Article 7.1 fully in this present time frame in direct violation of  all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiffs 17.8% Collectively current 2016 Profile of Active Duty Force of the actual "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave DNA race abducted fraudulent being held (secretly) in monetary military imposed slave trade against peace, dignity and will of design continue very cruel 45th President elect Klansmen masters,

67.

"Chief Defendant" Donald John Trump, Sr. being I may dread saying appearance of leadership of defendant "Knights of the Klu Klux Klansmen, in conspire with defendants Whites Supremacy GOP Government federal/state/local 1865 – 2017 (December) Lynching Negro Slaves Dynasty Extremely most unfortunates of under circumstances continue onward

in this "bully" RICO fully legal State Sponsored by "United States of America" dear imposed forever "De jure segregation" against the entire Collectively current 2016 (December) Profile of Active Duty Armed Force of defendant (USA) being the actual

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave Race in 2017 in this Grand Slave Trade of an "International Scantling conspiring twist, distrust collusion with Defendant "United Nations", Co-Defendant "NATO", and I may rather point to the main culprit the defendant "United States of America et al" as in the entire armed services of Defendant The Department of Defense (DoD, USDOD, or DOD) Defendant the United States Department of the Navy,

Defendant the United States Department of the Army, Defendant the United States Department of the Air Force Defendant the Defense Intelligence Agency (DIA), Defendant the National Security Agency (NSA), Defendant the National Geospatial-Intelligence Agency (NGA), Defendant the National Reconnaissance Office (NRO). Defendant the Defense Advanced Research Projects Agency (DARPA),

Defendant the Defense Logistics Agency (DLA), Defendant the Missile Defense Agency (MDA), Defendant Defense Threat Reduction Agency (DTRA), Defendant the Defense Security Service (DSS), Defendant the Pentagon Force Protection Agency (PFPA) and as of this undersigned notary seal date, now wanted at large slave traders continue 2017 dishonorable men in direct refusal to end all of this "Knights of The Klu Klux Klansmen card-holding nonsense transaction Secret slave trade code till there whites supremacy dyeing days license slave trader's and nothing shall ever tear this apart, most silly indeed" do you not assume, well, as the legal issue folds, for a

Total of "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Plaintiff Slave Race 17.8 % held captive since August 20th 1619 in defendant "United States of America" Armed Services well into 2016 (December) this ridicules childish abduction must be met with strong condemnation's, notwithstanding a "percentage of this of "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race"

Negro Plaintiff Slave Race 17.8 % held captive since August 20th 1619 being a direct party in the possession, custody, and control, of defendant NATO violation of the law of defendant "United States of America et al" and against the just laws of "United Kingdom British Empire" engaged in maintaining "Slavery Servitude" in direct violation of United States of America own rules of governing laws Namely

The Racketeer Influenced and Corrupt Organization Act (RICO) 18 U.S.C. § 1589 (forced labor), 18 U.S.C. § 1590 (trafficking with respect to peonage, slavery, involuntary servitude, or forced labor), "Slavery Servitude" money laundering statutes, 18 U.S.C. 1956 and 1957,

"Slavery Servitude" money laundering statutes, RICO statute (18 U.S.C. § 1961(1), direct with intent and deliberate conscious, as "even" "Google" false Publication Concerning "Slave Trade" exhibit G * Claiming slavery ending in the defendant (USA) January 31st 1865 yet", actually Slavery ended in 2013 February 7[th] as described in attached exhibit H *Slave Papers" of Pro se Plaintiff Louis Charles Hamilton II "Cmdr. USN (Secret service) # 2712 in his both person and also being the actual last slave of defendant (USA) being document, which "Sylvester Magee" born May 29 1918 – Oct 15, 1971 is false as Mississippi Ratified the 13[th] Amendment on  February 7[th] 2013 as official described in attached exhibit H acknowledge by "Charles A. Barth" Director of the Federal Register dated Feb. 7[th] 2013

### 68.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" realleges and incorporates by this reference paragraphs 1 – 68 as though fully set forth herein further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony,

"Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant "United States of America et al" fully committed direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander"  100% "malfeasance in office" and "official misconduct," in the commission of an unlawful act, and mutable RICO violations actions all done in an official capacity, in 2017 of now acting President of defendant "United States of America et al which

45th President Donald John Trump Sr. tormented, threatened, harassed, humiliated, embarrassed or otherwise targeted "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen".. as defendant did issue the following document "Hate Crimes Acts" dated January 27[th] 2017 as follows:

### 69.

*The White House, Office of the Press Secretary*

*January 27, 2017*

*EXECUTIVE ORDER: PROTECTING THE NATION FROM FOREIGN TERRORIST ENTRY INTO THE UNITED STATES*

*EXECUTIVE ORDER*

- - - - - - -

*Protecting the Nation from Foreign Terrorist Entry into the United States*

*By the authority vested in me as President by the Constitution and laws of the United States of America, including the Immigration and Nationality Act (INA), 8 U.S.C. 1101 et seq., and section 301 of title 3, United States Code, and to protect the American people from terrorist attacks by foreign nationals admitted to the United States, it is hereby ordered as follows:*

*Section 1.  Purpose.  The visa-issuance process plays a crucial role in detecting individuals with terrorist ties and stopping them from entering the United States.  Perhaps in no instance was that more apparent than the terrorist attacks of September 11, 2001, when State Department policy prevented consular officers from properly scrutinizing the visa applications of several of the 19 foreign nationals who went on to murder nearly 3,000 Americans.  And while the visa-issuance process was reviewed and amended after the September 11 attacks to better detect would-be terrorists from receiving visas, these measures did not stop attacks by foreign nationals who were admitted to the United States.*

*Numerous foreign-born individuals have been convicted or implicated in terrorism-related crimes since September 11, 2001, including foreign nationals who entered the United States after receiving visitor, student, or employment visas, or who entered through the United States refugee resettlement program. Deteriorating conditions in certain countries due to war, strife, disaster, and civil unrest increase the likelihood that terrorists will use any means possible to enter the United States.  The United States must be vigilant during the visa-issuance process to ensure that those approved for admission do not intend to harm Americans and that they have no ties to terrorism.*

*In order to protect Americans, the United States must ensure that those admitted to this country do not bear hostile attitudes toward it and its founding principles.  The United States cannot, and should not, admit those who do not support the Constitution, or those who would place violent ideologies over American law. In addition, the United States should not admit those who engage in acts of bigotry or hatred (including "honor" killings, other forms of violence against women, or the persecution of those who practice religions different from their own) or those who would oppress Americans of any race, gender, or sexual orientation.*

*Sec. 2.  Policy.  It is the policy of the United States to protect its citizens from foreign nationals who intend to commit terrorist attacks in the United States; and to prevent the admission of foreign nationals who intend to exploit United States immigration laws for malevolent purposes.*

*Sec. 3.  Suspension of Issuance of Visas and Other Immigration Benefits to Nationals of Countries of Particular Concern.  (a)  The Secretary of Homeland Security, in consultation with the Secretary of State and the Director of National Intelligence, shall immediately conduct a review to determine the information needed from any country to adjudicate any visa, admission, or other benefit under the INA (adjudications) in order to determine that the individual seeking the benefit is who the individual claims to be and is not a security or public-safety threat.*

*(b)  The Secretary of Homeland Security, in consultation with the Secretary of State and the Director of National Intelligence, shall submit to the President a report on the results of the review described in subsection (a) of this section, including the Secretary of Homeland Security's determination of the information needed for adjudications and a list of countries that do not provide adequate information, within 30 days of*

the date of this order.  The Secretary of Homeland Security shall provide a copy of the report to the Secretary of State and the Director of National Intelligence.

(c)  To temporarily reduce investigative burdens on relevant agencies during the review period described in subsection (a) of this section, to ensure the proper review and maximum utilization of available resources for the screening of foreign nationals, and to ensure that adequate standards are established to prevent infiltration by foreign terrorists or criminals, pursuant to section 212(f) of the INA, 8 U.S.C. 1182(f), I hereby proclaim that the immigrant and nonimmigrant entry into the United States of aliens from countries referred to in section 217(a)(12) of the INA, 8 U.S.C. 1187(a)(12), would be detrimental to the interests of the United States, and I hereby suspend entry into the United States, as immigrants and nonimmigrants, of such persons for 90 days from the date of this order (excluding those foreign nationals traveling on diplomatic visas, North Atlantic Treaty Organization visas, C-2 visas for travel to the United Nations, and G-1, G-2, G-3, and G-4 visas).

(d)  Immediately upon receipt of the report described in subsection (b) of this section regarding the information needed for adjudications, the Secretary of State shall request all foreign governments that do not supply such information to start providing such information regarding their nationals within 60 days of notification.

(e)  After the 60-day period described in subsection (d) of this section expires, the Secretary of Homeland Security, in consultation with the Secretary of State, shall submit to the President a list of countries recommended for inclusion on a Presidential proclamation that would prohibit the entry of foreign nationals (excluding those foreign nationals traveling on diplomatic visas, North Atlantic Treaty Organization visas, C-2 visas for travel to the United Nations, and G-1, G-2, G-3, and G-4 visas) from countries that do not provide the information requested pursuant to subsection (d) of this section until compliance occurs.

(f)  At any point after submitting the list described in subsection (e) of this section, the Secretary of State or the Secretary of Homeland Security may submit to the President the names of any additional countries recommended for similar treatment.

(g)  Notwithstanding a suspension pursuant to subsection (c) of this section or pursuant to a Presidential proclamation described in subsection (e) of this section, the Secretaries of State and Homeland Security may, on a case-by-case basis, and when in the national interest, issue visas or other immigration benefits to nationals of countries for which visas and benefits are otherwise blocked.

(h)  The Secretaries of State and Homeland Security shall submit to the President a joint report on the progress in implementing this order within 30 days of the date of this order, a second report within 60 days of the date of this order, a third report within 90 days of the date of this order, and a fourth report within 120 days of the date of this order.

Sec. 4.  Implementing Uniform Screening Standards for All Immigration Programs. (a) The Secretary of State, the Secretary of Homeland Security, the Director of National Intelligence, and the Director of the

*Federal Bureau of Investigation shall implement a program, as part of the adjudication process for immigration benefits, to identify individuals seeking to enter the United States on a fraudulent basis with the intent to cause harm, or who are at risk of causing harm subsequent to their admission. This program will include the development of a uniform screening standard and procedure, such as in-person interviews; a database of identity documents proffered by applicants to ensure that duplicate documents are not used by multiple applicants; amended application forms that include questions aimed at identifying fraudulent answers and malicious intent; a mechanism to ensure that the applicant is who the applicant claims to be; a process to evaluate the applicant's likelihood of becoming a positively contributing member of society and the applicant's ability to make contributions to the national interest; and a mechanism to assess whether or not the applicant has the intent to commit criminal or terrorist acts after entering the United States.*

*(b)  The Secretary of Homeland Security, in conjunction with the Secretary of State, the Director of National Intelligence, and the Director of the Federal Bureau of Investigation, shall submit to the President an initial report on the progress of this directive within 60 days of the date of this order, a second report within 100 days of the date of this order, and a third report within 200 days of the date of this order.*

*Sec. 5.  Realignment of the U.S. Refugee Admissions Program for Fiscal Year 2017.  (a)  The Secretary of State shall suspend the U.S. Refugee Admissions Program (USRAP) for 120 days.  During the 120-day period, the Secretary of State, in conjunction with the Secretary of Homeland Security and in consultation with the Director of National Intelligence, shall review the USRAP application and adjudication process to determine what additional procedures should be taken to ensure that those approved for refugee admission do not pose a threat to the security and welfare of the United States, and shall implement such additional procedures. Refugee applicants who are already in the USRAP process may be admitted upon the initiation and completion of these revised procedures.  Upon the date that is 120 days after the date of this order, the Secretary of State shall resume USRAP admissions only for nationals of countries for which the Secretary of State, the Secretary of Homeland Security, and the Director of National Intelligence have jointly determined that such additional procedures are adequate to ensure the security and welfare of the United States.*

*(b)  Upon the resumption of USRAP admissions, the Secretary of State, in consultation with the Secretary of Homeland Security, is further directed to make changes, to the extent permitted by law, to prioritize refugee claims made by individuals on the basis of religious-based persecution, provided that the religion of the individual is a minority religion in the individual's country of nationality.  Where necessary and appropriate, the Secretaries of State and Homeland Security shall recommend legislation to the President that would assist with such prioritization.*

*(c)  Pursuant to section 212(f) of the INA, 8 U.S.C. 1182(f), I hereby proclaim that the entry of nationals of Syria as refugees is detrimental to the interests of the United States and thus suspend any such entry until such time as I have determined that sufficient changes have been made to the USRAP to ensure that admission of Syrian refugees is consistent with the national interest.*

*(d)  Pursuant to section 212(f) of the INA, 8 U.S.C. 1182(f), I hereby proclaim that the entry of more than 50,000 refugees in fiscal year 2017 would be detrimental to the interests of the United States, and thus*

*suspend any such entry until such time as I determine that additional admissions would be in the national interest.*

*(e)  Notwithstanding the temporary suspension imposed pursuant to subsection (a) of this section, the Secretaries of State and Homeland Security may jointly determine to admit individuals to the United States as refugees on a case-by-case basis, in their discretion, but only so long as they determine that the admission of such individuals as refugees is in the national interest -- including when the person is a religious minority in his country of nationality facing religious persecution, when admitting the person would enable the United States to conform its conduct to a preexisting international agreement, or when the person is already in transit and denying admission would cause undue hardship -- and it would not pose a risk to the security or welfare of the United States.*

*(f)  The Secretary of State shall submit to the President an initial report on the progress of the directive in subsection (b) of this section regarding prioritization of claims made by individuals on the basis of religious-based persecution within 100 days of the date of this order and shall submit a second report within 200 days of the date of this order.*

*(g)  It is the policy of the executive branch that, to the extent permitted by law and as practicable, State and local jurisdictions be granted a role in the process of determining the placement or settlement in their jurisdictions of aliens eligible to be admitted to the United States as refugees.  To that end, the Secretary of Homeland Security shall examine existing law to determine the extent to which, consistent with applicable law, State and local jurisdictions may have greater involvement in the process of determining the placement or resettlement of refugees in their jurisdictions, and shall devise a proposal to lawfully promote such involvement.*

*Sec. 6.  Rescission of Exercise of Authority Relating to the Terrorism Grounds of Inadmissibility.  The Secretaries of State and Homeland Security shall, in consultation with the Attorney General, consider rescinding the exercises of authority in section 212 of the INA, 8 U.S.C. 1182, relating to the terrorism grounds of inadmissibility, as well as any related implementing memoranda.*

*Sec. 7.  Expedited Completion of the Biometric Entry-Exit Tracking System.  (a)  The Secretary of Homeland Security shall expedite the completion and implementation of a biometric entry-exit tracking system for all travelers to the United States, as recommended by the National Commission on Terrorist Attacks Upon the United States.*

*(b)  The Secretary of Homeland Security shall submit to the President periodic reports on the progress of the directive contained in subsection (a) of this section.  The initial report shall be submitted within 100 days of the date of this order, a second report shall be submitted within 200 days of the date of this order, and a third report shall be submitted within 365 days of the date of this order.  Further, the Secretary shall submit a report every 180 days thereafter until the system is fully deployed and operational.*

*Sec. 8.  Visa Interview Security.  (a)  The Secretary of State shall immediately suspend the Visa Interview Waiver Program and ensure compliance with section 222 of the INA, 8 U.S.C. 1222, which requires that all individuals seeking a nonimmigrant visa undergo an in-person interview, subject to specific statutory exceptions.*

*(b)  To the extent permitted by law and subject to the availability of appropriations, the Secretary of State shall immediately expand the Consular Fellows Program, including by substantially increasing the number of Fellows, lengthening or making permanent the period of service, and making language training at the Foreign Service Institute available to Fellows for assignment to posts outside of their area of core linguistic ability, to ensure that non-immigrant visa-interview wait times are not unduly affected.*

*Sec. 9.  Visa Validity Reciprocity.  The Secretary of State shall review all nonimmigrant visa reciprocity agreements to ensure that they are, with respect to each visa classification, truly reciprocal insofar as practicable with respect to validity period and fees, as required by sections 221(c) and 281 of the INA, 8 U.S.C. 1201(c) and 1351, and other treatment.  If a country does not treat United States nationals seeking nonimmigrant visas in a reciprocal manner, the Secretary of State shall adjust the visa validity period, fee schedule, or other treatment to match the treatment of United States nationals by the foreign country, to the extent practicable.*

*Sec. 10.  Transparency and Data Collection.  (a)  To be more transparent with the American people, and to more effectively implement policies and practices that serve the national interest, the Secretary of Homeland Security, in consultation with the Attorney General, shall, consistent with applicable law and national security, collect and make publicly available within 180 days, and every 180 days thereafter:*

*(i)  information regarding the number of foreign nationals in the United States who have been charged with terrorism-related offenses while in the United States; convicted of terrorism-related offenses while in the United States; or removed from the United States based on terrorism-related activity, affiliation, or material support to a terrorism-related organization, or any other national security reasons since the date of this order or the last reporting period, whichever is later;*

*(ii)  information regarding the number of foreign nationals in the United States who have been radicalized after entry into the United States and engaged in terrorism-related acts, or who have provided material support to terrorism-related organizations in countries that pose a threat to the United States, since the date of this order or the last reporting period, whichever is later; and*

*(iii)  information regarding the number and types of acts of gender-based violence against women, including honor killings, in the United States by foreign nationals, since the date of this order or the last reporting period, whichever is later; and*

*(iv)  any other information relevant to public safety and security as determined by the Secretary of Homeland Security and the Attorney General, including information on the immigration status of foreign nationals charged with major offenses.*

*(b) The Secretary of State shall, within one year of the date of this order, provide a report on the estimated long-term costs of the USRAP at the Federal, State, and local levels.*

*Sec. 11.  General Provisions.  (a)  Nothing in this order shall be construed to impair or otherwise affect:*
*(i)  the authority granted by law to an executive department or agency, or the head thereof; or*

*(ii)  the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.*

*(b)  This order shall be implemented consistent with applicable law and subject to the availability of appropriations.*

*(c)  This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.*

*DONALD J. TRUMP*

## 70.

45th President Donald John Trump Sr. and defendant United States of America et al having already RICO endeavor criminally targeted "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen"… and all being officially "Kidnapped" from January 1st 1892 – Feburary 7[th] 2013 for exactly 121 since The first Ellis Island Immigration Station officially opens on January 1, 1892, as three large ships wait to land. Seven hundred immigrants passed through Ellis Island that day, and nearly 450,000 followed over the course of that first year, being some of

"Negro Race" tricked, trapped, and Imprisonment of there on self-doing based on a front of false hood, in non-discloser the 13th and 14th Amendments of The United States of America constitution is in existence's and enforced on behalf of Plaintiff(s) Negro Slaves herein when since 1892 (27) years after the "Civil War" and precisely 121 years till

February 7th 2013 all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race Immigrants from other countries of foreign origin to the first enter of defendant ports of "United States of America et al" starting point "Ellis Island Immigration Station" and other "Immigration Station" up to the present dates of 2013  within 121 years till February 7[th]  2013 to reside with legal citizenship in The jurisdiction of defendant United States of American being

**71.**

"Negro" DNA race,  Immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" have already been fully deprive of the rights and privileges of actual legal citizenship in a continual (RICO) scheme of "Slavery Servitude, Denaturalization for "Unjust Enrichments" scheme of things official "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race (secretly) abducted Negros Muslim immigrants , by the US Immigration Services - US Citizenship & Green Card, being forced unknowingly  into "Slavery Servitude", in violation of defendant own rules of governing laws

18 U.S.C. § 1589 (forced labor), 18 U.S.C. § 1590 (trafficking with respect to peonage, slavery, involuntary servitude, or forced labor), for each and every Negro race officially residing under immigration status since January 1st 1892 – February 7th 2013 "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race  "New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7th 2013, being fully stripped from having any "Legal Citizenship" status, same as "White Only", Americans, pursuant to the Naturalization Act of 1790 of defendant "United States of America" which restricted citizenship to "any alien, other than being a free white person" who had been in the U.S. for two years. In effect, it left out indentured servants, "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" "The [N]egroes slaves, it left out

**72.**

Also all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race and most women  immigration of all Negro Race being having already in the time frame of January 1st 1892 – February 7th 2013, entrances into United States of America the Muslim population in the United States According to a new estimate in 2016, there are 3.3 million Muslims living in the United States, about 1% of the total U.S. population totals, the majority of whom

(63%) are immigrants, pursuant to the Naturalization Act of 1790 of defendant "United States of America" "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race  "New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7th 2013, being fully stripped from having any "Legal Citizenship" status, and all

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race  "New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7th 2013, are direct crimes against humanity, being official Slavery Servitude subject DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" and others' of defendant Donald John Trump Sr. 45th President United States of America et al, defendant "United States of America et al"  official "Slavery Servitude" timeline August 20th 1619 – February 7th 2013 upon the "exhibit H" attached herein

Archivist of defendant "United States of America et al "Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on

March 16th 1995, as with this action, "Defendant", The States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States of America et al" , and freeing the abducted 44.5 Million "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro also all

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race  "New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7th 2013,, as after February 7th 2013 Also all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race have no legal citizenship, as the 14th Amendment was destroyed by "whites supremacy" slave traders, to maintain "Slavery against even, all

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race "New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7th 2013, According to a new estimate in 2016, there are 3.3 million Muslims living in the United States, about 1% of the total U.S. population. American Muslims come from various backgrounds and, according to a 2009 Gallup poll, are one of the most racially diverse religious groups in the United States.

**73.**

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" herein furtherance's state, declare and affirm DNA From Earliest "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants "Muslim Graves" In France Reveals North African Origins, Archaeologists have long known about Arab-Muslim expansion throughout the Mediterranean region in the Middle Ages. Reaching the Iberian Peninsula in 711 AD, Arab armies and Muslim troops spread into France, Spain, and Portugal

But while written records document this expansion, archaeological and burial evidence of early PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslims past the Pyrenees is basically non-existent. In a new study out today, a group of researchers has published the first DNA evidence of people from PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslim-style burials in Nîmes, France,

The burials were excavated in 2006 and 2007 by the French National Institute for Preventive Archaeology (INRAP) and were immediately recognized as peculiar. The bodies had been placed into the graves on their right sides, facing southeast, which is the direction of Mecca. The arms were straight at the side, while the legs were either straight or crossed. "The burial practices and the position of the bodies," archaeologist Yves Gleize and colleagues write today in *PLOS ONE*, "clearly correspond to medieval and modern PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslim burial customs."In order to date the burials, researchers radiocarbon dated five bone fragments, which gave them a tight range of the 7th-8th centuries AD. "These dates," the authors note, "suggest that the remains are the earliest Medieval PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslim graves known in France," predating other known PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslim graves by at least 400 years.

But this early date fits with historical accounts of "Saracens" taking the city of Nîmes between 719 and 752 AD.

More notably, all three skeletons are male adults. None of them had an obvious cause of death, such as combat injuries, but one had a wrist deformity mainly seen in PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" African populations. In order to examine the geographic origin of these individuals, the skeletons underwent ancient DNA analysis. Complete mitochondrial genomes from all three men were isolated, as well as partial Y-SNPs profiles. From this, the researchers were able to find three distinct mtDNA haplotypes, which indicate maternal lineage in Africa. Further, the paternal DNA appears to have come from the Mahgreb, a term for western North Africa. Based on DNA, archaeological evidence, and historical information, Gleize and colleagues posit that these individuals buried in Nîmes

"were Berbers integrated into the [Umayyad] Arab army during its rapid expansion through North Africa." But given the fact that Arab-Muslim expansion into Europe was prolonged and intense, it is a bit surprising that more graves of this type have not been found in the area. "Despite the low number of

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslim graves discovered," they write, "we believe that these observations provide strong evidence for either the establishment of a garrison or a more long-term establishment of PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslim communities in Nîmes." Still, Gleize and colleagues cannot be completely sure that these men buried in France were originally from

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" of North Africa themselves. The DNA shows their ancestry but not their individual origins. Gleize tells me that "isotope testing will be the next step for a future study to confirm their origin. For the moment, we speak about the possibility of Berber origins, but it is possible that one or more of them were born in the Iberian peninsula."Regardless of where these men were born, this study shows that at least a small community of PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslims must have existed in Nîmes at the time, and that Christian and PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Muslim communities almost certainly existed side-by-side in early Medieval France. "These results," Gleize and colleagues write, "clearly highlight the complexity of the relationship between communities during this period, far from the cliché depiction still found in some history books."

74

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race  "New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7[th] 2013,  been fully deprive of the rights and privileges of actual legal citizenship in regards now in 2017 "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant "United States of America et al" fully further committed direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law,  18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" in this Executive order that indefinitely denies all Syrian refugees admission into the United States. The order also temporarily restricts entry for citizens from seven Muslim-majority countries, specifically Iran, Iraq, Libya, Somalia, Sudan, Syria, and Yemen.

"Chief Defendant" Donald John Trump, Sr. "racist mouth" He's dubbed it the "Protection Of The Nation From Foreign Terrorist Entry Into The United States," yet not a single citizen of the countries listed in the target race hate ban killed an "white only American on U.S. soil between the years 1975 to 2015, according to a Cato Institute study "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant

"United States of America et al" fully committed direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law,  18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander"  tormented, threatened, harassed, humiliated, embarrassed or otherwise targeted "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen"..

As defendant did issue the following document "Hate Crimes Acts" "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant "United States of America et al" 45th President "Chief Defendant" Donald John Trump, Sr. backpedaled on his campaign "verbal continue hostile rhetoric" after first defamatory, and target discrimination motivated "lash out and grin, hit "twitter", then go back to low tide "playing dead". ... This playing-dead business is symbolic. It implies a time in which we can remove ourselves from danger or threat "cover up"  by insisting the target hate crimes "executive order from the "oval Office" signed for the World to see now order is not a "Muslim ban," being "Alternative facts" to come to the "real material facts, and time line of events

75.

45th President "Chief Defendant" Donald John Trump, Sr. only to have contact official Rudy Giuliani to expose 45th President "Chief Defendant" Donald John Trump, Sr. direct intent in discrimination", "defamation", "liable" and "slander"  tormented, threatened, harassed, humiliated, embarrassed or otherwise targeted "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" herein which there also claimed legal citizens of defendant of USA being affected by this continuance "abuse of power" from the moment of "sworn in to office"

45th President "Chief Defendant" Donald John Trump, Sr. only to have contact official Rudy Giuliani confirming up to explicitly ask how to do a Muslim ban "legally." Against Both "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen"... and residing already claimed "legal" "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" legal citizenships "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" already arrived immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" among all other Plaintiffs Negro "black lives matter" race

**76.**

"New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) at the precise start date January 1st 1892 – February 7th 2013, under this "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant
"United States of America et al" fully committed direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order" that indefinitely denies all Syrian refugees admission into the United States. The order also temporarily restricts entry for citizens from seven Muslim-majority countries, specifically Iran, Iraq, Libya, Somalia, Sudan, Syria, and Yemen. "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant "United States of America et al" fully committed direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", further disrespectfully lashed out against all demonstrators who rallied at airports across the entire United States country and "around the World" in this "malfeasance in office" and "official misconduct," in the commission of an unlawful act, direct violations of

18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", while having factual government evidence further fraudulently claiming that only this hostile racist flying blind executive order targeted official "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" 109 people (only) were held for questioning after the order went into effect and any problems incurred by travelers were caused by the protesters themselves and not by the defamatory and discrimination hostile racist Wrongs of "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of defendant

"United States of America et al" as his very own government  Customs and Border
Protection officials fully committed direct violations of 18 U.S. Code § 242 - Deprivation of
rights under color of law,  18 U.S. Code § 249 – "Hate crime acts",  by orders of said "Chief
Defendant" Donald John Trump, Sr. in his now "official capacity" of acting President of
defendant "United States of America et al" confirmed that Both "PLAINTIFFS BLACK LIVES
MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai,
Sudan, Syria, and Yemen"… and residing already claimed "legal" "PLAINTIFFS BLACK LIVES
MATTER minorities, DNA Negro "Muslim Race" "Iran, Iraq, Libya, Somalai, Sudan, Syria, and
Yemen" legal citizenships 721 people had been detained or denied entry to the U.S, according
to the *New York Times*, to include furtherance's

Not only that, (USA) very own government  Customs and Border Protection
officials fully committed direct violations of 18 U.S. Code § 242 - Deprivation of rights under
color of law,  18 U.S. Code § 249 – "Hate crime acts",  by orders of said "Chief Defendant"
Donald John Trump, Sr. in his now "official capacity" of acting President of defendant "United
States of America et al" against all visa holders from Muslim-majority countries not on the
list, such as Jordan, have been stopped or sent home by the defamatory and discrimination
hostile racist Wrongs of

"Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting
President, whom had not even provided any "evidence connecting these countries with
terrorism from the "seven countries whom had already had entered the defendant "United
States of America et al" before the order was drafted, designed and executed, not a single
process, a flat zero in which actual legal document circumstances against "PLAINTIFFS BLACK
LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya,
Somalai, Sudan, Syria, and Yemen" of a order written to target "Muslims and said the
countries "targeted" represent only about 15% of the "Worlds" "PLAINTIFFS BLACK LIVES
MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai,
Sudan, Syria, and Yemen" official "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro
"Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen"., this
RICO corruption against a mass of population affected more than 60,000 "PLAINTIFFS BLACK
LIVES MATTER minorities, DNA Negro "Muslim Race" legal claimed immigrants visas of
defendant (USA)  that had been revoke to only be "reissued" under this  under foregone
conclusion shocking evidence of direct criminal intent in regards now in 2017 no less after
dismissal wrongfully of

by this 45th President" Chief Defendant" Donald John Trump, Sr. in his now "official
capacity" of acting President of defendant "United States of America et al" to discriminate
against all "Muslims" in this direct violations of 18 U.S. Code § 242 - Deprivation of rights

under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order"

### 77.

This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order" includes among all other Plaintiffs Negro "black lives matter" race "New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7th 2013, been fully deprive of the rights and privileges of actual legal citizenship in regards now in 2017 by this 45th President" Chief Defendant" Donald John Trump, Sr. in his now

"official capacity" of acting President of defendant "United States of America et al" *Immigration and Nationality Act (INA), 8 U.S.C. 1101 et seq., and section 301 of title 3, United States Code, which is already voided...? Since conception as all* New Arrival" DNA Muslim Negro Plaintiffs residing in (USA) January 1st 1892 – February 7th 2013, been fully deprive of the rights and privileges of actual legal citizenship Before the Court", Property of the United States of America, Slave Negro U.S Federal Judge George Carol Hanks, Jr. (Born into slavery servitude of USA in 1964), find

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs attached Exhibit D-1 Notice of Motion to "Strike" the Nationality Act, the Naturalization Act of 1790 restricted citizenship to "any alien, being a free white person" who had been in the U.S. for two years. In effect, it left out indentured servants, Negro Forced Chattel Plaintiffs 44.5 million slaves, and most women

"Void, fraudulent, has no remedy on behalf of PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the Plaintiffs some 223 years after the copy" of the

"Original" Naturalization Act of 1790 exhibit attached D-1 herein signed and enter, pursuant to said "1790" Naturalization act of 1790, thereafter13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, each

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro 44.5 Million Negro Slave Plaintiffs, listed herein having been Denationalization of all legal citizenship, which never existed, being "Actual August 20th 1619 – 2013 February 7th "Forced false imprisonment Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant United States of America Constitution PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs attached Exhibit D-1 Notice of Motion to "Strike" Official filed herein

78.

Before the Court", Property of the United States of America, Slave Negro U.S Federal Judge George Carol Hanks, Jr. (Born into slavery servitude of USA in 1964).

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs attached Exhibit D-2 Notice of Motion to "Strike" the Naturalization Act of 1798. The Naturalization Act, passed by the United States Congress on June 18, 1798 (1 Stat. 566), increased the period necessary for immigrants to become naturalized citizens in the United States from 5 to 14 years

"Void, fraudulent, has no remedy on behalf of Slave Plaintiffs "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Plaintiffs some 215 years after the copy" of the

"Original" Naturalization Act of 1798 exhibit attached D-2 herein signed and enter, pursuant to said " the Naturalization Act of 1798, thereafter13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, each 44.5 Million Negro Slave Plaintiffs, listed herein having been

Denationalization of all legal citizenship, which never existed, being "Actual August 20th 1619 – 2013 February 7th "Forced false imprisonment Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant United States of America Constitution PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs attached Exhibit D-2 Notice of Motion to "Strike" Official filed herein

79.

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs attached Exhibit D-3 Notice of Motion to "Strike" The United States Congress passed the Naturalization Law of 1802 on April 14, 1802, that directed the clerk of the court to record the entry of all aliens into the United States,

The clerk collected information including the applicant's name, birthplace, age, nation of allegiance, country of emigration, and place of intended settlement, and granted each applicant a certificate that could be exhibited to the court as evidence of time of arrival in the United States. This act repealed the Naturalization Act of 1798,

"Void, fraudulent, has no remedy on behalf of Slave Plaintiffs "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the Plaintiffs some 211 years after the copy" of the "Original" the Naturalization Law of 1802 on April 14, 1802, that directed the clerk of the court to record the entry of all aliens into the United States, Thereafter 13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, each

44.5 Million Negro Slave Plaintiffs, listed herein having been Denationalization of all legal citizenship, which never existed, being "Actual August 20[th] 1619 – 2013 February 7[th] "Forced false imprisonment Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant "upon" which not a single

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Slave Negro Plaintiff been legally registration under correct status of being an actual "Slave Papers" from August 20[th] 1619 – February 7[th] 2013 that directed the clerk of the court to record the entry of all aliens into the United States, under said United States of America Constitution being fraudulent as Negro Slave Plaintiffs attached Exhibit D-3 Notice of Motion to "Strike" Official filed herein

80.

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs attached Exhibit D-4 Notice of Motion to "Strike" The United States Naturalization Act of January 29, 1795 (1 Stat. 414) repealed and replaced the Naturalization Act of 1790. ... The Act specified that naturalized citizenship was reserved only for "free white person[s]." It also changed the requirement in the 1790 Act of "good character" to read "good moral character."

June 2, 1924, Congress granted citizenship to all Native Americans born in the U.S. Yet even after the Indian Citizenship Act, some Native Americans weren't allowed to vote

because the right to vote was governed by state law. Until 1957, some states barred Native Americans from voting United States. This act repealed the <u>Naturalization Act of 1798,</u>

"Void, fraudulent, has no remedy on behalf of PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Plaintiffs some 218 years after the copy" of the

"Original" The United States Naturalization Act of January 29, 1795 (1 Stat. 414)

Thereafter 13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, each 44.5 Million Negro Slave Plaintiffs, listed herein having been Denationalization of all legal citizenship, which never existed, being "Actual August 20[th] 1619 – 2013 February 7[th] "Forced false imprisonment Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant United States of America Constitution being fraudulent as PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs attached Exhibit D-4 Notice of Motion to "Strike" Official filed herein

81.

Negro Slave Plaintiffs attached Exhibit D-5 Notice of Motion to "Strike" The Immigration and Nationality Act of 1952 (Pub.L. 82–414, 66 Stat. 163, enacted June 27, 1952), also known as the McCarran–Walter Act, restricted immigration into the U.S. and is codified under Title 8 of the United States Code (8 U.S.C. ch. 12),

"Void, fraudulent, has no remedy on behalf of Slave Plaintiffs "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the Plaintiffs some 218  years after the copy" of the

"Original" The Immigration and Nationality Act of 1952 (Pub.L. 82–414, 66 Stat. 163, enacted June 27, 1952), also known as the McCarran–Walter Act, Thereafter 13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, each 44.5 Million Negro Slave Plaintiffs, listed herein having been Denationalization of all legal citizenship, which never existed, being "Actual August 20[th] 1619 – 2013 February 7[th] "Forced false imprisonment Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant United States of America Constitution being

fraudulent as Negro Slave Plaintiffs attached Exhibit D-5 Notice of Motion to "Strike" Official filed herein

### 82.

The Indian Citizenship Act of 1924, also known as the Snyder Act, June 2, 1924, Congress granted citizenship to all Native Americans born in the U.S. Yet even after the Indian Citizenship Act, some Native Americans weren't allowed to vote because the right to vote was governed by state law. Until 1957, some states barred PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Native Americans from voting, "Void, fraudulent, has no remedy on behalf of Slave Plaintiffs "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Plaintiffs some 218  years after the copy" of the "Original" The Indian Citizenship Act of 1924, also known as the Snyder Act, June 2, 1924, Thereafter 13th Amendment of defendant United States of America Constitution had been ratified on Feb 7th 2013, each

44.5 Million Negro Slave Plaintiffs, being still official PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro listed herein having been Denationalization of all legal citizenship, which never existed, being "Actual August 20th 1619 – 2013 February 7th "Forced false imprisonment Slaves" never having the "enjoyment of the defendant United States of America Constitution 14th Amendment which was fully defeated in designed by the destruction of the 13th amendment of defendant United States of America Constitution being fraudulent as PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Negro Slave Plaintiffs attached Exhibit D-6 Notice of Motion to "Strike" Official filed herein Slave Negro U.S Federal Judge George Carol Hanks, Jr. (born into slavery servitude of USA in 1964), U.S. District Court 601 25th street ste. 411, Galveston Texas 77550-1738 USPS First Class Mail 9400 1118 9922 3351 8714 66

On appeal before the "Fifth Circuit Court of Appeals" one Slave Negro U.S Federal Judge George Carol Hanks, Jr. U.S. Docket No. 3:16-MC-00016 cover up by defendant GOP Republican Party Government "Protection of their Whites Supremacist" Terror Organization defendant "Knights of the Klu Klux Klansman, as the government records of defendant "United States of America" U.S. Docket No. 1:16-CV-02654, order as evidence, Within the jurisdiction of defendant "United States of America et al", in their Professional and Personal, entity  capacity being under direct violation of

Great Britain United Kingdom Slave Trade Act From May 1, 1807, to 2013 (February 7th) pursuant TO ROME STATUTE OF THE INTERNATIONAL CRIMINAL COURT*, Article 6 Genocide, Article 7, Crimes against humanity  and never ending defendant (USA) 1865 "Civil

War" in direct violation of Article 8 War crimes, Defendant Donald John Trump declared a $916 million loss on his newly uncovered 1995 tax returns — a loss that would allow him to avoid paying federal income tax for up to 18 years", added to his 16.4 Billion Minimum

Collectively here in January 1st 2000 – 2016 engaging in supporting "Global Financing of Terrorism" of The "Knight of The Klu Klux Klan", as they are Identified in PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Plaintiff exhibit (F) U.S. Docket Case No. 16-CV-02645 defendant "Donald John Trump Sr. et al, in violation of Section 2 of the Ku Klux Klan Act of 1871 and section 11 (b) of the voting rights Act of 1965 by conspiring to prevent minority

**83.**

PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro voters from exercising right to vote in the 2016 "election" conspiring to intimidate, threaten, harass and coerce to the same "United States of America District Court being criminal himself actually engaged in maintaining, Slavery servitude, fraud in scuttling the records and direct refusal in restoring actual legal citizenship to all PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro 44.5 Million Negro Slaves Plaintiffs herein as further Slave Negro U.S Federal Judge George Carol Hanks, Jr. did on 5th day of January 2017 conceals disguises, and scuttled the nature, location, source, or ownership of material support of chief defendant 45th President Donald John Trump Sr. finance of terrorism, within foreign government(s) enemies Cuba, Venezuela, the Balkan region, some North and Central African states, Gambia, Oman, the Caucus states, India and SE Asia.

Definitive enemies: Somalia, Syria, Iraq, ISIL, Yemen, Nigeria, Algeria, Iran, Afghanistan, Pakistan, Russia, North Korea, and China. of defendant in financing "International  Terrorism within the "United States of America", past, present and future being in defendant Donald John Trump Sr. Illegally conducted business in Communist Cuba in violation of Defendant American trade bans in the late 1990s knowingly operated in violation of the law further Slave Negro U.S Federal Judge George Carol Hanks, Jr. did on 5th day of January 2017 conceals disguises, and scuttled the nature, location, source, or ownership of material support of chief defendant

45th President Donald John Trump Sr. finance of terrorism, which all fact have proven in addition (Plaintiffs) will show as already on "appeal" before being acting "president of the United states of America et al" did committed to all defamatory acting actions, defamatory statements, with the direct "whites supremacy" consciously injurious hostile race base discrimination character in providing the defamatory statement, actions and orders in the "official capacity of "President of the United States of America as PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro et al in paragraph 1 – 83 herein realleges and incorporates further already made this point

**84.**

Further before one Slave Negro U.S Federal Judge George Carol Hanks, Jr. whom did on 5th day of January 2017 "among other things" conceals disguises, and scuttled the nature, location, source, or ownership of material support of chief defendant 45th President Donald John Trump Sr. finance of terrorism, continue to delegitimize the rights of each and every Plaintiff(s) National Security Interest institutions in

The intelligence community that can really hold chief defendant 45<sup>th</sup>President Donald John Trump Sr. finance accountable from all acts of terrorism, descried to have already occurred within the "Jurisdiction" of defendant (USA) and the "International Community" with Civil RICO fraud against the Court while acting under color of law with direct intent violation of Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law ... and crimes under Judicial duties of a United States District Judge to not fraudulent engaging "Fraud and false statement of court government records pursuant to

Title 18, U.S.C., Section 1001 Fraud and False Statements, with fraud against (IFP) , 28 U.S. Code § 1915 - Proceedings in forma pauperis, "Medical Fraud/Malpractice, Gross Neglect, Defendant "State of Utah" declared PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Pro Se Plaintiff in his "Both Persons" legally Dead,

In order to obtain legal custody of the PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro 2 minor draughts whom been (Missing) since 1994, with the (mother) Dead Body, also missing thereafter moments in the same day in 1994 (I) ID my Dead Wife Plaintiff Rachel Ann Hamilton, to prepare for family Christen burying services.

85.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, the "official  45th President "Chief Defendant" Donald John Trump, Sr. direct intent in intentional, deliberate, preplanned, "premeditated continue RICO Wire fraud, practice and pattern in discrimination", "defamation", "liable" and "slander"  tormented, threatened, harassed, humiliated, embarrassed or otherwise targeted "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro of all "Muslim Race" within the defendant "United States of America et al to include this direct intent in intentional, deliberate, preplanned, "premeditated practice and pattern this "officially" occurred on or about November 6th 2016 longer before becoming acting

"President of The United States of America", to  seal the deal in criminal violations of 18 U.S. Code § 242 - Deprivation of rights under color of law,  especially against all immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" herein which there also claimed legal citizens of defendant of USA being affected by this continuance "abuse of power" of a "War Lord" in November 6th 2016 inciting violence and premeditated" RICO Executive Order" all being past and present violation of

18 U.S. Code § 249 – "Hate crime acts as then in November 6[th] 2016 RICO rioting, voting disfranchisements by any means necessary, wire fraud, theft of veterans funds, scuttling into a  Foundation that never "existed" in "Billions" MIA, with massive Billions MIA once against same "Trump Tower DJT Mr. University Scam in Millions missing MIA in Texas, Florida, and New York all (MIA) $$$ missing in financing Donald Trump "War Lord" hate crimes directed at all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" already under this "Slave Trade of corruption": Minnesota Has 'Suffered Enough' Accepting Refugees

*Tessa Berenson*

*Nov 06, 2016*

> *In a pitch to suspend the nation's <u>Syrian refugee program</u>, Donald Trump said Minnesotans have "suffered enough" from accepting Somali immigrants into their state.*
> *"Here in Minnesota you have seen firsthand the problems caused with faulty refugee vetting, with large numbers of Somali refugees coming into your state, without your knowledge, without your support or approval," Trump said at a Minneapolis rally Sunday afternoon.*
> *He said his administration would suspend the <u>Syrian refugee program</u> and not resettle refugees anywhere in the United States without support from the communities, while Hillary Clinton's "plan will import generations of terrorism, extremism and radicalism into your schools and throughout your communities."*
> *"You've suffered enough in Minnesota," he said.*
> *Minnesota is home to nearly one in three Somalis in the United States, according to 2010 American Community Survey data.*
> *Trump's Minnesota rally came within hours of the FBI announcing its review of newly discovered Clinton emails did not change its original conclusion to not recommend criminal charges. Trump did not address the FBI's new statement.*

86.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare Chief Defendant "Donald John Trump Sr., in his private person and This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law,  18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", while acting under color of law in the "title of acting defendant "45[th] President of The United States of America" "deliberate unscrupulous RICO clever manipulation of the

"Uniform Crime Reports" (UCRP) "published" but not the actions of the now 1865 - 2017 "criminal in-house GOP Republican Party and there Para-Military Knights of the Klu Klux Klansmen crimes control by now in 2017 acting defendant "45th President of The United

States of America 1000 RICO wire fraud, obstruction of justice abuse of power direct violations of

18 U.S. Code § 242 - Deprivation of rights under color of law, directed at "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare in scuttling the most extensive set of U.S. Crime Statistics" never ever made public but under defendant (USA) GOP Republican party hostile government control timeline

1865 – 2013 no less "Slave Trade" executed and controlled by defendant "Knights of The Klu Klux Klansmen to maintain being Crimes against humanity, mass murder, voting disfranchisement to maintain actual "Slavery" over all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" whom not being "descendants of Slavery of (USA) but actual "Slaves" 1865 – 2013 as government records are correct upon the

Archivist of defendant "United States of America et al "Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16th 1995, as with this action, "Defendant", The States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States" as Identified "Above PLANTIFFS realleges and incorporates by reference paragraphs 1 – 85 as though fully set forth herein, further,

87.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS realleges and incorporates, defendant "Whites Supremacy" law and order in maintaining and "Celebration" over their "Property" officially before a Honorable Court "namely" "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively under the "Slave Trade RICO International Monetary Wire Fraud, fraud by non-disclosure in corruption in among other things This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order" of the Nationality Act, which fraudulent discriminatory patter and practices of the Naturalization Act of 1790 restricted citizenship to "any alien, other than being a free white person" who had been in the U.S. for two years. In effect, it left out indentured servants,

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" Negro Forced Chattel Plaintiffs 44.5 million slaves, and most women Naturalization Act of 1790 Discriminatory fashion restricted immigration into the U.S. well into 2013 against all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively when defendant (USA) Slavery actually legally ended.

88.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates in corruption in among other things This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order" , which fraudulent discriminatory patter and practices of the Naturalization Act of 1798. The Naturalization Act, passed by the

United States Congress on June 18, 1798 (1 Stat. 566), increased the period necessary for immigrants to become naturalized citizens in the United States from 5 to 14 years) Naturalization Act of 1798. Discriminatory fashion restricted immigration into the U.S. well into 2013 against all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively when defendant (USA) Slavery actually legally ended.

89.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates in corruption in among other things This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order" , which fraudulent discriminatory patter and practices of the The United States Congress passed the Naturalization Law of 1802 on April 14, 1802, that directed the clerk of the court to record the entry of all aliens into the United States,

The United States Naturalization Act of January 29, 1795 (1 Stat. 414) repealed and replaced the Naturalization Act of 1790. ... The Act specified that naturalized citizenship was reserved only for "free white person[s]." It also changed the requirement in the 1790 Act of "good character" to read "good moral character." The United States Naturalization Act of January 29, 1795 (1 Stat. 414) discriminatory fashion restricted immigration into the U.S. well

into 2013 against all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively when defendant (USA) Slavery actually legally ended.

90.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates in corruption in among other things This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order" , which fraudulent discriminatory patter and practices of the

The Immigration and Nationality Act of 1952 (Pub.L. 82–414, 66 Stat. 163, enacted June 27, 1952), also known as the McCarran–Walter Act, discriminatory fashion restricted immigration into the U.S. and is codified under Title 8 of the United States Code (8 U.S.C. ch. 12), well into 2013 against all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively when defendant (USA) Slavery actually legally ended.

91.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates in corruption in among other things This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law, 18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented, threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal government of USA order" , which fraudulent discriminatory patter and practices of the

The Indian Citizenship Act of 1924, also known as the Snyder Act, June 2, 1924, Congress granted citizenship to all Native Americans born in the U.S. Yet even after the Indian Citizenship Act, some Native Americans weren't allowed to vote because the right to vote was governed by state law discriminatory fashion restricted immigration into the U.S. well into 2013 against all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively when defendant (USA) Slavery actually legally ended, all as described incorporates by reference paragraphs 86 – 91 herein fully on defendant 45th President Donald John Trump Sr. et al "Whites Supremacy" design

"Void, fraudulent, discriminatory in design since 1790 – 2017 official whites supremacy actions and corruption at people of color, unconstitutional and forever no equal just cause in law and equity on behalf in full rights to "people of color" other than "whites

supremacy" as such has no remedy "ever" in law and equity" fully discriminatory on behalf of PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Slave Plaintiffs whom been imprisonment as slaves well into 2013 legally and criminally by "United States of America" and not being direct descendants of Slaves,

But actual Slaves born into this crime against humanity of 45th President Donald John Sr. as "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully U.S. Docket No. 3:16-MC-00016 "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857,  "exhibit J" The 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Plaintiffs

92.

As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully U.S. Docket No. 3:16-MC-00016 "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857,  "exhibit K"  The Civil Rights Act of 1964

93.

As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully U.S. Docket No. 3:16-MC-00016 "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857,  "exhibit L"  "Dred Scott" vs. Sandford 60 US 393 (1857)

94.

As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully U.S. Docket No. 3:16-MC-00016 "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857,  "exhibit M"  50 States Constitution Alabama – Wyoming"

95.

As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully U.S. Docket No. 3:16-MC-00016 "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857,  "exhibit N"  Assassination paper of 16th President Abe Lincoln, and Cause of death of Associate Justice Antonin Scalia

96.

As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully U.S. Docket No. 3:16-MC-00016 "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857, "exhibit O" Assassination investigation records of "Robert F. Kennedy, Warren Commission Report September 24[th] 1964, "The Final Report of the House Select Committee on assassination of President John F. Kennedy

## 97.

As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully U.S. Docket No. 3:16-MC-00016 "Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857,  "exhibit P"  Assassination records ogf "Martin Luther King" and His Mother

## 98.

As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further realleges and incorporates herein fully the "entire" U.S. Docket No. 3:16-MC-00016 records "exhibit Q" Hamilton vs. Trump on CD Original Record for 17-40068 [USCA5] Table of Contents

Original Record created
1/27/2017......................................................................................................................1
        3:16-MC-16..........................................................................................................

**3:16-MC-16**
Docket Sheet
pp. 1 - 3
**Pleadings**
Pleadings (289 pages)
pp. 4 - 292
Pleadings, vol. 2 (392 pages)
pp. 293 - 684
Pleadings, vol. 3 (364 pages)
pp. 685 - 1048
Pleadings, vol. 4 (369 pages)
pp. 1049 - 1417
Pleadings, vol. 5 (263 pages)
pp. 1418 - 1680
Pleadings, vol. 6 (271 pages)
pp. 1681 - 1951
Pleadings, vol. 7 (374 pages)
pp. 1952 - 2325
Pleadings, vol. 8 (314 pages)
pp. 2326 - 2639
Pleadings, vol. 9 (261 pages)
pp. 2640 - 2900
Pleadings, vol. 10 (396 pages)

pp. 2901 - 3296
Pleadings, vol. 11 (380 pages)
pp. 3297 - 3676
Pleadings, vol. 12 (386 pages)
pp. 3677 - 4062
Pleadings, vol. 13 (362 pages)
pp. 4063 - 4424
Pleadings, vol. 14 (358 pages)
pp. 4425 – 4782
Pleadings, vol. 15 (300 pages)
pp. 4783 - 5082
Pleadings, vol. 16 (390 pages)
pp. 5083 - 5472
          Original Record created 1/27/2017


### 99.

     As "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further
realleges and incorporates herein after being "declared" frivolous...? Now additional fully the
possibly "MIA"...? Scuttled, Obscured, Missing Federal Court Document #7 filed on date
1/23/2017 from the appeal records as Identified from U.S. Docket No. 3:16-MC-00016 records
as described in "exhibit R" Hamilton vs. Trump "Civil Docket" records, being resurface and
filed into this Civil Complaint and Jury Demand in 2017 Re: Civil Matter "Black Lives Matter
vs. 45th President Donald John Trump Sr.


### 100.

     "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further
Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA
Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS
realleges and incorporates, defendant "Whites Supremacy" law and order in maintaining and
"Celebration" over their "Property" officially before a Honorable Court "namely" "PLAINTIFFS
BLACK LIVES MATTER minorities, DNA Negro Race" collectively under the "Slave Trade RICO
International Monetary Wire Fraud, fraud by non-disclosure in corruption in among other
things This direct violations of 18 U.S. Code § 242 - Deprivation of rights under color of law,
18 U.S. Code § 249 – "Hate crime acts", "Religious Prosecution", "Terrorization", "Abuse of
power", "wire fraud", "discrimination", "defamation", "liable" and "slander" tormented,
threatened, harassed, humiliated, embarrassed or otherwise "targeted executive legal
government of USA order" of the Nationality Act, committed by Chief Defendant Donald
John Trump Sr. in both Professional and Private racist capacity criminal intent was fully RICO
corruption in design for the

     Next "election" in targeting the full fast pace deportation of all claimed "illegal
immigrants under a fraudulent "executive order" designed to attack all voting demographic