which defendant "United States of America" fully criminal in patter and practices of discriminatory of The 1790 Naturalization Act reserves naturalized citizenship for whites only to maintain majority race population voting disfranchisement control in this corrupted 2017 scheme of things right after the Fraud of the 2016 election no less committed by Defendant(s) as described very well in U.S. Docket No. 3:16-MC-00016 on appeal, while Chief Defendant still claiming "PLAINTIFFS BLACK LIVES MATTER" Public enemy number #1 Terrorist with all now declared entire population

### 101.

"PLAINTIFFS BLACK LIVES MATTER" terrorist immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" herein which there also claimed before the court to be never legal citizens of defendant of USA being affected by this continuance "abuse of power" of a "War Lord" in November 6th 2016 past inciting violence and premeditated" RICO Executive Order" in 2017" fully criminal in patter and practices of discriminatory of The 1790 Naturalization Act reserves naturalized citizenship for whites only already having the same "plight" with the  2017 official defame "PLAINTIFFS BLACK LIVES MATTER" terrorist by acting 45th President Donald John Trump Sr. to be "destroyed" while acting under official office of President of defendant "United States of America" now with a combine in 2017" fully criminal in patter and practices of discriminatory of

The 1790 Naturalization Act reserves naturalized citizenship for whites only against both "Claimed entire populations to be "thugs", undeserables, "terrorist" of Negro Slave Black Lives matter" just free by "Knights of the Klu Klux Klansmen pure breed "White Man" and all of the claimed "Muslim Terrorist Populations from  "PLAINTIFFS BLACK LIVES MATTER" terrorist immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" herein because there religious faith is "Islam" making ever one other the Christen White Race a "terrorist" under "executive order" of 45th President Chief Defendant Donald John Trump Sr. half bake RICO Voting Fraud Future scheme of things to control the (USA) voting demographic as "oddly left out this "Fraud Target Hate Crimes Executive Order"

- Indonesia 204,847,000 at (87.2%)
- Pakistan 178,097,000 at (96.4%)
- India 171,012,000 at (14.6%)
- Bangladesh 145,312,000 at (90%)
- Nigeria 75,728,000 at (47.9%)
- Make up the largest population of "Muslim" in the World, that being left out this claim of "protection the United States of America from terrorist of Islam Faith", terrorist immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" as this demographic is not "fake

news" or "Alternative facts" from a RICO Administration already discrimination wrongfully acting under color of law against

- Muslims race whom make up just one percent of the defendant United States population and did have a significant impact on the outcome of November's presidential election as Chief Defendant Donald John Trump's voting disfranchisement in partnership with the Russia Federation, Cyber Theft, and the mass Hate crimes election Donald John Trump racist horse shit rhetoric, including calling for a hates crimes premeditated open wide blanket ban on all Muslims entering the country, which the target executive order fraudulent and corrupted left out the correct majority of the Make up the largest population of "Muslim" in the World, Indonesia 204,847,000 at (87.2%)
- Pakistan 178,097,000 at (96.4%)
- India 171,012,000 at (14.6%)
- Bangladesh 145,312,000 at (90%)
- Nigeria 75,728,000 at (47.9%)

Left out from "terrorist activity under this "broken hate crimes muslim target ban" of future voting fraud disfranchisement hiding under a racist agenda for monetary personal gains, and suit no purpose other than "Prejudices, defamatory and violence direct at "PLAINTIFFS BLACK LIVES MATTER" claimed all to be terrorist immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" which the other Muslim countries being the majority share holder left out in "Blowing up" the pure innocents "christen church America braves Honorable white Knights of the Klu Klux Klansmen" legal ownership of all

102

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS realleges and incorporates, defendant United States of America et al "Whites Supremacy", under now in 2017 45th President Chief Defendant Donald John Trump, having first personal hand knowledge of the 2016 "election" having without a question to legal address obtain precise demographic in population within defendant (USA) jurisdiction known factual a real spurred sharp increase in Muslims registering to vote as PLAINTIFFS BLACK LIVES MATTER" claimed all to be terrorist immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" now "evicted" on this scale, while defendant Donald John Trump Sr. paid in full Cabinet not even in place, dysfunctional Russia inside trading SEC "Military NSA Rouge violation espionages hostile tactic open public record acts and actions of 2017

- Treason purpose other than "actual" functional government in loud language of this joking constitution actual provision of non- physical congressional duties and responsibilities of "freeing all PLAINTIFFS BLACK LIVES MATTER" claimed all to be (fucking) terrorist immigrants

from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen", and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively Mutable "Mix Negro Race, and "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" "exclude from this hate crimes executive order whom physically Make up the largest population of "Muslim" in the World, as identified

- Indonesia 204,847,000 at (87.2%)
- Pakistan 178,097,000 at (96.4%)
- India 171,012,000 at (14.6%)
- Bangladesh 145,312,000 at (90%)
- Nigeria 75,728,000 at (47.9%)

103.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS realleges and incorporates, defendant United States of America et al "Whites Supremacy",

Officially target the "election" with disfranchisement directed at all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein further "affirmed, declared and fully precise As of June, 2016 more than 300,000 Muslims had registered to vote since 2012, according to the Council on American-Islamic Relations (CAIR). Whom whereby "legal stripped already of claimed legal citizenship

Dred Scott v. Sandford, 60 US 393 1857 which defendant "United States of America" fully criminal in patter and practices of discriminatory of The 1790 Naturalization Act reserves naturalized citizenship for whites only to maintain majority race population voting disfranchisement control was long instituted even before the conception of 18 U.S. Code § 249 – "Hate crime acts", "targeted executive legal government of USA order" of the Nationality Act, committed by Chief Defendant Donald John Trump Sr. in both Professional and Private racist capacity criminal intent was fully RICO corruption in design for the Next "election" in targeting the full fast pace deportation of all claimed "illegal immigrants under a fraudulent "executive order" designed to attack all voting demographic minorities races while bully past common law frauds surrounding

104

"Religious Prosecution", "Terrorization", "Abuse of power", "wire fraud", "discrimination", "defamation", "liable" and "slander" all being criminal while acting in 2017

under color of law as acting 45th President of the United States of America forcedly engaging openly in hate crime speeches, inciting race rioting, tormented, threatened, harassed, humiliated, embarrassed or otherwise "target" government state sponsor past, and present RICO criminal "patter and practices" of discriminatory unequal administration of The 1790 Naturalization Act to discriminatory reserves naturalized citizenship for whites only well into 2017 population demographic to maintain "whites supremacy GOP Republican party majority race population voting disfranchisement control as all claimed now 2017 Terrorist "BLACL LIVES MATTER"

having been stripped of legal citizenship since august 20th 1619 pursuant to "Slavery Servitude" of defendant USA which did not legally end until February 7th 2013 upon the Archivist of defendant "United States of America et al "Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16[th] 1995, as with this action, "Defendant", The States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States" as

105.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS realleges and incorporates,

Acting 45th President of the United States of America forcedly engaging openly in hate crime religion prosecution in favor of  Christianity which has highest population in the world

Adherent estimates in 2012

| Religion | Adherents | Percentage |
|---|---|---|
| Christianity | 2.2 billion | 31.50% |
| Islam | 1.6 billion | 22.32% |
| Secular [a]/Nonreligious [b]/Agnostic/Atheist | ≤1.1 billion | 15.35% |
| Hinduism | 1 billion | 13.95% |

With the listed countries, of the Muslim population has the overwhelming majority.

- **Indonesia 204,847,000 (87.2%)**

- Pakistan 178,097,000 (96.4%)
- India 171,012,000 (14.6%)
- Bangladesh 145,312,000 (90%)
- Nigeria 75,728,000 (47.9%)
- Iran 74,819,000 (99.6%)
- Turkey 74,660,000 (98.6%)
- Egypt 73,746,000 (90%)

- 106.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm,
State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro
Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS realleges
and incorporates, All travelers who have nationality of Iran, Iraq, Libya, Somalia, Sudan, Syria
and Yemen being also Muslim under a RICO Wire and Mail Fraud Hate Crimes Act signed as an
executive order halting all refugee admissions and temporarily barring people from seven
Muslim-majority countries, which is disapprobation  fraudulent in being correct to the logic of
said "Executive Order" as reference to "Muslim Population calculations to be "Terrorist" by
large demographic claims by Chief Defendant Donald John Trump in the official capacity of
President of the USA, as already premeditated direct intent during 2016 against

Islam (/ˈɪslɑːm/; [note 1] Arabic: الإسلام, al-ʾIslām IPA: [alʔisˈlaːm] ( listen); [note 2]) is the
religion articulated by the Quran, a text considered by its adherents to be the verbatim word
of God (Allāh), and, for the vast majority of adherents, by the teachings and normative
example (called the sunnah, composed ... and f under the "Executive order" only Muslims
Christians are allowed access or exemptions which factual  Muslims are not Christians, they
have their very own "entitled" religious faith as Muslims do not believe that he was the Son
of Allah therefore he was not Jesus who was the Son of God, nor that he is divine or part of a
triune God. In Islam, Isa was a human prophet who, like all the other prophets, tried to bring
the children of Israel to the worship of One God.

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further
Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA
Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS
realleges and incorporates, "Muslim Population calculations to be "Terrorist" by large
demographic claims by Chief Defendant Donald John Trump in the official capacity of
President of the USA, as already premeditated direct intent during 2016 against Islam Sunnis
make up the majority of Muslims, not every Muslim belongs to the same Islamic sect. A
Muslim's Islamic beliefs may take one of these forms:

- **Sunni Muslims include 84%–90% of all Muslims.** *Sunni* means "tradition," and Sunnis regard themselves as those who emphasize following the traditions of Muhammad and of the first two generations of the community of Muslims that followed Muhammad.

  A number of movements to reform Islam have originated mainly in the 20th century. Some are limited to one country and others have a broader influence. Most are Sunni movements, such as the Wahhabis, the Muslim Brotherhood, and Jama`at-i-Islami.

- **Shi`ite Muslims comprise 10%–16% of all Muslims.** Shi`ites are the "party of `Ali," who believe that Muhammad's son-in-law `Ali was his designated successor *(imam)* and that the Muslim community should be headed by a designated descendent of Muhammad. Three main subgroups of Shi`ites are Twelvers *(Ithna-`Asharis)*, Seveners *(Isma`ilis)*, and Fivers *(Zaydis)*.

- **Sufis are Islamic mystics.** Sufis go beyond external requirements of the religion to seek a personal experience of God through forms of meditation and spiritual growth. A number of Sufi orders, comparable to Christian monastic orders, exist. Most Sufis are also Sunni Muslims, although some are Shi`ite Muslims. Many conservative Sunni Muslims regard Sufism as a corruption of Islam, although most still regard Sufis as Muslims.

- **Baha'is and Ahmadiyyas are 19th-century offshoots of Shi`ite and Sunni Islam, respectively.** Bahai's consider themselves the newest of the major world's religions but recognize that historically they originated from Shi`ite Islam in the same way that Christianity originated from Judaism. Ahmadiyyas do regard themselves as Muslims. Most other Muslims, however, deny that either group is a legitimate form of Islam and regard members of both groups as *heretics* — people who have corrupted and abandoned Islamic belief and practice.

- **Druze, Alevis, and `Alawis are small, sectarian groups with unorthodox beliefs and practices that split off from Islam.** Druze and Alevis do not regard themselves as Muslims and are not considered Muslims by other Muslims. `Alawis have various non-

Islamic practices, but debate continues as to whether they should still be considered Muslims.

107

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" as Identified in exhibit I attached herein all "PLANTIFFS realleges and incorporates, There were 3.3 million Muslims of all ages living in the United States in 2015, or about 1 percent of the total U.S. population, the Pew Research Center reports. The figure is an update to Pew's 2011 estimate of 2.75 million Muslims living in the United States., This means that Muslims made up about 1% of the total U.S. population (about 322 million people in 2015), and estimate that that share will double by 2050.

The history of American Muslims goes back more than 400 years. Living in USA stripped of legal citizenship well into 2013 officially all criminally by "whites supremacy GOP Republican Party Government forever tormented, threatened, harassed, humiliated, embarrassed or otherwise "hate crimes target" by official government state sponsor past, and present in 2017 under direct RICO criminal "patter and practices" of discriminatory unequal administration of The 1790 Naturalization Act to prescribe "discriminatory government records relief simply" reserves naturalized citizenship for whites only, and the voting demographic being render no people of color competition in their monopoly of "slave trade" endless whites supremacy fraud even as

Although some evidence suggests that there were Muslims on Columbus' ships, the first clearly documented arrival of Muslims in America occurred in the 17th century with the arrival of "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Race" collectively further Affirm, State and fully declare and all "PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Mutable "Mix Negro Race" as Identified in exhibit I being slaves from Africa well into 2013. As described intent on discrimination by the Court Order" against this Hate Crimes "Executive Order" as Stated:



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON, et al.,

          Plaintiffs,

     v.

DONALD J. TRUMP, et al.,

          Defendants.

CASE NO. C17-0141JLR

TEMPORARY RESTRAINING
ORDER

## I.    INTRODUCTION

Before the court is Plaintiffs State of Washington and State of Minnesota's

(collectively, "the States") emergency motion for a temporary restraining order ("TRO").

(TRO Mot.  (Dkt. ## 3, 19 (as amended)).)  The court has reviewed the motion, the

complaint (Compl. (Dkt. # 1)), the amended complaint (FAC (Dkt. # 18)), all the

submissions of the parties related to the motion, the relevant portions of the record, and

the applicable law.  In addition, the court heard the argument of counsel on February 3,

//

ORDER - 1

1   2017. (*See* Min. Entry (Dkt. # 51).)  Having considered all of the foregoing, the court

2   GRANTS the States' motion as set forth below.

## II.   PROCEDURAL BACKGROUND

4        On January 30, 2017, the State of Washington filed a complaint seeking

5   declaratory and injunctive relief against Defendants Donald J. Trump, in his official

6   capacity as President of the United States, the United States Department of Homeland

7   Security ("DHS"), John F. Kelly, in his official capacity as Secretary of DHS, Tom

8   Shannon, in his official capacity as Acting Secretary of State, and the United States of

9   America (collectively, "Federal Defendants").  (*See* Compl.)  On February 1, 2017, the

10  State of Washington filed an amended complaint adding the State of Minnesota as a

11  plaintiff.  (*See* FAC.)  The States seek declaratory relief invalidating portions of the

12  Executive Order of January 27, 2017, entitled "Protecting the Nation from Foreign

13  Terrorist Entry into the United States" ("Executive Order") (*see* FAC Ex. 7 (attaching a

14  copy of the Executive Order)), and an order enjoining Federal Defendants from enforcing

15  those same portions of the Executive Order.  (*See generally* FAC at 18.)

16       The States are presently before the court seeking a TRO against Federal

17  Defendants.  (*See generally* TRO Mot.)  The purpose of a TRO is to preserve the status

18  quo before the court holds a hearing on a motion for preliminary injunction.  *See Granny*

19  *Goose Foods, Inc. v. Bhd. Of Teamsters & Auto Truck Drivers Local No. 70 of Alameda*

20  *City*, 415 U.S. 423, 439 (1974); *Am. Honda Fin. Corp. v. Gilbert Imports, LLC*, No.

21  CV-13-5015-EFS, 2013 WL 12120097, at *3 (E.D. Wash. Feb. 22, 2013) ("The purpose

22  //

ORDER - 2

1     of a TRO is to preserve the status quo until there is an opportunity to hold a hearing on

2     the application for a preliminary injunction . . . .") (internal quotation marks omitted).

3         Federal Defendants oppose the States' motion. (*See generally* Resp. (Dkt. # 50).)

4            **III.    FINDINGS OF FACT & CONCLUSIONS OF LAW**

5         As an initial matter, the court finds that it has jurisdiction over Federal Defendants

6     and the subject matter of this lawsuit. The States' efforts to contact Federal Defendants

7     reasonably and substantially complied with the requirements of Federal Rule of Civil

8     Procedure 65(b). *See* Fed. R. Civ. P. 65(b). Indeed, Federal Defendants have appeared,

9     argued before the court, and defended their position in this action. (*See* Not. of App.

10    (Dkt. ## 20, 21); Min. Entry; *see generally* Resp.; )

11         The standard for issuing a TRO is the same as the standard for issuing a

12    preliminary injunction. *See New Motor Vehicle Bd. of Cal. v. Orrin W. Fox Co.*, 434

13    U.S. 1345, 1347 n.2 (1977). A TRO is "an extraordinary remedy that may only be

14    awarded upon a clear showing that the plaintiff is entitled to such relief." *Winter v. Nat.*

15    *Res. Def. Council, Inc.*, 555 U.S. 7, 24 (2008). "The proper legal standard for

16    preliminary injunctive relief requires a party to demonstrate (1) 'that he is likely to

17    succeed on the merits, (2) that he is likely to suffer irreparable harm in the absence of

18    preliminary relief, (3) that the balance of equities tips in his favor, and (4) that an

19    injunction is in the public interest.'" *Stormans, Inc. v. Selecky*, 586 F.3d 1109, 1127 (9th

20    Cir. 2009) (citing *Winter*, 555 U.S. at 20).

21         As an alternative to this test, a preliminary injunction is appropriate if "serious

22    questions going to the merits were raised and the balance of the hardships tips sharply in

ORDER - 3

1  the plaintiff's favor," thereby allowing preservation of the status quo when complex legal

2  questions require further inspection or deliberation.  *All. for the Wild Rockies v. Cottrell*,

3  632 F.3d 1127, 1134-35 (9th Cir. 2011).  However, the "serious questions" approach

4  supports the court's entry of a TRO only so long as the plaintiff also shows that there is a

5  likelihood of irreparable injury and that the injunction is in the public interest.  *Id.* at

6  1135.  The moving party bears the burden of persuasion and must make a clear showing

7  that it is entitled to such relief.  *Winter*, 555 U.S. at 22.

8         The court finds that the States have satisfied these standards and that the court

9  should issue a TRO.  The States have satisfied the *Winter* test because they have shown

10  that they are likely to succeed on the merits of the claims that would entitle them to relief;

11  the States are likely to suffer irreparable harm in the absence of preliminary relief; the

12  balance of the equities favor the States; and a TRO is in the public interest.  The court

13  also finds that the States have satisfied the "alternative" *Cottrell* test because they have

14  established at least serious questions going to the merits of their claims and that the

15  balance of the equities tips sharply in their favor.  As the court noted for the *Winter* test,

16  the States have also established a likelihood of irreparable injury and that a TRO is in the

17  public interest.

18         Specifically, for purposes of the entry of this TRO, the court finds that the States

19  have met their burden of demonstrating that they face immediate and irreparable injury as

20  a result of the signing and implementation of the Executive Order.  The Executive Order

21  adversely affects the States' residents in areas of employment, education, business,

22  family relations, and freedom to travel.  These harms extend to the States by virtue of

ORDER - 4

1   their roles as *parens patriae* of the residents living within their borders.  In addition, the

2   States themselves are harmed by virtue of the damage that implementation of the

3   Executive Order has inflicted upon the operations and missions of their public

4   universities and other institutions of higher learning, as well as injury to the States'

5   operations, tax bases, and public funds.  These harms are significant and ongoing.

6   Accordingly, the court concludes that a TRO against Federal Defendants is necessary

7   until such time as the court can hear and decide the States' request for a preliminary

8   injunction.

9                    IV.    TEMPORARY RESTRAINING ORDER

10          It is hereby ORDERED that:

11      1.  Federal Defendants and all their respective officers, agents, servants,

12           employees, attorneys, and persons acting in concert or participation with them

13           are hereby ENJOINED and RESTRAINED from:

14           (a) Enforcing Section 3(c) of the Executive Order;

15           (b) Enforcing Section 5(a) of the Executive Order;

16           (c) Enforcing Section 5(b) of the Executive Order or proceeding with any

17               action that prioritizes the refugee claims of certain religious minorities;

18           (d) Enforcing Section 5(c) of the Executive Order;

19           (e) Enforcing Section 5(e) of the Executive Order to the extent Section 5(e)

20               purports to prioritize refugee claims of certain religious minorities.

21      2.  This TRO is granted on a nationwide basis and prohibits enforcement of

22           Sections 3(c), 5(a), 5(b), 5(c), and 5(e) of the Executive Order (as described in

ORDER - 5

1  their roles as *parens patriae* of the residents living within their borders.  In addition, the

2  States themselves are harmed by virtue of the damage that implementation of the

3  Executive Order has inflicted upon the operations and missions of their public

4  universities and other institutions of higher learning, as well as injury to the States'

5  operations, tax bases, and public funds.  These harms are significant and ongoing.

6  Accordingly, the court concludes that a TRO against Federal Defendants is necessary

7  until such time as the court can hear and decide the States' request for a preliminary

8  injunction.

9  **IV.    TEMPORARY RESTRAINING ORDER**

10      It is hereby ORDERED that:

11     1.  Federal Defendants and all their respective officers, agents, servants,

12         employees, attorneys, and persons acting in concert or participation with them

13         are hereby ENJOINED and RESTRAINED from:

14         (a) Enforcing Section 3(c) of the Executive Order;

15         (b) Enforcing Section 5(a) of the Executive Order;

16         (c) Enforcing Section 5(b) of the Executive Order or proceeding with any

17           action that prioritizes the refugee claims of certain religious minorities;

18         (d) Enforcing Section 5(c) of the Executive Order;

19         (e) Enforcing Section 5(e) of the Executive Order to the extent Section 5(e)

20           purports to prioritize refugee claims of certain religious minorities.

21     2.  This TRO is granted on a nationwide basis and prohibits enforcement of

22         Sections 3(c), 5(a), 5(b), 5(c), and 5(e) of the Executive Order (as described in

ORDER - 5

1      the above paragraph) at all United States borders and ports of entry pending

2      further orders from this court. Although Federal Defendants argued that any

3      TRO should be limited to the States at issue (*see* Resp. at 30), the resulting

4      partial implementation of the Executive Order "would undermine the

5      constitutional imperative of 'a *uniform* Rule of Naturalization' and Congress's

6      instruction that 'the immigration laws of the United States should be enforced

7      vigorously and *uniformly*.'" *Texas v. United States*, 809 F.3d 134, 155 (5th

8      Cir. 2015) (footnotes omitted) (quoting U.S. CONST. art. I, § 8, cl. 4

9      (emphasis added) and Immigration and Reform Control Act of 1986, Pub. L.

10      No. 99-603, § 115(1), 100 Stat. 3359, 3384 (emphasis added)).[1]

11    3.   No security bond is required under Federal Rule of Civil Procedure 65(c).

12    4.   Finally, the court orders the parties to propose a briefing schedule and noting

13      date with respect to the States' motion for a preliminary injunction no later

14      than Monday, February 6, 2017 at 5:00 p.m. The court will promptly schedule

15      a hearing on the States' motion for a preliminary injunction, if requested and

16      necessary, following receipt of the parties' briefing.

17                  **V.    CONCLUSION**

18      Fundamental to the work of this court is a vigilant recognition that it is but one of

19 three equal branches of our federal government. The work of the court is not to create

20 policy or judge the wisdom of any particular policy promoted by the other two branches.

21

22       [1]An equally divided Supreme Court affirmed *Texas v. United States*, 809 F.3d 134, in *United States v. Texas*, --- U.S. ----, 136 S. Ct. 2271 (2016) (per curiam).

ORDER - 6

1   That is the work of the legislative and executive branches and of the citizens of this

2   country who ultimately exercise democratic control over those branches.  The work of the

3   Judiciary, and this court, is limited to ensuring that the actions taken by the other two

4   branches comport with our country's laws, and more importantly, our Constitution.  The

5   narrow question the court is asked to consider today is whether it is appropriate to enter a

6   TRO against certain actions taken by the Executive in the context of this specific lawsuit.

7   Although the question is narrow, the court is mindful of the considerable impact its order

8   may have on the parties before it, the executive branch of our government, and the

9   country's citizens and residents.  The court concludes that the circumstances brought

10  before it today are such that it must intervene to fulfill its constitutional role in our tripart

11  government.  Accordingly, the court concludes that entry of the above-described TRO is

12  necessary, and the States' motion (Dkt. ## 2, 19) is therefore GRANTED.

13      Dated this 3 day of February, 2017.

14

15      JAMES L. ROBART
        United States District Judge

16

17

18

19

20

21

22

ORDER - 7

**108**

The 13th Amendment of United States of America Constitution had been ratified on Feb 7th 2013 ending "Slavery" against the PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro Plaintiffs which discriminatory fashion by The 1790 Naturalization Act reserves naturalized citizenship for whites only no legal citizenship after February 7th 2013 14th amendment completely destroyed as denationalization was fully enforced against the (PLAINTIFFS BLACK LIVES MATTER Pro Se Plaintiff) the first Presidential Negro Family PLAINTIFFS BLACK LIVES MATTER (Obama) and

PLAINTIFFS BLACK LIVES MATTER 44.5 Million Negros legally without legal citizenship after 1865 "civil war" trapped by this continual 1790 (RICO) Naturalization Act. By defendant "United States of America full destruction of all Articles of Agreement relating to the Surrender of the Army of Northern Virginia. April 10, 1865, Being criminal designed by as always "whites Supremacy" favor that "Mississippi" should never freed the Plaintiffs (BLACK LIVES MATTER) including

(BLACK LIVES MATTER) the first Presidential Negro Family (Obama)  and 44.5 Million Negros (BLACK LIVES MATTER) legally without legal citizenship after 1865 "civil war" trapped by this continual collusion of the defendant (USA) The 1790 (RICO) Naturalization Act. In a scheme of voting RICO Scheme of Government control by "Whites Supremacy" defendant (USA) GOP Republican Party Government Voting control demographic disfranchisement for all acts of "false imprisonment", visa revoke, full deportation, even capital murder, to maintain the rights of whites supremacy" votes, and corruption government corporations

RICO Monopoly of the (KKK) control all  being criminal the same 1865 – 2017 past, present and future, discriminations by "Whites Supremacy" defendant (USA) GOP Republican Party Government Voting control demographic disfranchisement in this "intent discriminations" under all 1790 (RICO) Naturalization Act. Derive their after the complete destruction of defendant "Fake News" 1865 The 13th amendment to the "United States of America" which by (KKK) was destroyed, annihilate, wipe out, and fully obliterate, fully in law and equity" official in leaving BLACK LIVES MATTER (Pro Se Plaintiff), in his both person Cmdr. USN (Secret Service # 2712) also official the first Presidential BLACK LIVES MATTER Negro Family (Obama) and

BLACK LIVES MATTER 44.5 Million Negros legally born between the exact dates of August 20th 1619 - February 7th 2013 "Slaves of The United States of America", as so legally Born unto "Slavery Servitude" by this continue legacy by Chief Defendant 45th President of the Defendant "United States of America et al" with direct intent on his part being

"Leadership" and Card Holder in this Whites Supremacy" of ownership "crimes against humanity 1865 – 2013 of all "BLACK LIVES MATTER" to include all

"PLAINTIFFS BLACK LIVES MATTER minorities, DNA Negro "Muslim Race" immigrants from "Iran, Iraq, Libya, Somalai, Sudan, Syria, and Yemen" residing within the "Jurisdiction" still being "enslaved" held hostage by designed of "whites supremacy hates crimes in a direct intenty under "executive order" under all whites supremacy greed RICO Slave Trade Corporations, and GOP Republican party government "Federal/State/local control, being past and present of even in 2017 Chief Defendant 45[th] President Donald John Trump Sr. in his both personal interest to include "Trump Foundation", The Trump Organization Trump Tower 725 Fifth Avenue New York, NY 10022 clear back since 1970s scuttling records against "PLAINTIFFS BLACK LIVES MATTER minorities, to hide his crimes committed against all "PLAINTIFFS BLACK LIVES MATTER minorities, to maintain the actual monetary "Hidden Global War Chest" "Trump Foundation", as described correctly in U.S. Docket No. 3:16-MC-00016

109

The Trump Organization Trump Tower 725 Fifth Avenue New York, NY 10022 and RICO wealth of the (KKK) being aid and shore up" and also financed by the "USSR Federations" since at the least 1970s when all the destruction of the "Government Civil Rights Case" was in pursue, of RICO corruption of "45th President Donald John Trump Sr. having past and present knowledge defendant (USA) The 14th amendment to the "United States of America" was also destroyed, annihilate, wipe out, and fully obliterate, fully in law and equity" official in leaving (Pro Se Plaintiff), the first Presidential Negro Family (Obama) and 44.5 Million Negros legally born between the exact dates of February 7th 2013 – 2099 pursuant to "Elite Secret Whites Only" Judicial GOP Republican Party Government of

The 1790 Naturalization Act reserves naturalized citizenship for whites only having "officially" denaturalization (Pro Se Plaintiff), the first Presidential Negro Family (Obama) and 44.5 Million Negros legally born between the exact dates of February 7th 2013 – 2099 "Leaving" (Pro Se Plaintiff), the first Presidential Negro Family (Obama) and 44.5 Million Negros "without" any legal citizenship, any just equal claim legal standing before any Federal Court of Law, and "official property" of all "card-holders" of the Knights of The Klu Klux Klansmen, and United States of America et al forevermore, Pursuant to: Dred Scott v. Sandford, 60 U.S. 393 (1857),

110.

Venue is furtherance appropriated pursuant to all actions arise against "Plaintiffs Black Lives Matter" are legitimate slaves since 1619 August 20th – February 7th 2013 and direct cause of action being not "descendant" of Slaves" but actual Living Slaves other then 1800s "slaves legally under government records of defendant "Jurisdictions" of (USA) Born between the exacts dates of August 20th 1619 – February 7th 2013 having direct net worth

Pursuant to: Dred Scott v. Sandford, 60 U.S. 393 (1857), of only $300.00 dollars per slave living days affect precisely since 1619 August 20th – February 7th 2013 with 6% interest incurred upon "Live Birth" records thereof, further

Venue is furtherance appropriated pursuant to all actions arise against "Plaintiffs Black Lives Matter" are legitimate slaves since 1619 August 20th – February 7th 2013 and direct cause of action being not "descendant" of Slaves" but actual Living Slaves other then 1800s "slaves legally under government records of defendant "Jurisdictions" of (USA) Born between the exacts dates of February 7th 2013 – December 30th 2017 having no legal citizenship status pursuant to "Elite Secret Whites Only" Judicial GOP Republican Party Government of

111.

The 1790 Naturalization Act reserves naturalized citizenship for whites only having "officially" denaturalization, as the defendant 14th amendment Constitution of United States of America 1789 was last (rev. 1992) which is "Void" for exactly 21 years upon the Archivist of defendant "United States of America et al "Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16[th] 1995, as with this action, "Defendant", The States of Mississippi has ratified the

13th Amendment to the Constitution of the defendant "United States" as being described on "appeal" Louis Charles Hamilton, II v Donald John Trump Sr. 45th President, by which factual occurred by Chief Defendant Donald John Trump Sr. acting 45th President of the United States of America continue in 2017 onward hostile hate crimes speech, inciting violence, defamatory, discrimination directed criminal intent under color of law to committed to deprivation of elimination of the "enemy" as well as to defame all "PLANTIFFS" BLACK LIVES MATTER some 44.5 Million plus Counts of Libel, Slander, Defamation, against being accused Terrorist and Thugs, enemy of the 45th President of the United States of America et al

112.

Notwithstanding "PLANTIFFS" BLACK LIVES MATTER Pro Se Slave Negro Louis Charles Hamilton II in his both person Cmdr. USN Secret service # 2712 declared "Legally" 1000% Dead (DOA) to have his minor children kidnapped by the "Church of Jesus Christ of Ladder Day Saints in an ongoing (RICO) fraudulent "Religious Prosecution" scheme of things since 1994 being a male single parent with two minor daughters and having two jobs being a Christianity faith "Roman Catholic" prosecuted by "Mormons" whom are not Christianity faith, but "Church of Jesus Christ of Ladder Day Saints "Cult" all

Cover up by defendant United States of America et al (Utah), as Being an open unlimited quite morbid statute of limitation with a (MIA) dead wife Body being the same

"Religious Prosecution" scheme of things direct to "PLANTIFFS" BLACK LIVES MATTER Pro Se Slave Negro Louis Charles Hamilton II in his both person Cmdr. USN Secret service # 2712 since 1994 all occurred in (UTAH) mystery of 2016 undersigned notary sealed date herein, but not "entitled by the Court to proceed against the defendant "United States of America et al" as Order of the Court Fraud of Government decree rule

Frivolous the entire U.S. Docket No. 3:16-MC-00016 and the missing Minor Children while this "Executive Order" of the 45th President of the United States of America et al only provision in protection is for Christianity faith Muslim escaping religious prosecution, but no executive order, or Judicial Government decree, laws of equality provision for escaping "Defendant" United States of America" religious prosecution by the Church of Jesus Christ of Ladder Day Saints "Cult" in regards

"PLANTIFFS" BLACK LIVES MATTER Pro Se Slave Negro Louis Charles Hamilton II in his both person Cmdr. USN Secret service # 2712 declared "Legally" 1000% Dead (DOA) to have his minor children kidnapped by the "Church of Jesus Christ of Ladder Day Saints in an ongoing (RICO) fraudulent "Religious Prosecution" scheme of things since 1994 being a male single parent with two minor daughters and having two jobs being a Christianity faith "Roman Catholic" prosecuted by "Mormons" whom are not Christianity faith, while "Chief Defendant defame "Plaintiffs BLACK LIVES MATTER" et al and legal counsel of records to be terrorist and a "Muslim Ban" vs. "Knights of the Klu Klux Klansmen in-house terrorist of defendant "United States of America as described Briefly:

113.

April 23, Stone Mountain Park, Stone Mountain: What was supposed to be a major white supremacist event, "Rock Stone Mountain," is instead attended by just over a dozen white power activists, who are fenced in and surrounded by police. Hundreds of anti-racist protesters drive white power numbers down, as these anti-racists skirmish with police plus confront stray neo-Nazis and Klansmen. Nine anti-racists are arrested, although at the time of writing all but one has had charges dropped. The "Rock Stone Mountain" event was organized by Hapeville white supremacist John Michael Estes, with assistance from "Southern Rebel Patriots" (International Keystone Knights of the Ku Klux Klan participants Greg and Jodi Calhoun of Cedartown.) Gabriel Diaz, a man of Dominican ancestry from the Bronx, NY who has Nazi sympathies, attempted to infiltrate the Stone Mountain anti-racist protest on behalf of the National Socialist Movement.

Diaz's efforts were later exposed online. April 23, Rome: National Socialist Movement combine forces with Loyal White Knights of the Ku Klux Klan, Aryan Nations Worldwide, Aryan Strikeforce and other groups for rally outside Joint Law Enforcement Center in downtown Rome. News stories give numbers of white supremacists as 80-100, who were

greatly outnumbered by counter-protesters. (picture from event on cover) April 23 (evening), Georgia Peach Oyster Bar, Draketown/Temple: Combined after-event for the National Socialist Movement rally in Rome as well as for "Rock Stone Mountain." Approximately 75 people attend this event, which features a cross-burning.

Talk is in the air of the Aryan Nationalist Alliance, a national partnership bringing together several white power organizations, which was formally launched at a meeting at the Georgia Peach the evening before. May 22, Rome: League of the South-affiliated white nationalist Floyd Eric Meadows and associates attempt to counter-protest New Black Panther Party gathering in Rome. However, the white nationalists are intercepted by police, who presumably feared violence. (Earlier discussion of the New Black Panther Party event on Meadows' Facebook included one person making the comment: "Firebomb.") May 25: Website for Aryan Nations Worldwide, a Villa Rica-based faction of the white supremacist Aryan Nations, goes online. May 29, Georgia Peach Oyster Bar, Draketown/Temple: Aryan Nations Worldwide host "Meet and Greet" event.

(Note: Online photos indicate that several smaller get-togethers - at times involving Loyal White Knights of the KKK members together with Aryan Nations Worldwide - occurred during this period. Only the most significant of these events are listed in this chronology.) June 11, Rome: National Socialist Movement gathering at private home, hosted by Floyd Eric Meadows (see May 22 entry.) International Keystone Knights of the Ku Klux Klan members also attend. Group photo from gathering prominently features League of the South southern nationalist flag in addition to Nazi and Klan flags. July 3, Atlanta: White nationalist organization Identity Evropa posts images of small number of propaganda stickers placed in downtown Atlanta. July 5, Atlanta: Supreme Court of Georgia rules in favor of International Keystone Knights of the Ku Klux Klan, who in 2012 sued through the American Civil Liberties Union to adopt a one-mile stretch of State Route 212 in Union County via the Adopt-A-Highway program. July 10, Georgia Peach Oyster Bar, Draketown/Temple: Aryan Nations Worldwide hold meeting at Georgia Peach Oyster Bar and mini-protest on roadside, with members holding signs such as "Only White Lives Matter" and "Mud Beast [Black] Lives Don't Matter."

Randall Wiley Smith (owner-operator of Wholesale Tire and Auto LLC in Villa Rica) pictured holding noose. July 17, Georgia Peach Oyster Bar, Draketown/Temple: Aryan Nations and Loyal White Knights of the Ku Klux Klan joint gathering and protest. July 17, near Rome: Loyal White Knights of the Ku Klux Klan flyers discovered Sunday night in two different neighborhoods. The flyers urged opposition to Black Lives Matter as well as joining the Klan. July 21: Post on VK.com social networking formally announces that "NSM [National Socialist Movement] Atlanta is under new leadership Eric [Floyd Eric Meadows of Rome]". August 1: First broadcast of "NSM Hoff " internet radio show, part of the National Socialist Movement's media network.

This weekly show is hosted by "[Floyd] Eric [Meadows], the leader of NSM Georgia" and discusses a racist variant of Norse heathenism. Early August, Little 5 Points, Atlanta: Celtic cross symbol favored by white nationalists found spray-painted on wall. Graffiti removed by antifascists. August 22, Covington: Hundreds attend public hearings on plans for a mosque in Newton County, the majority opposing this development. Due to this protest, a temporary moratorium on mosque construction is issued. August 28, Georgia Peach Oyster Bar, Draketown/Temple: Winners of Aryan Nations Worldwide fundraising raffle announced (top prizes were Klan robes). Funds raised went to Gary Yarbrough, currently imprisoned for his role in the white supremacist terrorist group The Order during the 1980s.

(Yarbrough's wife is based in Louisiana and is active with Aryan Nations Worldwide from there.) September 3: Loyal White Knights of the Ku Klux Klan hold rally and crossburning in Georgia (location not specified.) September 4, Woodstock: Aryan Nations Labor Day weekend social gathering at Clove Tree Lane residence of Ralph Neil Scroy. September 6, Atlanta: White nationalist group Identity Evropa posts on Twitter about small number of organization stickers placed in Atlanta earlier. September 11, Covington: Members of the far-Right Georgia Security Force III% militia post a video online (later deleted) in which they call Muslims followers of the Antichrist, and appear to trespass on the site of a proposed mosque. September 13, Covington: Outside Newton County Courthouse, Georgia Security Force III% militia members hold armed protest with Islamophobic allies such as Jim Stachowiak. Earlier, Newton County commissioners had canceled their scheduled discussion of a Muslim congregation's plans for a mosque, citing hostile posts on social media. September 17, Georgia Peach Oyster Bar, Draketown/Temple: An Aryan Nationalist Alliance gathering attracts a couple of dozen participants, predominantly from the National Socialist Movement and Aryan Nations Worldwide. Confederate Hammerskins allegedly attend but are camera-shy. The event also features Floyd Eric Meadows' marriage ceremony with his new wife Angela (who also supports the NSM.) Giant wooden swastika burned in field behind venue. September 20, Covington: Another handful of armed anti-mosque protesters outside Newton County courthouse, but moratorium on mosque construction expires.

September 24, East Atlanta Village, Atlanta: At East Atlanta Strut festival, two individuals sell stickers with the Totenkopf ("death's head") symbol used by the Nazi SS, accompanied with the phrase "East Atlanta Village." (image beside entry) September 29, Georgia State University campus, Atlanta: Handful of stickers and posters for white nationalist group Identity Evropa placed around campus. Subsequently removed by antifascists. October 1, Georgia Peach Oyster Bar, Draketown/Temple: Confederate Hammerskins host "Hammerfest," the annual gathering of the Hammerskin Nation. Headlining musical act is Mistreat, a racist bonehead (pseudo- "skinhead") band from Finland.

Other musical acts that played at this event have been linked to a mass shooting of Sikh worshippers in Wisconsin, and an attack on a synagogue in Oregon. Headlining speakers

were Matthew Heimbach of the Traditional Workers Party, and Draketown GA neo-Nazi Chester Doles (a public Hammerskin supporter.) We estimate Hammerfest attendance at 100-120 people (this number includes performers and security.) One attendee, former Hammerskin Dave Nichols, is subjected to a brutal gang beating by other attendees. October 1, Seaborne Jones Park, Rockmart: The International Keystone Knights of the Ku Klux Klan had planned to hold a "White Christian Community Event" from 10AM to 6PM this day. However, due to organized opposition from anti-racists, one of the signatories on the event permit (Christopher Bailey of Cedartown) backed out on September 23, leading to the City of Rockmart canceling permission for the event. Early October, in or near Atlanta: "AltRight" gathering attracts approximately two dozen participants. (pictured next to entry) October 2, Mary Lin Elementary School, Candler Park neighborhood, Atlanta: anti-Semitic graffiti written in chalk is discovered at Mary Lin Elementary School.

Messages included "Hail Hitler" and swastikas. October 3 (morning), Lake Park neighborhood, Albany: Loyal White Knights of the Ku Klux Klan recruitment flyers discovered in morning - distributed overnight to homes on six roads. October 8, Grantville: On this date, the League of the South had planned to rally in Grantville, to exploit the murder of a nearby elderly white woman for their racist recruiting purposes. The event was cancelled on September 22nd after the LoS faced severe criticism for their proposed protest. October 15: East Coast Knights hold a cross-burning on private land in Georgia (exact location unknown.) (image located below) October 16, Georgia State University, Atlanta: Milo Yiannopoulos, an Alt-Right sympathizer, internet harasser and transphobic activist, speaks to hundreds at a "Millennials for Trump" event sponsored by College Republicans at Georgia State University. October 17, Helen:

A man visits beer hall wearing full Nazi SS uniform. October 19 (morning), Towne Lake Hills South neighborhood, Woodstock: Loyal White Knights of the Ku Klux Klan flyers discovered in driveways, had been distributed overnight. Flyer attacks transgender people and advocates for gender-neutral bathrooms.

White supremacist and ardent Nazi follower William Dudley Pelley, a New England native of what he calls "uncontaminated English stock," founds the Silver Shirts, a neo-Nazi organization, in Asheville, North Carolina, the same day that Adolf Hitler ascends to power in Germany. Apparently Pelley funds the organization through the proceeds of a best-selling book, *Seven Minutes in Eternity*, in which he claimed to have died and gone to "the beyond" for a seven-minute period. Pelley and his followers, including Henry Lamont "Mike" Beach (see 1969), dress themselves in silver shirts emblazoned with a large cursive "L," blue corduroy knickers, and gold stockings. Pelley considers himself a Republican, though he is not politically active in the usual sense.

**Anti-Semitic, Anti-Government** - His efforts attract members from pro-Nazi groups, Ku Klux Klan chapters, and others sympathetic to his anti-Semitic views. In August 1933, the American Jewish Committee (AJC) will warn: "The Silver Shirts came into existence the early part of this year. They are enrolling white Protestant Christians as members of a Christian militia, through a plan of State encampments that are reported to extend into various states of the Union, with posts in every community." According to Silver Shirt documents obtained by the AJC, the group intends to bring about the establishment of a strictly Christian government in the US;

accuses President Roosevelt of being a "dictator" and "set[ting] aside the Constitution, which they desire to restore"; intends to "save [the] United States from a state of Sovietism into which... the Jews are leading the country"; accuses Jews of being a "money power" bent on destroying the nation's economy via their "control" of the Federal Reserve; and says that "a people who constitute only 2.5 per cent of the population [Jews] to be held down to a 2.5 per cent influence in the American government, and we propose to see that it is brought about, race prejudice or no!" The group also advocates a form of direct democracy, in which citizens mail in their votes for or against pending legislation, and proposes the reorganization of America into what it calls a "colossus corporation," where "[e]very citizen shall be both a common and a preferred stockholder."

**Psychic Messages** - Pelley claims to receive psychic messages from "the vastness of cosmos," including two sets of documents, the "Esoteric Doctrines of the Liberation Enlightenment" and the "Liberation Scripts," which set forth the "Christ government" he intends to establish. In a Silver Shirt newsletter, Pelley writes: "It is the order of things that those wicked and malignant spirits who have incarnated in certain sections of the Hebrew race trying to bring the downfall of the Christ Peoples, should meet a fearful fate in this closing of the Cycle of Cosmic Event. That contest is on-the-make and Hitler's job it has been to do the advance work. But Hitler is not going to finish that work. THE FINISH OF IT COMES RIGHT HERE IN AMERICA!" Pelley writes that "the Jew" is possessed of a "nomadic character, making him an internationalist whose ultimate objectives may well mean the destruction and disappearance of the United States." [AMERICAN JEWISH COMMITTEE, 8/24/1933; IAN GELDARD, 2/19/1995; DAVID NEIWERT, 6/17/2003]

Spike in Membership Will Dwindle - Pelley's group will enjoy its largest membership of some 15,000 in 1934; four years later, the group will dwindle to around 5,000 members. [THE HOLOCAUST CHRONICLE, 2009] Pelley will be convicted of sedition in 1942, and by the time he emerges from prison in 1950, his Silver Shirts will have long since disappeared.

'Christian Fascist' - In the early 1980s, graduate student Karen Hoppes will write extensively about Pelley.

She will write of his Christian fundamentalism: "[T]he link with fundamental Christianity establishes the uniqueness of American fascism. The majority of fascist groups justified their existence by their desire to change the United States into a Christian society.... The relationship between the religious identity of these groups and their political demands can be shown by a careful survey of their rhetoric. The Christian fascist does not distinguish

between the application of the terms anti-Christ, Jew, and Communist. Neither does he distinguish between Gentile and Christian." [DAVID NEIWERT, 6/17/2003]

The American Civil Liberties Union (ACLU) releases the findings of its investigation into the Peekskill riots (see August 27, 1949 and September 4, 1949, and After). The report concludes, in part:

- "There is no evidence whatever of Communist provocation... on either occasion."
- "While the demonstrations were organized to protest against and express hatred of Communism, the unprovoked rioting which resulted was fostered largely by anti-Semitism, growing out of local resentment against the increasing influx of Jewish summer residents from New York." Some of the violence was triggered, the ACLU finds, by resentment left over from earlier attacks on a local Ku Klux Klan chapter. One of the buses used by the rioters carried a bumper sticker that read: "COMMUNISM IS TREASON. BEHIND COMMUNISM STANDS—THE JEW! THEREFORE, FOR MY COUNTRY—AGAINST THE JEWS."
- "The local press bears the main responsibility for inflaming, possibly through sheer irresponsibility, Peekskill residents to a mood of violence."
- "[Leftist activist and singer Paul] Robeson's concerts were not an intrusion into Peekskill but were private gatherings held five miles outside of Peekskill, which were disrupted deliberately by invading gangs from nearby localities."
- "Terrorism was general against all who advocated freedom of speech, freedom of assembly, and preservation of constitutional rights."
- "The evidence proves beyond question that the veterans intended to prevent the concerts from being held."
- "Effective police protection at the first concert was deliberately withheld."
- "Preparations to police the second concert appeared adequate; therefore, there was reason to believe that the concert-goers would be protected.... These preparations were largely a sham insofar as the Westchester County police were concerned and left the concert-goers undefended."
- "The wounding of William Secor, rioting veteran, occurred while he was assisting in the commission of a crime." Secor, one of the rioters who attacked the concert-goers, was apparently the victim of an accidental knifing by one of his own colleagues.
- "The evidence indicates that at least some of the state troopers honestly tried to preserve law and order while county police fraternized with the rioters."
- "There is strong indication that the initial violence was planned and was carried out according to plan." The report details eyewitness accounts of veterans and locals filling the trunks of their cars with rocks. "The wide extent of the stoning indicates careful planning on the part of some person or persons. It can hardly be coincidence that, as cars with broken windows streamed down the county towards New York, they were met with volleys of stones in community after community through which they passed."

▪ "Terrorism spread over the whole area and included threats against private individuals, against their safety, lives, property, and business."

▪ "National condemnation has been the chief factor causing residents of the Peekskill area to question this action. The local clergy have joined in this denunciation.… Sentiment in the area is now sharply divided and there is evidence that the legal authorities are moving toward restriction of freedom of speech and assembly, presumably in violation of the Constitution." [ATKINSON ET AL., 1949 ; FAST, 1951]

## 1960s and After: Racist, Separatist 'Christian Identity' Theology Spreads across US

 One of a number of semi-official 'Christian Identity' logos. *[Source: KingIdentity (.com)]*The "Christian Identity" theology, formerly a fairly benign expression of what is known as "British-Israelism" or "Anglo-Israelism," begins to spread throughout the US and Canada, particularly on the west coasts of these nations. This belief holds that white Americans and Canadians are the real descendants of the Biblical tribes of Israel. In 2003, author Nicole Nichols, an expert on far-right racist and religious groups in America, will define the concept of "Christian Identity" as practiced by many white supremacist and separatist groups. Christian Identity is not an organization, she will write, but an ideology that many organizations have adopted in some form or fashion. Christian Identity "elevates white supremacy and separatism to a Godly ideal," she will write, calling it "the ideological fuel that fires much of the activity of the racist far right." According to Christian Identity theology, Jews are neither the "true Israelites" nor the true "chosen people" of God; instead, Christian Identity proponents claim, Jews are descended from an Asiatic people known as the Khazars, who settled near the Black Sea during the Middle Ages. [NICOLE NICHOLS, 2003; ANTI-DEFAMATION LEAGUE, 2005; ONTARIO CONSULTANTS ON RELIGIOUS TOLERANCE, 5/30/2006] In 2005, the Ontario Consultants on Religious Tolerance will write, "Followers tend to be involved in political movements opposing gun control, equal rights to gays and lesbians, and militia movements," and quote Michael Barkun, an expert on radical-right groups, as saying, "This virulent racist and anti-Semitic theology… is prevalent among many right-wing extremist groups and has been called the 'glue' of the racist right." [ONTARIO CONSULTANTS ON RELIGIOUS TOLERANCE, 5/30/2006]

Beginnings; 'The Protocols of the Elders of Zion' - In the 1920s, William J. Cameron, editor of the Dearborn Independent weekly newspaper, popularized the anti-Semitic hoax manuscript called "The Protocols of the Elders of Zion," which purported to detail the "secret teachings" of Judaism, including the planned takeover of the world's governments, the subjugation of non-Semitic races, and the bizarre, cannibalistic rituals supposedly practiced by Jews. [ANTI-DEFAMATION LEAGUE, 2005]

Wesley Swift and 'Mud People' - In the 1940s, a former Methodist minister, Wesley Swift, started his own church, later known as the Church of Jesus Christ Christian. Swift had deep ties to a number of radical right-wing groups including the Ku Klux Klan; Swift and his

associates set the stage for the mutation of the Christian Identity into a loosely organized set of virulently anti-Semitic, racist belief systems that will come to be grouped together under the "Christian Identity" rubric. Swift himself taught that only the white race was created in the form of God, while Asian and African races were created from the "beasts of the fields," and thusly are subhuman creations. In Swift's version of Genesis, Eve, the wife of the first "true" man Adam, was seduced by The Serpent, who masqueraded as a white man. Eve bore a son, Cain, who is the actual father of the Jewish people. This reinterpretation, sometimes called the "two-seed" or "seedliner" theory, supports the Christian Identity propensity to demonize Jews, whom Swift and others labeled the "spawn of Satan." Today's white Europeans and their American and Canadian descendants, Swift taught, are descended from the "true son" of Adam and Eve, Abel, and are the actual "chosen people" of God. Some Christian Identity adherents go even farther, claiming that subhuman "pre-Adamic" races existed and "spawned" the non-white races of the world, which they label "mud people." [NICOLE NICHOLS, 2003; ANTI-DEFAMATION LEAGUE, 2005]

Permeates Racist, Far-Right Groups - By the 1960s, a new group of Christian Identity leaders emerges to spread the Identity theology through the radical, racist right in America and Canada, popularizing the once-obscure ideology. Most prominent among them are three disciples of Swift: James K. Warner, William Potter Gale, and Richard Butler. Warner, who will move to Louisiana and play a leading role in the fight against civil rights, founds the Christian Defense League and the New Christian Crusade Church. Gale, an early leader of the Christian Defense League and its paramilitary arm, the California Rangers, goes on to found the Posse Comitatus (see 1969), the group that will help bring about the sovereign citizen movement. Gale will later found the Committee of the States and serve as the "chief of staff" of its "unorganized militia." Butler moves Swift's Church of Jesus Christ Christian to Idaho and recasts it as the neo-Nazi group Aryan Nations (see Early 1970s). Under the leadership of Butler, Gale, Warner, and others, Christian Identity soon permeates most of the major far-right movements, including the Klan and a racist "skinhead" organization known as the Hammerskins. It also penetrates many extreme anti-government activist groups.

The Anti-Defamation League will write, "The resurgence of right-wing extremism in the 1990s following the Ruby Ridge (see August 31, 1992) and Waco standoffs (see April 19, 1993) further spread Identity beliefs." [ANTI-DEFAMATION LEAGUE, 2005] Nichols will write: "Christian Identity enclaves provide a trail of safe havens for movement activists, stretching from Hayden Lake in northern Idaho (the Aryan Nations stronghold) to Elohim City on the Oklahoma/Arkansas border (see 1973 and After). Many white supremacists on the run from federal authorities have found shelter and support from Christian Identity followers." Some organizations such as the Montana Militia are headed by Identity adherents, but do not as a

group promote the theology. [NICOLE NICHOLS, 2003; ANTI-DEFAMATION LEAGUE, 2005]

Bringing Forth the Apocalypse - Many Christian Identity adherents believe that the Biblical Apocalypse—the end of the world as it is currently known and the final ascendancy of select Christians over all others—is coming soon. Unlike some Christians, Identity adherents do not generally believe in the "rapture," or the ascendancy of "saved" Christians to Heaven before the Apocalypse ensues; instead, Identity followers believe Jesus Christ will return to Earth only after the time of the "Tribulation," a great battle between good and evil, which will set the stage for the return of Christ and the final transformation of the world. Identity followers believe it is their duty to prepare for the Apocalypse, and some believe it is their duty to help bring it about. They tend to cast the Apocalypse in racial terms—whites vs. nonwhites. Identity adherents believe that worldly institutions will collapse during the "end times," and therefore tend to distrust such institutions, making Identity theology appealing to anti-government ideologies of groups such as militia, "Patriot," and sovereign citizens groups. [ANTI-DEFAMATION LEAGUE, 2005]

21st Century Identity - In the 21st century, Christian Identity groups are strongest in the Pacific Northwest of America and Canada, and the US Midwest, though Identity churches can be found throughout the US and in other parts of Canada. Identity churches also exist in, among other nations, Ireland, Great Britain, Australia, and South Africa (see June 25, 2003). The Anti-Defamation League will write: "Yet while spread far it is also spread thin. Estimates of the total number of believers in North America vary from a low of 25,000 to a high of 50,000; the true number is probably closer to the low end of the scale. Given this relatively small following, its extensive penetration of the far right is all the more remarkable." [ANTI-DEFAMATION LEAGUE, 2005]


Identity Violence - Identity adherents commit a number of violent acts, often against government and/or financial institutions, in an outsized proportion to their small numbers. In 1983, Identity adherent Gordon Kahl kills two US Marshals who attempt to arrest him on a parole violation, and kills an Arkansas sheriff before finally being gunned down by authorities (see February 13, 1983 and After). The white supremacist terrorist group The Order (see Late September 1983) contains a number of Identity members, including David Tate, who kills a Missouri Highway Patrol officer while attempting to flee to an Identity survivalist compound (see April 15, 1985). During the 1980s, small Identity groups such as The New Order (or The Order II) and the Arizona Patriots commit bombings and armored car robberies. After the Oklahoma City bombing (see 8:35 a.m. - 9:02 a.m. April 19, 1995), Identity minister Willie Ray Lampley attempts a number of bombings (see November 9, 1995). In 1996, the Montana Freeman, led by Identity members, "stands off" federal authorities for 81 days (see March 25, 1996). Between 1996 and 1998, Eric Robert Rudolph, who has connections to Identity ministers such as Nord Davis and Dan Gayman, bombs an Atlanta gay bar (see February 21,

1997), several abortion clinics (see <u>October 14, 1998</u>), and the Atlanta Summer Olympics (see <u>July 27, 1996 and After</u>). In 1999, Identity member and former Aryan Nations security guard Buford Furrow goes on a shooting spree at a Jewish community center in Los Angeles (see <u>August 10, 1999</u>). [ANTI-DEFAMATION LEAGUE, 2005]

## 1980: Avowed Racist, Anti-Semite Convicted of Murder in Killing Spree

Joseph Paul Franklin. *[Source: Jackson Clarion Ledger]*Joseph Paul Franklin, a resident of Memphis, Tennessee, confesses to attempting to kill Larry Flynt, the publisher of Hustler magazine, and civil rights leader Vernon Jordan. Franklin's motives are, according to his own statements, frankly racist. He admits to having been a member of the Ku Klux Klan and other white supremacist groups, a former believer in the Christian Identity theology (see <u>1960s and After</u>), and for a long time considered himself a Nazi. On March 6, 1978, he shot Flynt outside a Georgia courtroom, paralyzing the publisher for life. On May 29, 1980, he shot and severely injured Jordan outside a Fort Wayne, Indiana, Marriott hotel. Franklin says he tried to kill Flynt because he published photographs of a racially mixed couple having simulated sex. He says he shot Jordan, an African-American, because he saw him with a white woman. From 1977 through 1980, Franklin says, he embarked on a "mission" to rid America of blacks, Jews, and whites who like minorities.

He claims the credit for robbing a number of banks, bombing a Tennessee synagogue, killing two black men in Utah who were jogging with white women, and shooting a black man and white woman as they left a Tennessee restaurant. In total, Franklin says he may have killed 20 people in a 10-state, racially motivated shooting spree; when asked how many he'd killed, he says, "Not nearly enough." Franklin explains why he shot so many people: "I was trying to start a race war at the time....

I figured other whites would do it, too, and eventually we'd have a full-fledged race war." He says that in 1977 he went on the "warpath. I decided to cut loose in 1977. I was working these dead-end jobs. I thought, 'I'm just going to go out and kill some Jews.'" Franklin says he was inspired in part by convicted serial killer Charles Manson. He is convicted of a number of crimes, including the 1977 murder of Missouri resident Gerald Gordon, and sentenced to death for Gordon's murder. During his murder trial, Franklin calmly explains the length he went to to avoid detection: buying a rifle in Dallas through a classified ad, filing off the serial number, and carrying it in a guitar case; finding synagogues in the Yellow Pages, using a bicycle to approach and leave the scenes of his crimes quickly and without detection; and using a police scanner to keep abreast of law enforcement activities. He tells the court that he has no regrets regarding any of his crimes: asked if he feels remorse for any of his actions, he says: "I can't say that I do.

The only thing I'm sorry about is that it's not legal." Asked, "What's not legal?" he replies, "Killing Jews." Psychiatrist Dorothy Otnow Lewis, who has interviewed a large number of serial killers and spree killers, testifies that Franklin is a paranoid schizophrenic,

details the brutal physical abuse he suffered as a child, and details a number of bizarre beliefs he seems to hold. Franklin denies being "stark raving mad," but admits to a few "minor neuroses." As to Lewis's contention that he was unable to stop himself from committing his crimes, Franklin says: "I think it is hogwash, to tell you the truth. I knew exactly what I was doing." Lewis later says she believes all serial and spree killers are mentally or emotionally dysfunctional and not directly responsible for their actions. [TIME, 11/16/1980; NEW YORKER, 2/24/1997; JACKSON CLARION LEDGER, 2/25/2010] The 1989 novel *Hunter*, by William Pierce, the author of the infamous *Turner Diaries* (see 1978), will be dedicated to Franklin. The main character of the novel kills interracial couples in an attempt to foment a race war. [NEW YORK TIMES, 7/24/2002] The racist, white supremacist group Aryan Nations will give Franklin a medal for his actions. [JACKSON CLARION LEDGER, 2/25/2010]

### 1981 and After: White Supremacist Holds Influential Gathering

Richard Butler, the head of the white separatist and neo-Nazi organization Aryan Nations (see Early 1970s), hosts the first Aryan World Congress at the Nations compound in Hayden Lake, Idaho. The event attracts many of the area's racist leaders. Butler begins holding more gatherings in subsequent years and begins appointing state leaders of Aryan Nations chapters. One of the brightest young leaders in Butler's coterie is Robert Jay Mathews, who will go on to found the violent white supremacist group The Order (see Late September 1983). Other prominent Nations members at the conferences include:

Tom Metzger, leader of the White Aryan Resistance; Louis Beam, a former Klansman who will promote the concept of "leaderless resistance" (see February 1992); Don Black, a former Klansman who will create Stormfront, the largest white separatist forum on the Internet; and Kirk Lyons, a well-known lawyer who will represent a number of extremists facing criminal charges. [SOUTHERN POVERTY LAW CENTER, 2010; SOUTHERN POVERTY LAW CENTER, 2010]

Douglas Bay, Dominica. *[Source: Happy Tellus (.com)]*Two of three mercenaries accused of plotting to overthrow the government of the tiny Caribbean island nation of Dominica are found guilty of conspiracy and violation of the Neutrality Act. Stephen Don Black, a prominent Alabama Ku Klux Klan leader, and Joe Daniel Hawkins, a Klansman from Mississippi, are found guilty of the charges. Both are found not guilty of violating five firearms statutes. The plot began in 1979, when the neighboring island country of Grenada was taken over by a socialist regime with ties to the Communist government of Cuba's Fidel Castro. Mike Perdue, a former Marine and prominent white supremacist, discussed retaking Grenada with ousted former Prime Minister Eric Gairy. Perdue sought out Klan Imperial Wizard David Duke, who put him in touch with white supremacist Donald Clarke Andrews, then living in Canada. Andrews had led the white supremacist group Western Guard, and after serving a jail sentence for neo-Nazi activities, founded a new pro-Aryan group, the Nationalist Party of Canada. Andrews convinced Perdue that Dominica might be a good place from which to stage a coup in Grenada. Dominica was in the grip of grinding poverty, having

been devastated by a hurricane in 1979 and plagued with racial violence from a splinter group of Rastafarians called the Dreads. The island's government was unstable and, Perdue and Andrews believed, ripe for overthrow.

Perdue partnered with another supremacist, Wolfgang Droege, and began planning to stage a coup that would place former Prime Minister Patrick John back in power. Even though John was something of a leftist, and wanted to displace the much more right-wing and pro-American Prime Minister, Eugenia Charles, in September 1980 Perdue and John agreed in writing to commence what they called "Operation Red Dog," a violent coup with the goal of placing John back in charge of the government. The Washington Times will later report: "The coup forged some odd alliances.

[It] united right-wing North Americans and Caribbean leftists, white nationalists and black revolutionaries; First World capitalists and Third World Socialists." Canadian writer Stewart Bell later describes Perdue as a man of no real political convictions and a lust for money who routinely lies about his Vietnam experience (he never served in Southeast Asia, and did not tell his companions that he was a homosexual), and Droege as a German-Canadian high school dropout with neo-Nazi sympathies. Others involved in the putative coup are nightclub owner and white supremacist Charles Yanover, gunrunner Sydney Burnett-Alleyne (who supplied the initial connection to John), Black, Hawkins, and a small number of others.

The mercenaries' plan was to put John back in power; in return, John would give them license to use the island as a haven for casinos, drug smuggling, and money laundering. Almost from the outset, the conspiracy was infiltrated by two agents from the Bureau of Alcohol, Tobacco and Firearms (BATF), John Osburg and Wally Grafton, who were alerted to the planned coup by charter boat captain Mike Howell. Perdue had tried to hire Howell to take the mercenaries to Dominica, and told Howell that his was a CIA operation. Members of the operation also talked to others about it; one even gave a "secret" interview to a radio reporter in Hamilton. Osburg and Grafton alerted law enforcement authorities; on the night of the raid, federal authorities overwhelmed the small band of mercenaries, arrested them all, and confiscated a large number of firearms, 10 pounds of dynamite, over 5,000 rounds of ammunition, and a large red-and-black Nazi flag.

The operation was later derisively termed the "Bayou of Pigs," a joking reference to the 1961 attempt by right-wing American mercenaries to overthrow Castro's government. John was arrested in Dominica. Perdue and six other participants have already pled guilty to violating the Neutrality Act. Before his sentencing of three years in prison, Black says, "What we were doing was in the best interests of the United States and its security in the hemisphere, and we feel betrayed by our own government." [TIME, 5/11/1981; UNITED PRESS INTERNATIONAL, 6/21/1981; NEW TIMES, 2/19/1998; WASHINGTON TIMES, 10/5/2008; WINNIPEG FREE PRESS, 11/2/2008] After serving his jail term, Black will go on to found the influential white supremacist organization Stormfront

**March 1995: White Supremacist Launches Stormfront, Related Web Site**

Stephen "Don" Black. *[Source: Page2Live (.com)]*Don Black, an Alabama white supremacist who lives in West Palm Beach, Florida, founds an organization called Stormfront. Stormfront's Web site, Stormfront.org, will become the most prominent white supremacist site on the Internet, and will come to serve as the hub of a network of related Web sites. [SWAIN AND NIELI, 1995, PP. 153-157; SOUTHERN POVERTY LAW CENTER, 6/2001; SOUTHERN POVERTY LAW CENTER, 6/2005] The site states its purpose: "Stormfront is a resource for those courageous men and women fighting to preserve their White Western culture, ideals, and freedom of speech and association—a forum for planning strategies and forming political and social groups to ensure victory." [NEW TIMES, 2/19/1998] The Stormfront motto is "White Pride World Wide." Bob DeMarais, a former staff member of the neo-Nazi National Alliance (see 1970-1974), later writes, "Without a doubt, Stormfront is the most powerful active influence in the White Nationalist movement." By 2005, the site will boast some 52,000 members and Jamie Kelso, who will begin working with Black in 2002, will claim 500 new members join every week. DeMarais will give Kelso a great deal of credit for building the Stormfront community of users. [SOUTHERN POVERTY LAW CENTER, 6/2005] The Southern Poverty Law Center (SPLC) will call Stormfront.org the first "hate site" on the Internet. [SOUTHERN POVERTY LAW CENTER, 6/2001]

**Began Extolling White Supremacist Ideology in High School, Went on to Lead KKK** - Black began his career as a white supremacist while still in high school in the early 1970s, joining the National Socialist White People's Party and handing out racist tabloids to his fellow students. In 1971, he was shot by Jerry Ray, the manager for white supremacist J.B. Stoner's unsuccessful gubernatorial campaign in Georgia. Ray, the brother of Martin Luther King Jr.'s assassin James Earl Ray, thought that Black had broken into Stoner's office to steal a mailing list for the National Socialist White People's Party. Black recovered, and attended the University of Alabama, where he was ejected from the ROTC program for his racist statements. Subsequently he began working with Klan leader David Duke to revitalize the foundering Knights of the Ku Klux Klan (KKK). According to a 1995 report by the progressive New Times: "Duke taught Black it's easier to attract supporters by criticizing affirmative action, illegitimate welfare births, and illegal immigration than labeling blacks as inferior or Jews as rich enemies.

The goal was to avoid inflammatory remarks and present oneself as dignified—sticking to the issues. Supremacy is presented as nationalism. And intolerance warps into a preference for one's own heritage." After Duke was forced out of the KKK over allegations of selling its mailing list, Black took over the organization until 1981, when he spent three years in prison for fomenting a plot with other supremacists to invade the tiny Caribbean island nation of Dominica (see June 21, 1981). Black learned to program computers during his prison term. He returned to Birmingham, Alabama, in 1985, telling friends, "I'm here to build the greatest

white racist regime this country has ever seen." After quitting the Klan because of its overt advocacy of violence, he decided to execute his plans via the Internet, still in its infancy at the time. [SWAIN AND NIELI, 1995, PP. 153-157; NEW TIMES, 2/19/1998; BBC, 1/12/2000; SOUTHERN POVERTY LAW CENTER, 6/2005] Black's efforts will be quite successful; in 1995, he will tell a reporter: "A third of households have computers and with the phenomenal growth of the Internet, tens of millions of people have access to our message if they wish. The access is anonymous and there is unlimited ability to communicate with others of a like mind." [NEW YORK TIMES, 3/13/1995]

Launches Internet BBS that Becomes Stormfront - In 1991, having married Duke's ex-wife Chloe and moved to Florida, Black launched an Internet bulletin board (BBS) to support Duke's unsuccessful candidacy for a US Senate seat from Louisiana. In early posts on Stormfront, Black explains that white Americans have as much right to espouse their culture as any other group, and says that Stormfront attempts to provide an alternative to the mainstream American media, which he says is dominated by Jews and liberals who routinely disparage and mock whites.

Black says that his racist views are in line with those held by Thomas Jefferson and other Founding Fathers. He calls the site the Internet presence for the "white nationalist" movement, which proclaims its intention to "separate" from minorities and found an all-white nation or state within American borders. He will tell a reporter: "We believe that our people, white people in this country and throughout the world, are being discriminated against. They're being treated as second-class citizens. We're tired of seeing other racial and ethnic groups impose their agenda on us." [SWAIN AND NIELI, 1995, PP. 153-157; NEW TIMES, 2/19/1998; BBC, 1/12/2000]

Expansion - Between 1995 and 1997, Stormfront features the violent, racist writings of the National Alliance's William Pierce (see 1978), his former mentor David Duke, the National Alliance's Institute for Historical Review (a Holocaust-denying think tank), and others. The site promotes an array of conspiracy theories surrounding the 1992 Ruby Ridge shootings (see August 31, 1992), the 1993 Branch Davidian debacle (see April 19, 1993), and the 1995 Oklahoma City bombing (see 8:35 a.m. - 9:02 a.m. April 19, 1995). On Stormfront's Web site, right-wing lawyer Kirk Lyons compares the Branch Davidian events to the Nazi destruction of the Czechoslovakian town of Lidice. Anti-Semitic writer Eustace Mullins suggests that the Anti-Defamation League (ADL), an organization dedicated to tracking and challenging racist organizations, was behind the Oklahoma City bombing. The site houses a library of neo-Nazi graphics available for download, a list of phone numbers for racist computer bulletin boards not on the Internet, and a page of links to other hate sites. By 1997, Stormfront begins hosting pages of other extremist groups such as Aryan Nations (see Early 1970s), and individuals such as Ed Fields, who publishes the racist newsletter The Truth at Last. Black reprints white supremacist articles and essays, including one that attacks the Talmud, a

Jewish holy book, as filled with "malice," "hate-mongering," and "barbarities." Black also reprints an essay by neo-Nazi Louis Beam (see February 1992), who claims he has knowledge of a Jewish conspiracy to censor the Internet. Black also adds new features to his site: pages "proving" the "inferiority" of the "Negro" race, a translation of Adolf Hitler's *Mein Kampf,* a page of "quotes" by Jews that are either false or deliberately mistranslated along with quotes by anti-Semites, and "White Singles," a dating service for "heterosexual, white gentiles only." Black also adds a news section, White Nationalist News Agency (NNA), which posts the text of articles from the Associated Press and other reputable news sources, apparently without legal permission and often with racist commentary included. Black also hosts "Blitzcast," an audio podcast that lets listeners hear speeches by the late George Lincoln Rockwell, the assassinated leader of the American Nazi Party; William Pierce; anti-Semitic Jew Benjamin Freedman; and Frank Weltner, who hosts another Black-operated site, Jew Watch. Yet another site Black hosts, Bamboo Delight, hides anti-Semitic materials behind the false front of a company selling "Tai Chi Chuan Chinese Exercise" materials. Looking past "Asian Health Philosophy" items such as the "Nine Treasure Exercises of Ancient China" videotape and the "Skinny Buddha Weight Loss Method" pamphlet, visitors find the downloadable computer programs "Jew Rats," "Police Patriots," "ZOG," and "Talmud."

These programs are interactive in the same way that Web pages are interactive: users "click through" their contents, viewing various pages filled with text and graphics. "Jew Rats" is a multi-panel cartoon that depicts Jews as rats that kill Christians and encourage integration. Blacks are depicted as sub-human gorillas. "ZOG" contains the complete text of the "classic" anti-Semitic forgery "The Protocols of the Elders of Zion" along with dozens of other documents that claim knowledge of Jewish plans for world domination. Adrian Edward Marlow, who owns the servers Black uses for Stormfront and the other related sites, has bought over 10 domains that seem to be the URLs of prominent newspapers such as the Philadelphia Inquirer, the Pittsburgh Post-Gazette, the Chicago Sun-Times, the Atlanta Constitution-Journal, and the London Telegraph. By October 1998, Marlow has redirected those domains directly to Stormfront. Typing in "philadelphiainquirer.com," for example, does not bring surfers to the Philadelphia newspaper's Web site, but to Stormfront. (The Inquirer will subsequently secure that domain name from Marlow.) [ANTI-DEFAMATION LEAGUE, 1998]

Deliberate Attempts at 'Moderating' Message - Black takes care not for his site to appear overly crude or violent. Forum posters are warned to avoid using racial slurs and not to post violent threats or exhortations to illegal activities, "moderating" tactics apparently learned from Duke. Black will also be somewhat successful at presenting himself, and by extension his supremacist ideology, on television, insisting that his site is more about presenting information not filtered by the "media monopoly" than promoting racist beliefs (see January