In The United States District Court

For The Southern District of Texas

Slave Negro Pro Se Plaintiff Louis Charles Hamilton II USN SS # 2712

President Negro Slave Barack Hussein (Water-Head) Obama II

Negro Slave Michelle LaVaughn Robinson Obama

Negro Slave Natasha Obama,

Negro Slave Malia Ann Obama                                  U.S. Docket No. 3:16-MC-00016

Plaintiff Rachel Ann Hamilton (Wife)                         Slave Plaintiffs (Notice of Appeal)

Negro Slave Chandra D. Hamilton (Daughter)                   Exhibits B-1 – B- 50

Negro Slave Natasha Hamilton (Daughter)

Negro Slave Aaron Michael Halvorsen (Hamilton II)

Negro Slave Craig Robinson

Negro Slave Marian Shields Robinson

Negro Slave Rachel Meghan Markle

President Abe Lincoln

President John Fitzgerald "Jack" Kennedy

Robert Francis "Bobby" Kennedy

Negro Slave Dred Scott

Negro Slave Harriet Tubman

Negro Slave Rev. Doctor Martin Luther King Jr.

Negro Slave Deadria Farmer-Paellmann

Negro Slave Plaintiff LeBron Raymone James

Negro Slave Colin Rand Kaepernick

Negro Slave Plaintiff Petty Officer 2nd Class Janaye Ervin,

Negro Slave Officer CPL. MONTRELL Jackson, 32, Baton Rouge Police Department,

Negro Slave Gavin Eugene Long

Negro Slave Micah Xavier Johnson

Negro Slave Plaintiff Philando Castile

Negro Slave Alton Sterling

Negro Slave Carnell Snell Jr.

Negro Slave Korryn Gaines

Negro Slave Keith Lamar Scott

Negro Slave Terence Crutcher

Negro Slave MarShawn M. McCarrel II

Negro Slave Philando Castile

Negro Slave Alton Sterling

Negro Slave Michael Brown

Negro Slave Malcolm X born Malcolm Little

Negro Slave Medgar Wiley Evers

Negro Slave Andrew Jackson Young, Jr.

Negro Slave Eric Marlon Bishop, "Jamie Foxx" ("Django")

Negro Slave Samuel L. Jackson

Negro Slave Oprah Gail Winfrey

Negro Slave Plaintiff Denzel Hayes Washington Jr.

Negro Slave Caryn Elaine Johnson Whoopi Goldberg

Negro Slave Wesley Snipes

Negro Slave Marion Hugh "Suge" Knight Jr

Negro Slave Eric Garner,

**Negro Slave Michael Brown,**

**Negro Slave Tamir Rice,**

**Negro Slave Walter Scott,**

**Negro Slave Freddie Gray**

**Negro Slave Laquan McDonald."**

**Negro Slave Veteran Jeffery Tavery**

**Negro Slave Veteran Robert Vaughan**

**Negro Slave Veteran Keno Miller**

**Plaintiff Negro Slave Veteran Avery Brown**

**"Plaintiff 1865 "Freeman Bureau"**

**"Plaintiff "Black Lives Matter"**

**Plaintiff Slave Negro US Veteran Exactly 1.8 (Million)**

**Plaintiff Negro Slaves 42.7 Million**

**Plaintiff British Empire et al (Prince Williams, Prince Harry & British Queen)**

**Plaintiff Negro DNA Slave British Empire Immigrants**

**Plaintiff (allies) Albania, - Plaintiff (allies) Qatar**

**Plaintiff Negro DNA Slave "Immigrant" Anguilla - Plaintiff Negro DNA Slave "Immigrant"** *West Indies*

**Plaintiff Negro DNA Slave "Immigrant" Algeria –**

**Plaintiff Negro DNA Slave "Immigrant" Zimbabwe**

<u>Negro Plaintiff Slaves DNA affirm</u> of <u>Zuni Tribe of the Zuni Reservation, New Mexico</u>

- Negro Plaintiff Slaves DNA affirm of Absentee – shawneee Tribe of Indians of Oklahoma

Vs.

Defendant 45th President Donald John Trump Sr. et al

Defendant United States of America et al

Before the Court", Property of the United States of America, Slave Negro U.S Federal Judge George Carol Hanks, Jr. (Born into slavery servitude of USA in 1964), find Exhibit (B 1)- (B -50) Defendant 50 states constitution

"Notice of Motion to Strike" Pursuant to Dred Scott v. Sandford, 60 US 393 1857

Each Defendant 50 states constitution 13th Amendment until ratified on Feb 7th 2013 U.S. Docket No. 3:16-MC-00016

On appeal before the "Fifth Circuit Court of Appeals

| | | | |
|---|---|---|---|
| AL | Alabama | Montgomery | December 14, 1819 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 "Strike" the 13th Amendment until ratified on Feb 7th 2013 |
| AK | Alaska | Juneau | January 3, 1960 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| AZ | Arizona | Phoenix | February 14, 1912 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| AR | Arkansas | Little Rock | June 15, 1836 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| CA | California | Sacramento | September 9, 1850 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| CO | Colorado | Denver | August 1, 1876 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| CT | Connecticut | Hartford | January 9, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| DE | Delaware | Dover | December 7, 1787 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

| | | | |
|---|---|---|---|
| FL | Florida | Tallahassee | March 3, 1845 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| GA | Georgia | Atlanta | January 2, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| HI | Hawaii | Honolulu | August 21, 1959 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| ID | Idaho | Boise | July 3, 1890 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| IL | Illinois | Springfield | December 3, 1818 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| IN | Indiana | Indianapolis | December 11, 1816 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| IA | Iowa | Des Moines | December 28, 1846 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| KS | Kansas | Topeka | January 29, 1861 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| KY | Kentucky | Frankfort | June 1, 1792 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| LA | Louisiana | Baton Rouge | April 30, 1812 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| ME | Maine | Augusta | March 15, 1820 Pursuant to Dred Scott v. Sandford, 60 US |

| | | |
|---|---|---|
| | | 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MD Maryland | Annapolis | April 28, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MA Massachusetts | Boston | February 6, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MI Michigan | Lansing | January 26, 1837 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MN Minnesota | Saint Paul | May 11, 1858 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MS Mississippi | Jackson | December 10, 1817 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MO Missouri | Jefferson City | August 10, 1821 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| MT Montana | Helena | November 8, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| NE Nebraska | Lincoln | March 1, 1867 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| NV Nevada | Carson City | October 31, 1864 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| NH New Hampshire | Concord | June 21, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

| | | | |
|---|---|---|---|
| NJ | New Jersey | Trenton | December 18, 1787 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| NM | New Mexico | Santa Fe | January 6, 1912 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| NY | New York | Albany | July 26, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| NC | North Carolina | Raleigh | November 21, 1789 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| N | North Dakota | Bismarck | November 2, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| OH | Ohio | Columbus | March 1, 1803 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| OK | Oklahoma | Oklahoma City | November 16, 1907 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| OR | Oregon | Salem | February 14, 1859 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| PA | Pennsylvania | Harrisburg | December 12, 1787 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| RI | Rhode Island | Providence | May 19, 1790 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| SC | South Carolina | Columbia | May 23, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

| | State | Capital | Details |
|---|---|---|---|
| SD | South Dakota | Pierre | November 2, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| TN | Tennessee | Nashville | June 1, 1796 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| TX | Texas | Austin | December 29, 1845 Pursuant to Dred Scott v. Sandford, 60 US 393 185713th Amendment ratified on Feb 7th 2013 |
| UT | Utah | Salt Lake City | January 4, 1896 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| VT | Vermont | Montpelier | March 4, 1791 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| VA | Virginia | Richmond | June 25, 1788 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| WA | Washington | Olympia | November 11, 1889 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| WV | West Virginia | Charleston | June 20, 1863 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| WI | Wisconsin | Madison | May 29, 1848 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |
| WY | Wyoming | Cheyenne | July 10, 1890 Pursuant to Dred Scott v. Sandford, 60 US 393 1857 13th Amendment ratified on Feb 7th 2013 |

before the "Fifth Circuit Court of Appeals" one Slave Negro U.S Federal Judge George Carol Hanks, Jr. U.S. Docket No. 3:16-MC-00016

On this 28th Day of

January 2017        *[signature]*

**Public Notary**

*[signature and notary seal: STEPHEN CALDWELL JR., NOTARY PUBLIC, STATE OF TEXAS, Notary I.D. 12855419-8, My Comm. Expires Mar. 15, 2019]*

Pro Se Slave Negro Louis Charles Hamilton II (USN),

2724 61st street Ste. I-B

Galveston, Texas. 77551

bluefinlch2@gmail.com

832-894-9465

832-344-7134

Cmdr.bluefin@gmail.com

louishamilton2015@gmail.com

Cc:  Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Cc: Prime Minister Theresa Mary May

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

Plaintiff Black Lives Matter

Exhibit

N

Stroke Assassination paper of 16th President Abe Lincoln stroke cause of death of Associate Justice Antonin Scalia