# United States District Court Southern District of Texas

Case Number: __3:17MC3_____

ATTACHMENT

United States Courts
Southern District of Texas
FILED

FEB 17 2017

David J. Bradley, Clerk of Court

Description:

☐ State Court Record            ☐ State Court Record Continued

☐ Administrative Record

☐ Document continued - Part _____ of _____

☐ Exhibit to: _____
number(s) / letter(s) _____

Other:  __Exhibit Q  - (1) CD placed in Brown Expandable Folder and placed on Clerk's Shelf__