In The United States District Court
For The Southern District of Texas

**Black Lives Matter**

**Plaintiffs**

Vs.

**Donald John Trump Sr. 45th President**  U.S. Docket No. 3:17-MC-00003
**United States of America et al**

**Defendant**

United States Courts
Southern District of Texas
FILED

FEB 24 2017

David J. Bradley, Clerk of Court

"Writ of Mandamus",

Joining Request for Production of Document Evidence

United States Court of Appeals Fifth Circuit,

Case No.          17-40068

Texas Southern District Court, Case No. 3:16-mc-00016

Office of the Clerk 600 S. Maestri Place

New Orleans, LA 70130

USPS First Class Mail 9400 1118 9922 3128 5807 30

CC: US District Court Southern District of Texas filing # "U.S. Docket No. 3:17-MC-00003, "Plaintiff Black Lives Matter" vs. Donald John Trump Sr. USPS First Class Mail 9400 1118 9922 3332 2888 49

With/out exhibits

2/23/2017

United States Court of Appeals Fifth Circuit,

Case No.        17-40068

Texas Southern District Court, Case No. 3:16-mc-00016

Office of the Clerk 600 S. Maestri Place

New Orleans, LA 70130

USPS First Class Mail 9400 1118 9922 3128 5807 30

"Writ of Mandamus",

Joining Request for Production of Document Evidence

Appearance "Black Lives Matter", Pro Se Plaintiff Slave Negro Louis Charles Hamilton II, in his both persons USN Cmdr. (Secret Service) # 2712 before United States Court of Appeals Fifth Circuit, Realleges and incorporates by reference U.S. Docket No. 3:16-MC-00016, as though fully set forth herein further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, Collectively "Plaintiffs BLACK LIVES MATTER", Slaves commitment to freedom and removal from a slave society of defendant "United States of America et at"

Donald John Trump Sr. 45th President "Long-term commitment to unjust enrichment", as a source of livelihood, with the usage of "hate crime" as "the violence" of inherence and bigotry, intended to hurt and intimidate, while Donald John Trump Sr. 45th President being the "direct party" to "Child Rape accusation, many sexual assault of adult women accusations, official white house whites Supremacy, Dishonoring "Gold Star" family, disrespecting, Prisoners of War, Disrespecting, Veterans, Disrespecting women, mocking the physically impaired, colluding "Fraudulent Concealment", "Aiding & Abetting", "Assisting or Encouraging", "Assistant & Participating",

"Concert of Actions", with Russia Federation, discredit all US Intel Community, 2500 + multi-million dollar Civil Lawsuits, Mutable multi-million dollar RICO Sham Fake University(s) scams conspiracy to commit mail and wire fraud in connection with a knowingly or with deliberate ignorance – facilitated fraudulent University, As part of the scheme,, multi-million dollar fake veterans Charities These solicitations, both a wire TV scheme and mailed from locations around the United States and banking threw the

Monetary wire system , being accumulated with multi-million dollar company that fraudulently further engaging in Honest Services Fraud to fully Bully, Defraud, Extort, while

fully committed to long term grand larceny in stiffing Vendors for all goods and services, being accumulated with multi-million dollar in excess of 20 years of major "Billions"

MIA TAX EVASION, being accumulated with multi-million dollar Fraud, and multi-million dollar Money Laundering, being accumulated with conspiracy to commit money laundering while portrayed the companies as part of multi-million dollar fake charities foundation, The money laundering was in connection with an international fraud scheme involving felony violation of the Bank Secrecy Act for willfully failing to report suspicious transactions, as the banking system being used by co-conspirators in Russia and Cuba, among other foreign countries received and deposited most of that money into off shore hidden accounts of a co-coconspirator other foreign countries Venezuela, the Balkan region, some North and Central African states, Gambia, Oman, the Caucus states, India and SE Asia,

Definitive enemies: Somalia, Syria, Iraq, ISIL, Yemen, Nigeria, Algeria, Iran, Afghanistan, Pakistan, Russia, North Korea, and China cartel connection in direct violation of US and UK United Kingdom, The Trading with the Enemy Act 1914,The Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12),The Trading with the Enemy Amendment Act 1915 (5 & 6 Geo 5 c 79),The Trading with the Enemy (Extension of Powers) Act 1915 (5 & 6 Geo 5 c 98),The Trading with the Enemy Amendment Act 1916 (5 & 6 Geo 5 c 105),The Trading with the Enemy (Copyright) Act 1916 (6 & 7 Geo 5 c 32),

The Trading with the Enemy and Export of Prohibited Goods Act 1916 (6 & 7 Geo 5 c 52), The Trading with the Enemy (Amendment) Act 1918 (8 & 9 Geo 5 c 31),The Trading with the Enemy Act 1939 (2 & 3 Geo 6 c 89) since 1999 Cuba Embargo violations disrespecting minorities, slander, liable tormented, threatened, harassed, humiliated, embarrassed, economic damages or otherwise "hate crimes target" ridicule, while acting under color of law threaten the very lives of "Black Lives Matter", after already committed to defamation, discrimination, housing discrimination, hate crimes speeches, voting disfranchisement, inciting world-wide mass rioting, now in 2017, as

Slave Negro U.S Federal Judge George Carol Hanks, Jr. did on 5th day of January 2017 being accused among other things conceals disguises, and scuttled the nature, location, source, or ownership of monetary billions of hidden taxes and stolen loot of material support of chief defendant 45th President Donald John Sr. accused of finance of terrorism, while threaten "Black Lives Matter" as Thugs and Terrorist" " being Slavery Servitude victim of defendant Donald John Trump Sr. 45th President United States of America et al and Co-Defendant "United States of America et al "official timeline" August 20[th] 1619 – February 7[th] 2013 upon the Archivist of defendant "United States of America et al "Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant

"United States State of Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16th 1995, as with this action, "Defendant", United States, the States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States" Plaintiffs are "Black Lives Matter" whom have been criminally by defendant 45th President of United States, and Co-Defendant United States, instituted against "Plaintiffs Black Lives matter any citizenship of the 14th amendment upon which "Plaintiffs Black Lives Matter" collectively having been Denaturalization of all claimed citizenship,  collectively the "COURTS" Err in continue to delegitimize the rights of each and every Plaintiff(s) Black Lives matter" in among the most urgent "National Security Interest" against 45th President Donald John Sr. engaging finance of terrorism, as this fully legally described in the records of

U.S. Docket No. 3:16-MC-00016, as this being "scuttled", in 2017 **Deprivation of rights under color of law, in a new U.S. Docket No. 3:17-MC-00003, having occurred attached "complaint" attached herein** before United States Court of Appeals Fifth Circuit, filed as "Brief" in support of the new reliefs described herein, clearly warranting "merit" by all prove factual evidence described of the old filing on December 22, 2016 U.S. Docket No. 3:16-MC-00016, as the appeal process having started,

**Louis Charles
Hamilton, II**, Plaintiff

▾ Represented by Louis Charles Hamilton, II

**Name**
Louis Charles Hamilton, II

# V.

Donald John Trump, Sr., Defendant



Need legal research help? Let us know!

10 Filed: 2/1/2017, **Entered:** None                                                                                                      o
   Request
9 Filed: 1/30/2017, **Entered:** None
   Request
8 Filed: 1/20/2017, **Entered:** None
   Request
8 Filed: 12/22/2016, **Entered:** None
   EXHIBITS re: 1 Application to Proceed In Forma Pauperis ** EXHIBITS TO DE 1 SCANNED AND ATTACHEI

EXHIBITS PLACED IN CIVIL DOCKETING BOX ** by Louis Charles Hamilton, II, filed. (Attachments: # 1 Con Complaint, # 3 Continuation of Complaint, # 4 Continuation of Complaint, # 5 Continuation of Complaint, # 6 C Complaint, # 8 Continuation of Complaint, # 9 Continuation of Complaint, # 10 Civil Cover Sheet)(dwilkerson, 11 Continuation of Complaint, # 12 Continuation of Compalint, # 13 Continuation of Complaint, # 14 Continuat 16 Continuation of Complaint, # 17 Continuation of Complaint, # 18 Continuation of Complaint) (agould, 3). (A Exhibit B, # 20 Continuation of Exhibit B, # 21 Continuation of Exhibit B, # 22 Continuation of Exhibit B, # 23 C Exhibit B, # 25 Continuation of Exhibit B, # 26 Continuation of Exhibit B, # 27 Continuation of Exhibit B, # 28 C Exhibit B) (dwilkerson, 3). (Additional attachment(s) added on 1/25/2017: # 30 A Military Protective Order & TI Application, # 32 Motion for Legal Fees, # 33 Motion for Recusal, # 34 Issuance of An Arrest Warrant and Affi

Request

7 **Filed:** 1/20/2017, **Entered:** None

Request

6 **Filed:** 1/19/2017, **Entered:** None                                                                                                                                                                                                                   Clerk

Request

5 **Filed:** 1/18/2017, **Entered:** None

Request

5 **Filed:** 1/17/2017, **Entered:** None

NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 4 Order,, Terminate Case, by Louis Charl D, # 2 Exhibits F-P, # 3 Exhbit Q, # 4 Exhibit R, # 5 Exhibits S-U, # 6 Exhbits V-X, # 7 Exhibits Y,Z, # 8 Exhbit: (Additional attachment(s) added on 1/24/2017: # 9 Exhibit) (agould, 3). (Additional attachment(s) added on 1/2 (Additional attachment(s) added on 1/27/2017: # 11 Exhibit A35-A36) (agould, 3). (Additional attachment(s) ac (Additional attachment(s) added on 2/2/2017: # 13 Exhibit D-1-D-6) (agould, 3). (Entered: 01/18/2017)

Request

4 **Filed:** 1/5/2017, **Entered:** None

Request

3 **Filed:** 1/3/2017, **Entered:** None

Request

2 **Filed:** 1/3/2017, **Entered:** None

Request

1 **Filed:** 12/22/2016, **Entered:** None                                                                                                                                                                                                                   Applic

Request

Plaintiffs "Black Lives Matter" and all "PLANTIFFS" require before the United States Court of Appeals Fifth Circuit, The return of document #7 (Private Entry) being made back into the records of evidence of "appeal" U.S. Docket No. 3:16-MC-00016, before the "Justices" and public records thereof, while the District court "keep" rubber stamping Pro Se Plaintiff in his both person Cmdr. USN Intel. (Secret Service) a frivolous fool of some weak sorts, while scuttling the rights of "Black Lives Matter" and counsel of record... and a copy return to U.S. Docket No. 3:17-MC-00003 Plaintiffs Black Lives Matter exhibit Q,

Being the entire records of U.S. Docket No. 3:16-MC-00016, the evidence and government records are correct, while the "courts" err in corruption,

* United States Court of Appeals Fifth Circuit, Office of the Clerk 600 S. Maestri Place, New Orleans, LA 70130 take legal notice Intelligence Community (IC) fully since 2016 – progressive in 2017 withholding information from The Dark Justice League's Hall of Trump Tower Justice OCC (Operations Control Center)MOCR (Mission Operations Control Room).

Special (CRORI) Command Room of Requirement "Intelligence" within the "White House" deep Situation Room administration's unseemly ties

 Chief defendant 45th President Donald John Trump Sr. whom piling up on Casino royal "double down" bets in keeping a destructive patter and practices of lying about Russia and slamming the among many other "US intelligence Bluefin Inc." among US intelligence CIA, NSA, DOD, community, and the allies entire intelligence community derive to soon "Mt. Saint Klan" ready to "explode" extreme "hot lava" in a very ugly way, the official Judicial government hostile court "err" wittingly or not, acting under color of law being the ($$$) bribery federal courts system continue their very own fraudulent hostile enters too, into this "swim call" heading for the deep-end of the swim pool of

 "Gasoline waters" of a situation really one should avoid being # 1 unsurvivable protection of a GOP Republican Party political Russia crisis",

 All of which before the "Fifth Circuit Court of Appeals whole no "law and equity" in "merit" on the "National Security Interest" of the innocent Lives of 44.5 plus million "Plaintiffs Black Lives Matter" and all "PLAINTIFFS" collectively herein as described "clearly" in new US District Court filing  U.S. Docket No. 3:17-MC-00003, "Plaintiff Black Lives Matter" enjoining Emergency Application for a Preliminary injunction, and Joint application for "Permanent" injunction against Said Chief Defendant "Donald John Trump Sr. for protection order of the

 Office of "Commander in Chief" of The United States of America, directing Hate crimes, and actions of continue wrongful loss of life, disfranchisement, being held to substandard living, and economic injuries, as stated by Chief Defendant 45th President Donald John Trump Sr. "Black Lives Matter" are terrorist, thugs, among many other defamatory statement, and actions of racial hate crimes direct to "Plaintiffs Black Lives Matter et al"

 And request for protection order on Pro Se Plaintiff himself and family in this real hostile matter, protection for the Military Plaintiffs Black Lives Matter" hearing so be heard on "Plaintiffs Black Lives Matter"

 Collective Emergency Application for a Preliminary injunction, in that Chief Defendant Donald John Trump, Sr. forever banned, prohibit, forbid, disallow, outlaw, and 1000% fully eliminate involving the duties, position, and occupation of United States of America Commander-In-Chief, involving all  Military Plaintiffs Black Lives Matter" vs. "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting

 President of defendant  "United States of America et al" fully committed direct violations of <u>18 U.S. Code § 242 - Deprivation of rights under color of law</u>, 18 U.S. Code § 249 – "Hate crime acts", past since 1968 housing discrimination complaint well into June 1975, more than 18 months after the government filed the case on behalf of "PLAINTIFFS BLACK LIVES MATTER minorities, whom are still legally slaves", and property of the Para-Military Knights of the Klu Klux Klansmen, the

 Chief Defendant "Donald John Trump Sr., still withholding potentially relevant records, Over the course of decades, Chief Defendant "Donald John Trump Sr. companies

have systematically destroyed or hidden thousands of emails, digital records and paper documents demanded in official proceedings, often in defiance of court orders corporate files since scuttled, destroyed, hidden and obscured records are actual evidence in addition to all claims

As in 2017 being the same criminal fashion before the "courts" whom "err" in favor of "The Chief Defendant "Donald John Trump Sr. as collectively a strategy was simple: deny, impede and delay, any progress of "Plaintiffs Black Lives Matter" while Chief Defendant "Donald John Trump Sr., from 1968 into 2016 of 48 years destroying documents the court had ordered them to hand over" past, present and future well into 2017 hidden tax records while abscounded in billions in taxes as such while USA Federal laws being "trashed", by continue "err" of fraud under color of law by the "courts" directed at "Plaintiffs "Black Lives Matter" and "Plaintiffs" collectively by among other things simply legally refusal in

Order Chief Defendant Donald John Trump Sr. to release his taxes being the cause of action rendering relief, as now new prescription being further required, "Writ of Mandamus" filed herein under notary seal to have the same, in light of the actions in 2017 directed at "Plaintiff Black Lives Matter" as attached "exhibit A "Complaint"

New US District Court filing "U.S. Docket No. 3:17-MC-00003, "Plaintiff Black Lives Matter" vs. Donald John Trump Sr. seeking secure enjoining Emergency Application of a "Writ of Mandamus" for a Preliminary injunction, and Joint application for "Permanent" injunction against Said Chief Defendant "Donald John Trump Sr., with the exhibit already filed before the

"United States Texas Federal Southern District Court" in support, thereof... United States Court of Appeals Fifth Circuit, ordering order Said Chief Defendant "45th President Donald John Trump Sr., to expedite a reply and respond before United States Court of Appeals Fifth Circuit, and to "plaintiffs Black Lives Matter", Plaintiffs of "appeal" U.S. Docket No. 3:16-MC-00016, Plaintiffs British Empire et al,

Collectively show cause, why "Writ of Mandamus" order against Said Chief Defendant "45th President Donald John Trump Sr., being executed by the "Court" United States Court of Appeals Fifth Circuit, in favor of "Plaintiffs Black Lives Matter", Plaintiffs of "appeal" U.S. Docket No. 3:16-MC-00016, have the required full relief sought of release of said Taxes History,

Collectively show cause, why "Writ of Mandamus" order being granted into this appeal against Said Chief Defendant "45th President Donald John Trump Sr., being executed by the "Court" United States Court of Appeals Fifth Circuit, in favor of "Plaintiffs Black Lives Matter", Plaintiffs "Black Lives Matter" and all "PLANTIFFS" require before the United

States Court of Appeals Fifth Circuit, The return of document #7 (Private Entry) being made back into the records of evidence of

"Appeal" U.S. Docket No. 3:16-MC-00016, and copy return to attorney of record as proof of the same as described in attached exhibit B "U.S. District Court Southern District of Texas (Galveston) Civil Docket for case #: 3:16-MC-00016 *date 01/23/2017

On this 23rd Day of February 2017 _____

SHERYL L CALDWELL
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 7/9/2017

Public Notary

Louis Charles Hamilton II Cmdr. (USN),

Pro Se Slave Negro Black Lives Matter

2724 61st street Ste. I-B Galveston, Texas. 77551

bluefinlch2@gmail.com 832-894-9465 832-344-7134 Cmdr.bluefin@gmail.com

louishamilton2015@gmail.com

 Cc: Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

 Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

 Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)

 Cc: Prime Minister Theresa Mary May

 The British Consulate 1301 Fannin Street Houston Texas 77002-7014
  USPS First Class Mail 9400 1118 9922 3128 7981 94

CC: US District Court Southern District of Texas filing # "U.S. Docket No. 3:17-MC-00003, "Plaintiff Black Lives Matter" vs. Donald John Trump Sr. USPS First Class Mail 9400 1118 9922 3332 2888 49

CC: Chief Defendant "45th President Donald John Trump Sr., The Trump Organization, 725 Fifth Avenue, New York, NY 10022 USPS First Class Mail 9400 1118 9922 3128 7334 33



USPS FIRST CLASS MAIL®

US POSTAGE & FEES PAID
4 OZ FIRST-CLASS PKG RATE
NO SURCHARGE
COMMERCIAL BASE PRICING

062S000913705
FROM 77551

stamps.com
02/15/2017

0005

BLACK LIVES MATTER
CHARLES LOUIS HAMILTON
2724-61st. STR. STE 1-B, PMB #17
GALV TX 77551

C020

SHIP TO:
US DISTRICT COURT
601 25TH STREET Ste 411
Galveston TX 77550-1738

USPS TRACKING #
9400 1118 9922 3332 2888 49

United States Courts
Southern District of Texas
FILED
FEB 24 2017
David J. Bradley, Clerk of Court