In The United States District Court
For The Southern District of Texas

United States Courts
Southern District of Texas
FILED

APR 03 2017

David J. Bradley, Clerk of Court

**Black Lives Matter**

**Plaintiffs**
Vs.

U.S. Docket No. 3:17-MC-00003

**Donald John Trump Sr. 45th President**
**United States of America et al**

**Defendant**

"Writ of Mandamus"

USPS First Class Mail 9400 1118 9922 3120 4538 31

Appearance "Black Lives Matter", Pro Se Plaintiff Slave Negro Louis Charles Hamilton II, in his both persons USN Cmdr. (Secret Service) # 2712 before In The United States District Court For The Southern District of Texas, on the "complaint" U.S. Docket No. 3:17-MC-00003, being as though fully set forth herein further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, Collectively "Plaintiffs BLACK LIVES MATTER", further, President Negro Slave Barack Hussein (Water-Head) Obama II

Negro Slave Michelle LaVaughn Robinson Obama

Negro Slave Natasha Obama,

Negro Slave Malia Ann Obama

Plaintiff Rachel Ann Hamilton (Wife)

Negro Slave Chandra D. Hamilton (Daughter)

Negro Slave Natasha Hamilton (Daughter)

Negro Slave Aaron Michael Halvorsen (Hamilton II)

Negro Slave Craig Robinson

Negro Slave Marian Shields Robinson

Negro Slave Rachel Meghan Markle

President Abe Lincoln

President John Fitzgerald "Jack" Kennedy

Robert Francis "Bobby" Kennedy

Negro Slave Dred Scott

Negro Slave Harriet Tubman

Negro Slave Rev. Doctor Martin Luther King Jr.

Negro Slave Deadria Farmer-Paellmann

Negro Slave Plaintiff LeBron Raymone James

Negro Slave Colin Rand Kaepernick

Negro Slave Plaintiff Petty Officer 2nd Class Janaye Ervin,

Negro Slave Officer CPL. MONTRELL Jackson, 32, Baton Rouge Police Department,

Negro Slave Gavin Eugene Long

Negro Slave Micah Xavier Johnson

Negro Slave Plaintiff Philando Castile

Negro Slave Alton Sterling

Negro Slave Carnell Snell Jr.

Negro Slave Korryn Gaines

Negro Slave Keith Lamar Scott

Negro Slave Terence Crutcher

Negro Slave MarShawn M. McCarrel II

Negro Slave Philando Castile

Negro Slave Alton Sterling

Negro Slave Michael Brown

Negro Slave Malcolm X born Malcolm Little

Negro Slave Medgar Wiley Evers

Negro Slave Andrew Jackson Young, Jr.

Negro Slave Eric Marlon Bishop, "Jamie Foxx" ("Django")

Negro Slave Samuel L. Jackson

Negro Slave Oprah Gail Winfrey

Negro Slave Plaintiff Denzel Hayes Washington Jr.

Negro Slave Caryn Elaine Johnson Whoopi Goldberg

Negro Slave Wesley Snipes

Negro Slave Marion Hugh "Suge" Knight Jr

Negro Slave Eric Garner,

Negro Slave Michael Brown,

Negro Slave Tamir Rice,

Negro Slave Walter Scott,

Negro Slave Freddie Gray

Negro Slave Laquan McDonald."

Negro Slave Veteran Jeffery Tavery

Negro Slave Veteran Robert Vaughan

Negro Slave Veteran Keno Miller

Plaintiff Negro Slave Veteran Avery Brown

"Plaintiff 1865 "Freeman Bureau"

"Plaintiff "Black Lives Matter"

Plaintiff Slave Negro US Veteran Exactly 1.8 (Million)

Plaintiff Negro Slaves 42.7 Million

Plaintiff British Empire et al (Prince Williams, Prince Harry & British Queen)

Plaintiff Negro DNA Slave British Empire Immigrants

Plaintiff (allies) Albania, - Plaintiff (allies) Qatar

Plaintiff Negro DNA Slave "Immigrant" Anguilla - Plaintiff Negro DNA Slave "Immigrant" West Indies

Plaintiff Negro DNA Slave "Immigrant" Algeria –

Plaintiff Negro DNA Slave "Immigrant" Zimbabwe

<u>Negro Plaintiff Slaves DNA affirm</u> of <u>Zuni Tribe of the Zuni Reservation, New Mexico</u>

Negro Plaintiff Slaves DNA affirm of Absentee – shawneee Tribe of Indians of Oklahoma, being present described in this "complaint" and before United States Court of Appeals Fifth Circuit, as all factual circumstances Realleges and incorporates by reference of U.S. Docket No. 3:16-MC-00003, as though fully set forth herein further Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony,

Collectively "Plaintiffs BLACK LIVES MATTER", Slaves commitment to freedom and removal from a slave society of defendant "United States of America et at"

Donald John Trump Sr. 45th President "Long-term commitment to unjust enrichment", as a source of livelihood, with the usage of "hate crime" as "the violence" of inherence and bigotry, intended to hurt and intimidate, while Donald John Trump Sr. 45th President being the "direct party" to "Child Rape accusation, many sexual assault of adult women accusations, official white house whites Supremacy, Dishonoring "Gold Star" family, disrespecting, Prisoners of War, Disrespecting, Veterans, Disrespecting women, mocking the physically impaired, colluding "Fraudulent Concealment", "Aiding & Abetting", "Assisting or Encouraging", "Assistant & Participating",

"Concert of Actions", with Russia Federation, discredit all US Intel Community, 2500 + multi-million dollar Civil Lawsuits, Mutable multi-million dollar RICO Sham Fake University(s) scams conspiracy to commit mail and wire fraud in connection with a knowingly or with deliberate ignorance – facilitated fraudulent University, As part of the scheme,, multi-million dollar fake veterans Charities These solicitations, both a wire TV scheme and mailed from locations around the United States and banking threw the

Monetary wire system , being accumulated with multi-million dollar company that fraudulently further engaging in Honest Services Fraud to fully Bully, Defraud, Extort, while fully committed to long term grand larceny in stiffing Vendors for all goods and services, being accumulated with multi-million dollar in excess of 20 years of major "Billions"

MIA TAX EVASION, being accumulated with multi-million dollar Fraud, and multi-million dollar Money Laundering, being accumulated with conspiracy to commit money

laundering while portrayed the companies as part of multi-million dollar fake charities foundation, The money laundering was in connection with an international fraud scheme involving felony violation of the Bank Secrecy Act for willfully failing to report suspicious transactions, as the banking system being used by co-conspirators in Russia and Cuba, among other foreign countries received and deposited most of that money into off shore hidden accounts of a co-coconspirator other foreign countries Venezuela, the Balkan region, some North and Central African states, Gambia, Oman, the Caucus states, India and SE Asia,

Definitive enemies: Somalia, Syria, Iraq, ISIL, Yemen, Nigeria, Algeria, Iran, Afghanistan, Pakistan, Russia, North Korea, and China cartel connection in direct violation of US and UK United Kingdom, The Trading with the Enemy Act 1914,The Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12),The Trading with the Enemy Amendment Act 1915 (5 & 6 Geo 5 c 79),The Trading with the Enemy (Extension of Powers) Act 1915 (5 & 6 Geo 5 c 98),The Trading with the Enemy Amendment Act 1916 (5 & 6 Geo 5 c 105),The Trading with the Enemy (Copyright) Act 1916 (6 & 7 Geo 5 c 32),

The Trading with the Enemy and Export of Prohibited Goods Act 1916 (6 & 7 Geo 5 c 52), The Trading with the Enemy (Amendment) Act 1918 (8 & 9 Geo 5 c 31),The Trading with the Enemy Act 1939 (2 & 3 Geo 6 c 89) since 1999 Cuba Embargo violations disrespecting minorities, slander, liable tormented, threatened, harassed, humiliated, embarrassed, economic damages or otherwise "hate crimes target" ridicule, while acting under color of law threaten the very lives of "Black Lives Matter", after already committed to defamation, discrimination, housing discrimination, hate crimes speeches, voting disfranchisement, inciting world-wide mass rioting, now in 2017, as Donald John Trump Sr. 45th President

companies have violated the U.S. embargo with Cuba in the late 1990s, which the companies as part of multi-million dollar fake charities foundation scheme of things, seek to claim $68,000 in Tax deductions from Trump Foundation from secretly conducted business in Communist Cuba during Fidel Castro's presidency despite strict defendant American trade bans that made such undertakings illegal, as Donald John Trump Sr. 45th President never obtained the certification required by the state of New York to accept solicited donations, back dated to 1987 when the Trump Foundation first came to be collectively with actual ownership "Fred Trump" being a "direct party" in 1987 until death on June 25th 1999 when the Trump Foundation was undergoing this

RICO corruption on February 8th, 1999, "Fred Trump" die (4) months later after violation of US and UK United Kingdom, The Trading with the Enemy Act 1914,The Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12), as this fraud scheme of things of the sole donor to the Trump Foundation from its founding in 1987 until 2006, being (Trump et al) hidden money laundering fraud scheme of things back to 1968 housing discrimination

complaint well into June 1975, more than 18 months after the government filed the case on behalf of "PLAINTIFFS BLACK LIVES MATTER minorities, whom are still legally slaves", and property of the Para-Military Knights of the Klu Klux Klansmen, the Chief Defendant "Donald John Trump Sr., still withholding potentially relevant records, Over the course of decades, Chief Defendant "Donald John Trump Sr. companies have systematically destroyed or hidden thousands of emails, digital records and paper documents demanded in official proceedings, often in defiance of court orders corporate files since scuttled, destroyed, hidden and obscured records after which time it began fraudulently accepting donations from outsiders in a Foundation that was never having proper certification since 1987 under "Fred Trump", when the ($68,000.00) tax write off as described in Documents "Plaintiffs Exhibit A attached herein

Show defendant Donald John Trump Sr. 45th President company did criminally spent a minimum of $68,000 for its 1998 foray into Cuba at a time when the corporate expenditure of even a penny in the Caribbean country was prohibited without U.S. government approval. But the company did not spend the money directly. Instead, with Trump's knowledge, executives funneled the cash for the Cuba trip through an American consulting firm called Seven Arrows Investment and Development Corp. Once the business consultants traveled to the island and incurred the expenses for the venture, Seven Arrows instructed senior officers with Trump's company—then called Trump Hotels & Casino Resorts—how to make it appear legal by linking it after the fact to a charitable effort, being a TAX Fraud IRS scam in 1998 according to tax filings—as this

($68,000.00) also well over the $25,000 threshold for charities without the proper certification, if a charity solicits more than $25,000 from the public annually, it must register as a "7A" organization, Trump Foundation was registered as an "EPTL" organization, under the Estates, Powers and Trusts Law knowingly operated in violation of the law being described before the "court" and had not even attempt to obtained the 7A registration, as "Plaintiffs exhibit B" dated September 30th, 2016, showing for 1987 – 2016 (29) years of scheme used by the defendants to obtain money from a fake charity, as

The office of New York State Attorney General Eric Schneiderman issued a "Notice of Violation" on February 8th, 1999 to the defendant Donald J. Trump Sr. Trump Foundation for violation of section 172 of article &-A New York's Executive Law as this additional conspiracy, mail fraud, wire fraud, and making a false statement is very large then on a State of New York statue of RICO scams but to conspiracy to commit mail and wire fraud against defendant "United States of America et al as a whole in connection with a knowingly, deliberate ignorance continue usage of interstate-commerce solicitation nation-wide, in all 50 states in excess of charity solicits more than

$25,000 from the public annually, as Plaintiffs Black Lives Matter Veterans, being a Direct party", for the fraud cover up in investigation that revealed that false statements and documents were submitted to banking institutions, IRS to qualify State and Federal tax credit and other benefits even banking loans, as The false and fraudulent statements supplied by these defendants were, integrated into 29 years of Trump Foundation bank account statements, income tax withholding statements, as direct deposit of funds and Monetary wire system , being accumulated with multi-million dollar company that fraudulently further engaging in Honest Services Fraud to fully Bully, Defraud, Extort, while fully committed to long term "grand larceny" in stiffing Vendors for all goods and services, being accumulated with a scheme used by the defendants Trump et al (family foundation) federal, state and international tax fraud to obtain money from multi-million dollar in excess of 20 years of major "Billions"

MIA TAX EVASION, being accumulated with multi-million dollar Fraud, and multi-million dollar Money Laundering, being accumulated with conspiracy to commit money laundering while portrayed the grand larceny companies as part of multi-million dollar legal Trump Foundation which factual in 2016 held a fund-raiser for Plaintiffs Black Lives Matter" veterans in lieu of attending a Republican primary debate as

"Chief Defendant Donald John Trump Sr. et al collected donations via the Trump Foundation and claimed in two different statements raised more than $1.67 million, according to the Web site set up to collect donations—well above the $25,000 threshold but "Chief Defendant Donald John Trump Sr. et al announces $5.6 million in donations to veterans groups a difference of $ 4 Million just disappearance into this scam while a addition "Website" for fund-raiser for Plaintiffs Black Lives Matter" veterans being also accumulated in fraud wire solicitations, and not even a single penny accountable as in Case: 1:16-CV-02645-JG Doc #: 27 filed: 11/04/2016 (Ku Klux Klan Act of 1871,

"Chief Defendant Donald John Trump Sr. et al Conspired criminally in the election of 2016 in violation of Section 2 of the Ku Klux Klan Act of 1871 and section 11 (b) of the voting rights Act of 1965 of defendant "United States of America et al" by conspiring to prevent minority (Negro) Plaintiffs Slaves herein voters from all elections, as this been the defendant "United States of America et al" Whites Supremacy GOP Government imposed forever "De jure segregation" whites only constitution, legacy of record of "Lynching terrorization Murderous control, of bully, and direct harassment, killing, violence, threats to maintain said GOP Government Whites Supremacy" control well into the 2016 "election"

"Chief Defendant Donald John Trump Sr. et al charitable foundation has already admitted to the Internal Revenue Service that it violated a legal prohibition against "self-dealing," which bars nonprofit leaders from using their charity's money to help themselves,

their businesses or their families, The admission was contained in the Donald J. Trump Foundation's <u>IRS tax filings</u> for 2015, which were recently posted online at the nonprofit-tracking site GuideStar. All being a "party" to the actual claims of direct violations of 18 U.S. Code § 2339A - Providing material support to terrorist

to conceals, helping in disguises the nature, location, source, with no accountability of Chief Defendant Donald John Trump Sr. declared $916 million loss on his 1995 income *tax* returns, and all material false statements to various financial institutions for the purpose of influencing the action of other financial institutions, in connection with business loans up to date of 2016 with the actual where about of knowing and direct fraud intending conceal the criminal RICO taxes cover up scheme of things of Chief Defendant Donald John Trump Sr. The Trump Organization Trump Tower 725 Fifth Avenue New York, NY 10022 Co-Defendant ,The Eric Trump Foundation (ETF) The Eric Trump Foundation, 725 Fifth Avenue, 16th Floor, New York, NY 10022, with

Co-Defendant(s) Ivana Zelníčková, Donald Trump Jr., Ivanka Trump, Eric Trump, Tiffany Trump, Melania Knauss Trump, and Barron Trump collectively Herein having stated all there most major income derive from Russia Federation in addition in this defendant is presumed innocent unless and until convicted through due process of law while such fraud continue in among other monetary massive fraud and grand larceny is the original taxes Missing declared at $916 million loss on Chief Defendant Donald John Trump Sr. 1995 income tax returns, up to date of 2016 being legal subject inquiry of "United States Naval Secret Services" as to the precise whereabouts of all Chief Defendant Donald John Trump Sr. (RICO) "Hidden" "Monetary Foreign Holdings, Assets, properties, Corporations, Business, Companies, Retails, shops, import, export, stores, homes, cars, chattel, officially being converted in Armory Collections ...

Primary Weapon Auto Rifles, Pulse Rifles, Scout Rifles and Hand Cannons Special to include military missile weapons, and support thereof ect... from "<u>self-dealing,</u>" which prohibit nonprofit leaders from using charity money to benefit themselves as United States Court of Appeals Fifth Circuit, Case No. 17-40068, Texas Southern District Court, Case No. 3:16-mc-00016, court case have these facts, As in 2017 being the same criminal fashion before the "courts" whom "err" in favor of "The Chief Defendant "Donald John Trump Sr. as collectively a strategy was simple: deny, impede and delay, any progress of "Plaintiffs Black Lives Matter" while

Chief Defendant "Donald John Trump Sr., from 1968 into 2016 of 48 years destroying documents the court had ordered them to hand over" past, present and future well into 2017 hidden tax records while absconded in billions in taxes as such while USA Federal laws being "trashed", by continue "err" of fraud under color of law by the "courts" directed at "Plaintiffs

"Black Lives Matter" collectively by among other things simply legally refusal in Order Chief Defendant Donald John Trump Sr. to release his taxes being the cause of action rendering relief, from being under acts of aggression, threats, and inciting violence, being discrimination, defame, ridicule and "target" in this continue hate crimes RICO slave trade pattern of abuse as Chief Defendant Donald John Trump Sr., will be "quite legally" busy in fending off "International Criminal Courts" for among other things financial crime, involving violations of The Rome Statute of the International Criminal Court, fending off,

U.S. Justice department, DOD, CIA, NSA, FBI and Interpol among other law agencies being "committed to be stiff by the "obstruction of Justice" of defendant is presumed innocent unless and until convicted through due process of law while such massive in "billions RICO international fraud continue in among other monetary massive fraud and grand larceny, within the jurisdiction of defendant "United States of America et al, directed at "Plaintiffs Black Lives Matter Military Veterans herein being subject to Chief Defendant Donald John Trump Sr. absconded in millions in fake charitable foundation which has legally already admitted to the Internal Revenue Service that it violated a legal prohibition against "self-dealing,"

"Plaintiffs Black Lives Matter", required execution of said "Writ of Mandamus", for full relief sought of release of said Taxes History, from 1968 of defendant "Fred Trump" and defendant Donald john Trump Sr. collectively throughout 2016 (December) continue 44.5 million plus counts of fraud, obstruction of justice,, and scuttled all material facts, willfully misrepresentation all factual material evidenced already filed before the Court records, and have never been charged in any indictment, while the defendants (Trump et al) cartel aiding and abetting each other, knowingly

directed at the said Negro Plaintiffs "Black Lives Matter" herein as being described in the "original complaint" with exhibit legally filed in support, showing further Chief Defendant "Donald John Trump Sr. et al., from 1968 into 2016 of 48 precise years destroying documents the federal court had ordered them to hand over" past, present and future well into 2017 hidden tax records, Plaintiff Black Lives Matter" vs. Donald John Trump Sr. seeking secure enjoining Emergency Application of a "Writ of Mandamus" for a Preliminary injunction, and Joint application for "Permanent" injunction against Said Chief Defendant "Donald John Trump Sr., with the exhibit already filed before the

"United States Texas Federal Southern District Court" in support, thereof U.S. Docket No. 3:17-MC-00003, "Plaintiff Black Lives Matter" enjoining Emergency Application for a Preliminary injunction, and Joint application for "Permanent" injunction against Said Chief Defendant "Donald John Trump Sr. for protection order of the

Office of "Commander in Chief" of The United States of America, directing Hate crimes, and actions of continue wrongful loss of life, disfranchisement, being held to substandard living, and economic injuries, as stated by Chief Defendant 45th President Donald John Trump Sr. "Black Lives Matter" are terrorist, thugs, among many other defamatory statement, and actions of racial hate crimes direct to "Plaintiffs Black Lives Matter et al"

And request for protection order on Pro Se Plaintiff himself and family in this real hostile matter, protection for the Military Plaintiffs Black Lives Matter" hearing so be heard on "Plaintiffs Black Lives Matter"

Collective Emergency Application for a Preliminary injunction, in that Chief Defendant Donald John Trump, Sr. forever banned, prohibit, forbid, disallow, outlaw, and 1000% fully eliminate involving the duties, position, and occupation of United States of America Commander-In-Chief, involving all Military Plaintiffs Black Lives Matter" vs. "Chief Defendant" Donald John Trump, Sr. in his now "official capacity" of acting

President of defendant "United States of America et al" fully committed additional direct violations of <u>18 U.S. Code § 242 - Deprivation of rights under color of law</u>, 18 U.S. Code § 249 – "Hate crime acts", past since 1968 housing discrimination complaint well into June 1975, more than 18 months after the government filed the case on behalf of "PLAINTIFFS BLACK LIVES MATTER minorities, whom are still legally slaves", and property of the Para-Military Knights of the Klu Klux Klansmen, during this time period the

Chief Defendant "Donald John Trump Sr., still withholding potentially relevant records, Over the course of decades, Chief Defendant "Donald John Trump Sr. companies have systematically destroyed or hidden thousands of emails, digital records and paper documents demanded in official proceedings, often in defiance of court orders corporate files since scuttled, destroyed, hidden and obscured records are actual evidence in addition to all claims 2016 "Government records

"Chief Defendant Donald John Trump Sr. et al Conspired criminally in the election of 2016 as described by actual real 2016 "Government factual court records of "United States of America" in Case: 1:16-CV-02645-JG Doc #: 27 filed: 11/04/2016 (Ku Klux Klan Act of 1871,) as filed before the court "United States Texas Federal Southern District Court" in support, thereof, said complaint set forth herein further

"Plaintiffs Black Lives Matter" Affirm, State and fully declare all allegation, contention, disputes, disputation, argument, conflict and disharmony, being Slavery Servitude victim of defendant Donald John Trump Sr. 45th President United States of America et al and Co-Defendant "United States of America et al "official timeline" realleges and incorporates,

August 20th 1619 – February 7th 2013 upon the Archivist of defendant "United States of America et al "Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant "United States State of Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16th 1995, as with this action,

"Defendant", United States, the States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States" as such

Said "Writ of Mandamus" against "Chief Defendant Donald John Trump Sr. et al so be order as required in all material facts and supporting exhibit as stated in law and equity without delay being granted into this complaint herein real population crimes against humanity fully "Plaintiffs Black Lives Matter" target victim of "Hate Crimes" in discriminate, defamation, slander, liable tormented, threatened, harassed, humiliated, embarrassed, economic damages as stated:

U.S. Docket No. 3:16-MC-00016 further realleges and incorporates, Said

"Writ of Mandamus" enforcement and expedited against "Chief Defendant Donald John Trump Sr. et al in U.S. Docket No. 3:17-MC-00003

Pro Se Plaintiff Louis Charles Hamilton II in his Both Person
Cmdr. USN Secret Service # 2712,

On this ___ Day of _____ 2017 _____ Public Notary

Black Lives Matter
Pro Se Slave Negro Louis Charles Hamilton II
Cmdr. (USN), Secret Service # 2712

2724 61st street Ste. I-B Galveston, Texas. 77551

bluefinlch2@gmail.com 832-894-9465, 832-344-7134 Cmdr.bluefin@gmail.com

louishamilton2015@gmail.com

Cc: Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Cc: Prime Minister Theresa Mary May

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

USPS First Class Mail 9400 1118 9922 3126 1611 12

Plaintiff

Black Lives Matter

Exhibit

A

Feb 8, 1999

Trump Hotels & Casino Resorts, Inc.

68,551.88

Expenses Incurred over

Cuba Fraud



On February 8, 1999, Seven Arrows billed Trump Hotels & Casino Resorts, Inc. for the $68,551.88 it had incurred prior to and including a trip to Cuba on behalf of Trump Hotels & Casino Resorts Inc.

Plaintiffs

Black Lives Matter

Exhibit

B

September 30th 2016

State of New York
Office of the Attorney
General

Eric T. Schneiderman
Attorney General



**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
120 BROADWAY
NEW YORK, NEW YORK 10271

ERIC T. SCHNEIDERMAN
Attorney General

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

September 30, 2016

Ms. Sheri A. Dillon, Esq.
Morgan, Lewis & Bockius LLP
2020 K St. NW
Washington, DC 20006

BY ELECTRONIC MAIL AND CERTIFIED MAIL, RETURN RECEIPT REQUESTED

Re:   The Donald J. Trump Foundation
      EPTL # 04-28-01

## NOTICE OF VIOLATION

**PLEASE TAKE NOTICE THAT** the Donald J. Trump Foundation ("Trump Foundation") is in violation of section 172 of Article 7-A New York's Executive Law, which requires charitable organizations that solicit contributions in New York State to register with the Charities Bureau and to provide annual financial reports and annual audited financial statements. Based on information received by the Charities Bureau to date, the Trump Foundation was engaged in solicitation or fundraising activities in New York State in 2016, is not and was not registered with the Charities Bureau pursuant to Article 7-A, and was thus not permitted to engage in such activity during this period.

**PLEASE TAKE FURTHER NOTICE THAT** the Trump Foundation must immediately cease soliciting contributions or engaging in any other fundraising activities in New York. Further, the Trump Foundation must notify any third parties engaged in solicitation or fundraising activities in New York on its behalf to immediately cease any such activities.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to sections 172(a)-(j), 172(7) and 174(4) of the Executive Law, the Trump Foundation must provide the Charities Bureau with the information specified in section 172 within **fifteen (15) days** of this notice. To the extent that the Trump Foundation has engaged in solicitation or fundraising activity in New York in other years, the Trump Foundation must file all delinquent financial reports as required by section 172-b for such years within **fifteen (15) days** of this notice. The failure immediately to

Ms. Sheri A. Dillon, Esq.
Page 2
September 30, 2016

discontinue solicitation and to file information and reports required under Article 7-A with the Charities Bureau shall be deemed to be a continuing fraud upon the people of the state of New York.

All forms must be properly certified, complete and accurate. Any person who swears falsely to any document required by Article 7-A of the Executive Law to be signed under penalties for perjury may be guilty of a crime under the New York Penal Code.

Forms and information regarding registration and annual filing obligations are available online at www.CharitiesNYS.com. Previous filings may be found by searching the Charities Registry on our site.

If you have any questions concerning this notice, you may contact me at (212) 416-8490, or at james.sheehan@ag.ny.gov. Please address any correspondence, including any filings pursuant to this notice, to my attention, and include a copy of this letter.

Sincerely,

*James Sheehan/yf*

James G. Sheehan