### UNITED STATES COURT OF APPEALS FIFTH CIRCUIT

Christina A. Gardner
Generalist Clerk
U.S. Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130
<u>504-310-7684</u>

United States Courts
Southern District of Texas
FILED

APR 0 3 2017

David J. Bradley, Clerk of Court

3:16 MC 16

3:17mc 3

Re: Writ of Mandamus CASE NO. 17-40280

Plaintiff-Appellant Louis Charles Hamilton II Cmdr. USN #2712 vs. Defendant 45th President Donald John Trump Sr.-Appellees,

Respectfully Please find affidavit of proof of service said Writ of Mandamus CASE NO. 17-40280 a true and correct copy of each document(s) and attached exhibit(s) described herein served upon George C. Hanks, Jr. United States District Judge
601 Rosenberg, 6th Floor Galveston, TX 77550 Telephone: (409)766-3737

As further required in the (many) rules of defendant "United States of America et al

UNITED STATES COURT OF APPEALS FIFTH CIRCUIT Court Requirements(s) being all same legal document in this Certificate of Mailing Service to Chief Defendant "45th President Donald John Trump Sr., The Trump Organization, 725 Fifth Avenue, New York, NY 10022 is the correct mailing address on record with UNITED STATES COURT OF APPEALS FIFTH CIRCUIT, and a true and correct copy of each document(s) and attached exhibit(s) described herein
David J. Bradley
Clerk of Court

United States Post Office and Courthouse
601 Rosenberg, Room 411
Galveston, TX 77550

Re: Writ of Mandamus and U.S. CASE NO. 3: 17-MC-00003

Plaintiff Black Lives Matter et al  Louis Charles Hamilton II Cmdr. USN #2712 vs. Defendant 45th President Donald John Trump Sr., Co-Defendant "United States of America et al"  David J. Bradley, Clerk of Court Respectfully Please find in support of  said "Complaint" Writ of Mandamus"  and (IFP) to proceed in U.S. CASE NO. 3: 17-MC-00003 "Black Lives Matter" v. President Donald Trump

Motion for Recusal of Chief Judge of the United States Court of Appeals for the Fifth Circuit, Slave Negro Carl E. Stewart (born January 2, 1950) and

Motion for Recusal of United States Court of Appeals for the Fifth Circuit, Slave Negro James Earl Graves Jr. (born 1953) with the "Original American Negro Slave Freedom Papers" for

a.      Chief Judge of the United States Court of Appeals for the Fifth Circuit, Slave Negro Carl E. Stewart (born January 2, 1950) 63 Years official Slave of Defendant "United States of America et al"

b.      and the "Original American Negro Slave Freedom Papers" for United States Court of Appeals for the Fifth Circuit, Slave Negro James Earl Graves Jr. (born 1953) 60 Years official Slave of Defendant "United States of America et al"

c.      And the "Original American Negro Slave Freedom Papers" for United States District Judge  Slave Negro Vanessa Diane Gilmore (born October 1956) 57 Years official Slave of Defendant "United States of America et al"

d.      And the "Original American Negro Slave Freedom Papers" for United States District Judge  Slave Negro Alfred Homer Bennett (born 1965) 48 Years official Slave of Defendant "United States of America et al"

e.      And the "Original American Negro Slave Freedom Papers" for United States District Judge  Slave Negro George Carol Hanks, Jr. (born 1964) 49 Years official Slave of Defendant "United States of America et al"

David J. Bradley, Clerk of Court Respectfully Please find in support of said "Complaint" Writ of Mandamus"  and (IFP) to proceed in U.S. CASE NO. 3: 17-MC-00003 Re: Writ of Mandamus Case No. 17 - 40280

U.S. District Court Southern District of Texas (Galveston) Civil Docket for case #: 3:16-MC-00016 *date 01/23/2017

Plaintiff-Appellant Louis Charles Hamilton II Cmdr. USN #2712 vs. Defendant 45th President Donald John Trump Sr.

Respectfully please find memo and exhibit A-1 in support of Plaintiffs "Protective Order" and "enforcement" of "Writ of Mandamus" Case No. 17- 40280 against 45[th]President Donald John Trump Sr.

(Outside) United States of America continue Hacking, newest Cyber attack upon the pro se plaintiff in his both person "Xfinity-Login attempt from "India" March 23[rd] 12: 31 pm with the

a.   Original American Negro Slave Freedom Papers" for Plaintiff Slave Negro Barack Hussein Obama II (born August 4th 1961) 52 Years official Slave of Defendant "United States of America et al"

b.   And the "Original American Negro Slave Freedom Papers" for Plaintiff Slave Negro Michelle La Vaughn Obama (born 1964) 49 Years official Slave of Defendant "United States of America et al"

c.   And the "Original American Negro Slave Freedom Papers" for Plaintiff Slave Negro Sasha Obama (born June 10th 2001) 12 Years official Slave of Defendant "United States of America et al"

d.   And the "Original American Negro Slave Freedom Papers" for Plaintiff Slave Negro Malia Ann Obama (born July 4th 1998) 15 Years official Slave of Defendant "United States of America et al"

e.   And the "Original American Negro Slave Freedom Papers" for DefendantUnited States Associate Justice Slave Negro Clarence Thomas (born June 23rd 1948) 49 Years official Slave of Defendant "United States of America et al"

David J. Bradley, Clerk of Court Respectfully Please find in support of  said "Complaint" Writ of Mandamus"  and (IFP) to proceed in U.S. CASE NO. 3: 17-MC-00003 Respectfully please find "Plaintiffs Joining Motion with Chief Defendant "The Trump Russia Dossier" of

"Christopher Steele, Ex-British Intelligence Officer attached herein "Exhibit A-2 page 30" in support of Plaintiffs "Protective Order" and "enforcement" of

"Writ of Mandamus" Case No. 17- 40280 against 45th President Donald John Trump Sr. with the

a.   Original American Negro Slave Freedom Papers" for Plaintiff Slave Negro Dred Scott (born 1795) died September 17th 1858 St. Louis MO 218 Years official Slave of Defendant "United States of America et al"

b.   And the "Original American Negro Slave Freedom Papers" for Plaintiff Slave Negro Deadria Farmer – Paellman (born 1966) 47 Years official Slave of Defendant "United States of America et al"

David J. Bradley, Clerk of Court Respectfully Please find in support of  said "Complaint" Writ of Mandamus"  and (IFP) to proceed in U.S. CASE NO. 3: 17-MC-00003 Respectfully please find Plaintiff "Black Lives Matter"

Exhibit A-3 "United States of America Department of The Treasury Financial Crimes Enforcement Network In the Matter of:

Trump Taj Mahal Associates, LLC, d/b/a, Trump Taj Mahal Casino Resort Atlantic City, New Jersey "$10,000,000.00" Assessment of Civil Money Penalty Case No. 2015-02

In support of Plaintiffs "Black Lives Matter" et al (Plaintiffs Collectively) "Protective Order" and "Enforcement" of "Writ of Mandamus" with the

"Original American Negro Slave Freedom Papers" for

a.  Slave Negro Defendant Jesse Louis Jackson  (born October 8, 1941) 72 Years official Slave of Defendant "United States of America et al"

b.  Slave Negro Defendant Louis Farrakhan Sr. (born May 11th 1933) 80 Years official Slave of Defendant "United States of America et al"

c.  Slave Negro Defendant Alfred Charles "Al" Sharpton Jr. (born October 3 1954) 59 Years official Slave of Defendant "United States of America et al"

d.  Slave Negro Plaintiff Colin Rand Kaepernick (born November 3rd 1987) 26 Years official Slave of Defendant "United States of America et al"

e.  Slave Negro Plaintiff Rachel Meghan Markle  (born August 4, 1981) 32 Years official Slave of Defendant "United States of America et al"

g.  Slave Negro Plaintiff Congressman John Robert Lewis (born February 21, 1940)  73 Years official Slave of Defendant "United States of America et al"

h.  Slave Negro Plaintiff Chandra D. Hamilton (born December 27th 1990)  23 Years official Slave of Defendant "United States of America et al"

i.  Slave Negro Plaintiff Natasha C. Hamilton (born December 30th 1991)  22 Years official Slave of Defendant "United States of America et al"

j.  Slave Negro Defendant United States Senator Timothy Eugene "Tim" Scott (born September 19, 1965)  48 Years official Slave of Defendant "United States of America et al"

k.  Slave Negro Plaintiff Coretta Scott King  (born April 27, 1927) 86 Years official Slave of Defendant "United States of America et al"

m.  Slave Negro Plaintiff Martin Luther King III (born October 23, 1957) 56 Years official Slave of Defendant "United States of America et al"

n.    Slave Negro Plaintiff Yolanda Renee King (born May 25, 2008) 5 Years official Slave of Defendant "United States of America et al"

o.    Slave Negro Plaintiff Dexter Scott King (born January 30, 1961) 52 Years official Slave of Defendant "United States of America et al"

p.    Slave Negro Plaintiff Bernice Albertine King (born March 28, 1963 ) 50 Years official Slave of Defendant "United States of America et al"

q.    Slave Negro Plaintiff Yolanda Denise King (born November 17, 1955) 58 Years official Slave of Defendant "United States of America et al"

Each document having been mailed and further produce to said Chief Defendant "45[th]

President Donald John Trump Sr., sworn On this___ Day of March 2017

**Public Notary**

Respectfully

**Pro Se Slave Negro Louis Charles Hamilton II**

**Cmdr. (USN), Secret Service # 2712**

 **832-894-9465 832-344-7134**

**2724 61st street Ste. I-B Galveston, Texas. 77551**

Cmdr.bluefin@gmail.com louishamilton2015@gmail.com

Cc: United States District Judge Slave Negro George Carol Hanks, Jr. (born 1964) George C. Hanks, Jr. United States District Judge 601 Rosenberg, 6th Floor Galveston, TX 77550. (All) files as described in this affidavit "with additional "Plaintiffs Black Lives Matter" vs. Donald John Trump Sr. "Writ of Mandamus" U.S. Docket 3: 17-MC-00003 USPS First Class Mail 9400 1118 9922 3120 4538 31

Cc: "45[th] President Donald John Trump Sr., The Trump Organization, 725 Fifth Avenue, New York, NY 10022