

**US POSTAGE & FEES PAID**
3 LB PRIORITY MAIL RATE
LOCAL ZONE NO SURCHARGE
COMMERCIAL PLUS PRICING

062S0008589378
FROM 77551

**P**



stamps.com
03/31/2017

## PRIORITY MAIL 1-DAY™

Galveston Mailroom

HAMILTON
2724-61ST. STREET STE 1-B
PMB #17
GALVESTON, TX 77551

0005

C020

**SHIP TO:**
JUDGE GEORGE C. HANKS
US COURTHOUSE
601 25th St
GALVESTON TX 77550-1799

**USPS TRACKING #**



9405 5118 9922 3174 9381 58

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD R 0615



Closed
4-1-17



United States District
Southern District of Texas
APR 09 2017
David J. Bradley, Clerk of Court

## Screened by US Marshal