United States Courts
Southern District of Texas
FILED

APR 27 2017

David J. Bradley, Clerk of Court

### In The United States District Court
### For The Southern District of Texas

Black Lives Matter

Plaintiffs

  Vs.

Donald John Trump Sr. 45th President    U.S. Docket No. 3:17-MC-00003
United States of America et al

Defendant

    Motion "Cease and Desist Order", TRO "Temporary Restraining Order"

   "Preliminary Injunction" and "Order to Show Cause".

   Plaintiffs Black Lives Matter herein U.S. Docket No. 3:17-MC-00003 vs. Donald John

Trump Sr. 45th President United States of America et al collective Motion for "Cease and

Desist", TRO "Temporary Restraining Order" and "Preliminary Injunction" and "Order to

Show Cause" against

   Defendant 45th President Donald John Trump Sr. and Co-Defendant (DOD) Department

of Defense Navy Army, Air Force, Marine Corps., Coast Guard, Defendant U. S. Armed Forces

upon appeal U.S. Docket No. 3:16-MC-00016

   U.S. Docket No. 3:17-MC-00003 Donald John Trump Sr. 45th President United States of

America et al

   Being held to a "Cease and Desist", TRO "Temporary Restraining Order" and

"Preliminary Injunction" being ban, and ineligible of DNA Negro Military Slaves Plaintiffs

herein forever against our own will held military slave hostage DNA race serving a

   "White Slave Trade" government in 2017 " Military Status Race" of defendant (USA)

crimes against humanity being forced millions of "slaves" no-less since 1619 - 2013 against will,

peace and full dignity "Negro Slaves Plaintiffs" being a direct and indirect party to all

Military activity, of the defendant "whites supremacy" USA Armed Service as set forth herein Negro Military Slaves herein require, the execution of a Judicial Court Order against defendant (USA) held to order to show cause why "Plaintiffs being official disqualified, forever disallowed being a party of the "direct "possession", "custody" or "control" by defendant US Armed Forces surrounding circumstances of

**Plaintiffs in 2017 being still "Slavery Subjects" never no just compensation and never ever any Real Status of Freedom or citizenship as required by laws of the defendant (USA),** "The International Community", and The Statue of World Court Justices of The Hague, Collectively 44.5 "Millions" (PLANTIFFS), "Pro Se Slave Negro Louis Charles Hamilton, II (USN) Cmdr. #2712 collective files motion for

**"Cease and Desist", TRO "Temporary Restraining Order" and Preliminary Injunction"** Plaintiff s herein are never  was actual living direct descendant of slavery from 1865 Civil War, corruption but actual living slave born after **The creation of a premature Fourteenth Amendment (Amendment XIV) to the Defendant US Constitution adopted on July 9, 1868,** as one of the Reconstruction Amendments, reconstruction did not occurred, until Mississippi made (USA) a whole defendant in 2013 as described in "exhibit C" dating

February 7th 2013 upon the Archivist of defendant "USA", Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16th 1995, as with this action, "Defendant" States of Mississippi has ratified the

13th Amendment to the Constitution of the defendant "United States" which this current "pack of rouge dog justices" in 2016 – 2017 being RICO hostile Judicial government against all 44.5 Million Plaintiff Black Lives Matter herein born official slaves, designed not to ever having any legal citizenship of the 13th and 14th amendment pursuant to defendant U.S.

Naturalization Law of March 26,1790 and Civil Court case Dred Scott v. Sandford, 60 U.S. 393 (1857), also known simply as the Dred Scott case, all 50 states must be a Union in order

"Plaintiffs" are free of this "wicket white man" corruption, criminal government non-disclosure fraud away the civil rights of Plaintiffs to legally be heard of this RICO Slave Trade Government addressing among the precise argument the 14th amendment which claimed when instituted to officially addresses "Plaintiff " citizenship rights "and "equal protection of the laws", of this defendant USA corruption was proposed in response to issues related to (claimed) to be former slaves following the American Civil War, which provision did state

No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Well before **The United States District Court  For The Southern District of Texas Black Lives Matter  herein U.S. Docket No. 3:17-MC-00003 vs.  Donald John Trump Sr. 45th President United States of America et al collective** require an official "Cease and Desist Order", TRO "Temporary Restraining Order" and Preliminary Injunction" enjoying Plaintiffs freedom from defendant (USA) et al collective committed forever  hostile acts of 44.5 Million counts of fraud, kidnapping, enslavement, further committed to continue maintain the same "Slave Status" in 2017 against the peace, will, and dignity of "Living Military DNA Negro race " slaves" which "complaint" filed identified clearly, now set forth effectively immediately herein,

Plaintiffs **Black Lives Matter herein U.S. Docket No. 3:17-MC-00003 vs.  Donald John Trump Sr. 45th President United States of America et al collective** seeking legally being removed from further "own self imposed destruction" at the hands of defendant "GOP Republican Party crimes against humanity "KKK Slave Traders" (Dynasty) 1865 – 2017 with their Para- Military defendant Commander in Chief of The Knights of The Klu Klux Klansman being alleged the **45th  President Donald John Trump Sr. herein a Slave Master over 44.5 Million "PLANTIFFS" DNA Negro Military Lives" and Black Civilian Lives** herein official pursuant to "Dred Scott" Vs. Sandford, 60 U.S. 393 (1857) "Slave Property of the Slave Master and Conquer Holders of the (KKK) GOP government in 2017 continue denied all claimed provision of 14[th] equal protection of the Laws, born official "Slaves" notwithstanding "stiff arm" by hostile

Judicial government no less in 2017  having this indiscretion of "Slavery" matter never to be heard justly, correctly before defendant USA "White Man" slave trader Judicial government

Now being Merit in 2017 for this filing of a official "Cease and Desist", TRO "Temporary Restraining Order" and Preliminary Injunction" order to show cause on behalf of all Negro Slave Plaintiff Military DNA race held captive race against each and every one "peace, dignity and will, to be in 2013 forced slaves of the past 1619 Dynasty, some

394 years "enslavement" no ever just legal citizenship just funky Property of "Whites Society" defendant USA  forever as Negro Slave Plaintiffs collectively served in segregated units during World War I, never a free citizen during WWII either just killed off by whites supremacy Defendant Department of Defense (DoD, USDOD, or DOD) in this continue "unjust enrichment" scheme of things surrounding "Co-Defendant" Federal Reserve Bank et al direct conspire against peace, dignity, civil right, well being, safety, against defendant (USA) very own governing rules of laws pursuant

    1.    **"Slavery Servitude" money laundering statutes, 18 U.S.C. 1956 and 1957,**

    2.    **"Slavery Servitude" money laundering statutes, RICO statute (18 U.S.C. § 1961(1)**

All directed at (PLANTIFFS) et al collectively "Slaves since 1865 – 2013 timeline with "white man" no good constitutional intentions ever, simply imposing slavery forever "since" legally The Great Treaty of 1722 Between the Five Nations, the Mahicans, and the Colonies of New York, Virginia, and Pennsylvania - 2013 UN Arms Treaty (U.S./U.N. Treaty) – regulates the international arms trade

"Plaintiff  Military Slaves"  herein under direct orders of "white supremacy" of the **Official  original "Defendant George Washington's", co-defendant Benjamin Franklin, co-defendant Alexander Hamilton, co-defendant John Jay, co-defendant Thomas Jefferson, co-defendant James Madison, and co-defendant John Adams, "counter" a legal decree of Plaintiff United Kingdom's**

**Plaintiff Lord Dunmore's Proclamation, On November 7, 1775, issued a decree that offered freedom to all "Military Plaintiff"** herein exhibit B filed against this Co-Defendant "US

Supreme Court" corruption "enslavement" RICO Slave Trade Pursuant forever to corruption of "white only" Government acting under color of law concealment in Judicial Government decree slave held captive namely

**"Dred Scott" vs. Sandford, 60 U.S. 393 (1857)** as Co-Defendant herein "Mississippi never join the "Union" and each Negro Slave Military Plaintiffs African Americans whom all each did being made safe trip from the "battle fields" of Whites Supremacy" 1865 Civil War" herein where absolutely continue by "White Funky Man" ever so criminal in control over a slave, committed further to slaughter, gun down, murder, burn alive, torture, terrorized endless, even

"Lynched to Death", in a "Military Uniform", of Defendant "USA", Army, Navy, Air Force, Marine Corps, Coast Guard et al,

Being before the "Court" the same wrongful cause of death for all Negro Slave Military Plaintiffs herein When World War II erupted, over 2.5 million Negro Slave Plaintiffs being born into actual "Slavery Servitude" of defendant "United States of America "black Forced Slaves" registered for the defendant (USA) draft and one million Negro Slave Plaintiffs being held as property of defendant (USA) served as draftees, volunteers in all branches of the defendant (USA) Armed Forces, in connection with

Co-Defendant(s) "United Nations" and "NATO" to include during WWII conflict Most Negro Slave Military Plaintiffs of defendant (USA) who served in the defendant (USA) Army, were relegated to "whites supremacy" as always human rights violation segregated combat support groups, as The largest part of the population, of defendant "United States of America is about 77.7 percent, is composed of White Supremacy Americans,

The largest minority in the defendant (USA) country are (abused) Hispanics, with a large population of Immigrants (Hispanic) treated under "whites supremacy" rules of "Slave laws" set by defendant (USA) direct at all "people of color" similar the same as imposed upon 44.5 "Million Negro Slaves" DNA Plaintiff as (Hispanic) with a share of 17.1 percent of the defendant "USA" population, followed by Negro Non-Citizenship Slaves, Immigrants, Mix Race Civilian,

Military Plaintiffs of defendant (USA) being 13.2 percent of the defendant "USA" population, current in Defendant Army, Navy, Air Force, Marine Corps, Coast Guard Physically (DOD) being Criminally "Slave Traders" keeping "Plaintiffs enslaved during each of the following:

- Lee Resolution (1776)

- Declaration of Independence (1776)

- Articles of Confederation (1777)

- Treaty of Alliance with France (1778)

- Original Design of the Great Seal of the United States (1782)

- Treaty of Paris (1783)

- Virginia Plan (1787)

- Northwest Ordinance (1787)

- Constitution of the United States (1787)

- Federalist Papers, No. 10 & No. 51 (1787-1788)

- President George Washington's First Inaugural Speech (1789)

- Federal Judiciary Act (1789)

- Bill of Rights (1791)

- Patent for Cotton Gin (1794)

- President George Washington's Farewell Address (1796)

- Alien and Sedition Acts (1798)

- Jefferson's Secret Message to Congress Regarding the Lewis & Clark Expedition (1803)

- Louisiana Purchase Treaty (1803)

- Marbury v. Madison (1803)

- Treaty of Ghent (1814)

- McCulloch v. Maryland (1819)

- Missouri Compromise (1820)

- Monroe Doctrine (1823)

- Gibbons v. Ogden (1824)

- President Andrew Jackson's Message to Congress 'On Indian Removal' (1830)

- Treaty of Guadalupe Hidalgo (1848)

- Compromise of 1850 (1850)

- Kansas-Nebraska Act (1854)

- Dred Scott v. Sanford (1857)

- Telegram Announcing the Surrender of Fort Sumter (1861)

- Homestead Act (1862)

- Pacific Railway Act (1862)

- Morrill Act (1862)

- Emancipation Proclamation (1863)

- War Department General Order 143: Creation of the U.S. Colored Troops (1863)

- Gettysburg Address (1863)

- Wade-Davis Bill (1864)

- President Abraham Lincoln's Second Inaugural Address (1865)

- Articles of Agreement Relating to the Surrender of the Army of Northern Virginia (1865)

- 13th Amendment to the U.S. Constitution: Abolition of Slavery (1865)

- Check for the Purchase of Alaska (1868)

- Treaty of Fort Laramie (1868)

- 14th Amendment to the U.S. Constitution: Civil Rights (1868)

- 15th Amendment to the U.S. Constitution: Voting Rights (1870)

- Act Establishing Yellowstone National Park (1872)

- Thomas Edison's Patent Application for the Light Bulb (1880)

- Chinese Exclusion Act (1882)

- Pendleton Act (1883)

- Interstate Commerce Act (1887)

- Dawes Act (1887)

- Sherman Anti-Trust Act (1890)

- Plessy v. Ferguson (1896)

- De Lôme Letter (1898)

- Joint Resolution to Provide for Annexing the Hawaiian Islands to the United States (1898)

- Platt Amendment (1903)

- Theodore Roosevelt's Corollary to the Monroe Doctrine (1905)

- 16th Amendment to the U.S. Constitution: Federal Income Tax (1913)

- 17th Amendment to the U.S. Constitution: Direct Election of U.S. Senators (1913)

- Keating-Owen Child Labor Act of 1916 (1916)

- Zimmermann Telegram (1917)

- Joint Address to Congress Leading to a Declaration of War Against Germany (1917)

- President Woodrow Wilson's 14 Points (1918)

- 19th Amendment to the U.S. Constitution: Women's Right to Vote (1920)

- Boulder Canyon Project Act (1928)

- Tennessee Valley Authority Act (1933)

- National Industrial Recovery Act (1933)

- National Labor Relations Act (1935)

- Social Security Act (1935)

- President Franklin Roosevelt's Radio Address unveiling the second half of the New Deal (1936)

- President Franklin Roosevelt's Annual Message (Four Freedoms) to Congress (1941)

- Lend-Lease Act (1941)

- Executive Order 8802: Prohibition of Discrimination in the Defense Industry (1941)

- Joint Address to Congress Leading to a Declaration of War Against Japan (1941)

- Executive Order 9066: Resulting in the Relocation of Japanese (1942)

- General Dwight D. Eisenhower's Order of the Day (1944)

- Servicemen's Readjustment Act (1944)

- Manhattan Project Notebook (1942)

- Surrender of Germany (1945)

- United Nations Charter (1945)

- Surrender of Japan (1945)

- Truman Doctrine (1947)

- Marshall Plan (1948)

- Press Release Announcing U.S. Recognition of Israel (1948)

- Executive Order 9981: Desegregation of the Armed Forces (1948)

- Armistice Agreement for the Restoration of the South Korean State (1953)

- Senate Resolution 301: Censure of Senator Joseph McCarthy (1954)

- Brown v. Board of Education (1954)

- National Interstate and Defense Highways Act (1956)

- Executive Order 10730: Desegregation of Central High School (1957)

- President Dwight D. Eisenhower's Farewell Address (1961)

- President John F. Kennedy's Inaugural Address (1961)

- Executive Order 10924: Establishment of the Peace Corps. (1961)

- Transcript of John Glenn's Official Communication with the Command Center (1962)

- Aerial Photograph of Missiles in Cuba (1962)

- Test Ban Treaty (1963)

- Official Program for the March on Washington (1963)

- Civil Rights Act (1964)

- **Tonkin Gulf Resolution (1964)**

- **Social Security Act Amendments (1965)**

- **Voting Rights Act (1965)**

- 1777 – American Revolutionary War, Chickamauga Wars, Second Cherokee War, Pennamite -Yankee War
- 1778 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War
- 1779 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War
- 1780 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War
- 1781 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War
- 1782 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War
- 1783 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War
- 1784 – Chickamauga Wars, Pennamite-Yankee War, Oconee War
- 1785 – Chickamauga Wars, Northwest Indian War
- 1786 – Chickamauga Wars, Northwest Indian War
- 1787 – Chickamauga Wars, Northwest Indian War
- 1788 – Chickamauga Wars, Northwest Indian War
- 1789 – Chickamauga Wars, Northwest Indian War
- 1790 – Chickamauga Wars, Northwest Indian War
- 1791 – Chickamauga Wars, Northwest Indian War
- 1792 – Chickamauga Wars, Northwest Indian War
- 1793 – Chickamauga Wars, Northwest Indian War
- 1794 – Chickamauga Wars, Northwest Indian War
- 1795 – Northwest Indian War
- 1798 – Quasi-War
- 1799 – Quasi-War
- 1800 – Quasi-War
- 1801 – First Barbary War
- 1802 – First Barbary War

- 1803 – First Barbary War
- 1804 – First Barbary War
- 1805 – First Barbary War
- 1806 – Sabine Expedition
- 1810 – U.S. occupies Spanish-held West Florida
- 1811 – Tecumseh's War
- 1812 – War of 1812, Tecumseh's War, Seminole Wars, U.S. occupies Spanish-held Amelia Island and other parts of East Florida
- 1813 – War of 1812, Tecumseh's War, Peoria War, Creek War, U.S. expands its territory in West Florida
- 1814 – War of 1812, Creek War, U.S. expands its territory in Florida, Anti-piracy war
- 1815 – War of 1812, Second Barbary War, Anti-piracy war
- 1816 – First Seminole War, Anti-piracy war
- 1817 – First Seminole War, Anti-piracy war
- 1818 – First Seminole War, Anti-piracy war
- 1819 – Yellowstone Expedition, Anti-piracy war
- 1820 – Yellowstone Expedition, Anti-piracy war
- 1821 – Anti-piracy war (see note above)
- 1822 – Anti-piracy war (see note above)
- 1823 – Anti-piracy war, Arikara War
- 1824 – Anti-piracy war
- 1825 – Yellowstone Expedition, Anti-piracy war
- 1827 – Winnebago War
- 1831 – Sac and Fox Indian War
- 1832 – Black Hawk War
- 1833 – Cherokee Indian War
- 1834 – Cherokee Indian War, Pawnee Indian Territory Campaign
- 1835 – Cherokee Indian War, Seminole Wars, Second Creek War

- 1836 – Cherokee Indian War, Seminole Wars, Second Creek War, Missouri-Iowa Border War
- 1837 – Cherokee Indian War, Seminole Wars, Second Creek War, Osage Indian War, Buckshot War
- 1838 – Cherokee Indian War, Seminole Wars, Buckshot War, Heatherly Indian War
- 1839 – Cherokee Indian War, Seminole Wars
- 1840 – Seminole Wars, U.S. naval forces invade Fiji Islands
- 1841 – Seminole Wars, U.S. naval forces invade McKean Island, Gilbert Islands, and Samoa
- 1842 – Seminole Wars
- 1843 – U.S. forces clash with Chinese, U.S. troops invade African coast
- 1844 – Texas-Indian Wars
- 1845 – Texas-Indian Wars
- 1846 – Mexican-American War, Texas-Indian Wars
- 1847 – Mexican-American War, Texas-Indian Wars
- 1848 – Mexican-American War, Texas-Indian Wars, Cayuse War
- 1849 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Skirmish between 1st Cavalry and Indians
- 1850 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, California Indian Wars, Pitt River Expedition
- 1851 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, Yuma War, Utah Indian Wars, California Indian Wars
- 1852 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, Utah Indian Wars, California Indian Wars
- 1853 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, Utah Indian Wars, Walker War, California Indian Wars
- 1854 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Skirmish between 1st Cavalry and Indians

- 1855 – Seminole Wars, Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Yakima War, Winnas Expedition, Klickitat War, Puget Sound War, Rogue River Wars, U.S. forces invade Fiji Islands and Uruguay
- 1856 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Puget Sound War, Rogue River Wars, Tintic War
- 1857 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Utah War, Conflict in Nicaragua
- 1858 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Mohave War, California Indian Wars, Spokane-Coeur d'Alene-Paloos War, Utah War, U.S. forces invade Fiji Islands and Uruguay
- 1859 Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Pecos Expedition, Antelope Hills Expedition, Bear River Expedition, John Brown's raid, U.S. forces launch attack against Paraguay, U.S. forces invade Mexico
- 1860 – Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Paiute War, Kiowa-Comanche War
- 1861 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign
- 1862 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Dakota War of 1862,
- 1863 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Colorado War, Goshute War
- 1864 – American Civil War, Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Colorado War, Snake War
- 1865 – American Civil War, Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Colorado War, Snake War, Utah's Black Hawk War
- 1866 – Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Franklin County War, U.S. invades Mexico, Conflict with China

- 1867 – Texas-Indian Wars, Long Walk of the Navajo, Apache Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Comanche Wars, Franklin County War, U.S. troops occupy Nicaragua and attack Taiwan
- 1868 – Texas-Indian Wars, Long Walk of the Navajo, Apache Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Comanche Wars, Battle of Washita River, Franklin County War
- 1869 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War
- 1870 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War
- 1871 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War, Kingsley Cave Massacre, U.S. forces invade Korea
- 1872 – Texas-Indian Wars, Apache Wars, Utah's Black Hawk War, Comanche Wars, Modoc War, Franklin County War
- 1873 – Texas-Indian Wars, Comanche Wars, Modoc War, Apache Wars, Cypress Hills Massacre, U.S. forces invade Mexico
- 1874 – Texas-Indian Wars, Comanche Wars, Red River War, Mason County War, U.S. forces invade Mexico
- 1875 – Conflict in Mexico, Texas-Indian Wars, Comanche Wars, Eastern Nevada, Mason County War, Colfax County War, U.S. forces invade Mexico
- 1876 – Texas-Indian Wars, Black Hills War, Mason County War, U.S. forces invade Mexico
- 1877 – Texas-Indian Wars, Skirmish between 1st Cavalry and Indians, Black Hills War, Nez Perce War, Mason County War, Lincoln County War, San Elizario Salt War, U.S. forces invade Mexico
- 1878 – Paiute Indian conflict, Bannock War, Cheyenne War, Lincoln County War, U.S. forces invade Mexico

- 1879 – Cheyenne War, Sheepeater Indian War, White River War, U.S. forces invade Mexico
- 1880 – U.S. forces invade Mexico
- 1881 – U.S. forces invade Mexico
- 1882 – U.S. forces invade Mexico
- 1883 – U.S. forces invade Mexico
- 1884 – U.S. forces invade Mexico
- 1885 – Apache Wars, Eastern Nevada Expedition, U.S. forces invade Mexico
- 1886 – Apache Wars, Pleasant Valley War, U.S. forces invade Mexico
- 1887 – U.S. forces invade Mexico
- 1888 – U.S. show of force against Haiti, U.S. forces invade Mexico
- 1889 – U.S. forces invade Mexico
- 1890 – Sioux Indian War, Skirmish between 1st Cavalry and Indians, Ghost Dance War, Wounded Knee, U.S. forces invade Mexico
- 1891 – Sioux Indian War, Ghost Dance War, U.S. forces invade Mexico
- 1892 – Johnson County War, U.S. forces invade Mexico
- 1893 – U.S. forces invade Mexico and Hawaii
- 1894 – U.S. forces invade Mexico
- 1895 – U.S. forces invade Mexico, Bannock Indian Disturbances
- 1896 – U.S. forces invade Mexico
- 1898 – Spanish-American War, Battle of Leech Lake, Chippewa Indian Disturbances
- 1899 – Philippine-American War, Banana Wars
- 1900 – Philippine-American War, Banana Wars
- 1901 – Philippine-American War, Banana Wars
- 1902 – Philippine-American War, Banana Wars
- 1903 – Philippine-American War, Banana Wars
- 1904 – Philippine-American War, Banana Wars
- 1905 – Philippine-American War, Banana Wars
- 1906 – Philippine-American War, Banana Wars

- 1907 – Philippine-American War, Banana Wars
- 1908 – Philippine-American War, Banana Wars
- 1909 – Philippine-American War, Banana Wars
- 1910 – Philippine-American War, Banana Wars
- 1911 – Philippine-American War, Banana Wars
- 1912 – Philippine-American War, Banana Wars
- 1913 – Philippine-American War, Banana Wars, New Mexico Navajo War
- 1914 – Banana Wars, U.S. invades Mexico
- 1915 – Banana Wars, U.S. invades Mexico, Colorado Paiute War
- 1916 – Banana Wars, U.S. invades Mexico
- 1917 – Banana Wars, World War I, U.S. invades Mexico
- 1918 – Banana Wars, World War I, U.S invades Mexico
- 1919 – Banana Wars, U.S. invades Mexico
- 1920 – Banana Wars
- 1921 – Banana Wars
- 1922 – Banana Wars
- 1923 – Banana Wars, Posey War
- 1924 – Banana Wars
- 1925 – Banana Wars
- 1926 – Banana Wars
- 1927 – Banana Wars
- 1928 – Banana Wars
- 1930 – Banana Wars
- 1931 – Banana Wars
- 1932 – Banana Wars
- 1933 – Banana Wars
- 1934 – Banana Wars
- 1941 – World War II
- 1942 – World War II

- 1943 – Wold War II
- 1944 – World War II
- 1945 – World War II
- 1946 – Cold War (U.S. occupies the Philippines and South Korea)
- 1947 – Cold War (U.S. occupies South Korea, U.S. forces land in Greece to fight Communists)
- 1948 – Cold War (U.S. forces aid Chinese Nationalist Party against Communists)
- 1949 – Cold War (U.S. forces aid Chinese Nationalist Party against Communists)
- 1950 – Korean War, Jayuga Uprising
- 1951 – Korean War
- 1952 – Korean War
- 1953 – Korean War
- 1954 – Covert War in Guatemala
- 1955 – Vietnam War
- 1956 – Vietnam War
- 1957 – Vietnam War
- 1958 – Vietnam War
- 1959 – Vietnam War, Conflict in Haiti
- 1960 – Vietam War
- 1961 – Vietnam War
- 1962 – Vietnam War, Cold War (Cuban Missile Crisis; U.S. marines fight Communists in Thailand)
- 1963 – Vietnam War
- 1964 – Vietnam War
- 1965 – Vietnam War, U.S. occupation of Dominican Republic
- 1966 – Vietnam War, U.S. occupation of Dominican Republic
- 1967 – Vietnam War
- 1968 – Vietnam War
- 1969 – Vietnam War

- 1970 – Vietnam War
- 1971 – Vietnam War
- 1972 – Vietnam War
- 1973 – Vietnam War, U.S. aids Israel in Yom Kippur War
- 1974 – Vietnam War
- 1975 – Vietnam War
- 1979 – Cold War (CIA proxy war in Afghanistan)
- 1980 – Cold War (CIA proxy war in Afghanistan)
- 1981 – Cold War (CIA proxy war in Afghanistan and Nicaragua), First Gulf of Sidra Incident
- 1982 – Cold War (CIA proxy war in Afghanistan and Nicaragua), Conflict in Lebanon
- 1983 – Cold War (Invasion of Grenada, CIA proxy war in Afghanistan and Nicaragua), Conflict in Lebanon
- 1984 – Cold War (CIA proxy war in Afghanistan and Nicaragua), Conflict in Persian Gulf
- 1985 – Cold War (CIA proxy war in Afghanistan and Nicaragua)
- 1986 – Cold War (CIA proxy war in Afghanistan and Nicaragua)
- 1987 – Conflict in Persian Gulf
- 1988 – Conflict in Persian Gulf, U.S. occupation of Panama
- 1989 – Second Gulf of Sidra Incident, U.S. occupation of Panama, Conflict in Philippines
- 1990 – First Gulf War, U.S. occupation of Panama
- 1991 – First Gulf War
- 1992 – Conflict in Iraq
- 1993 – Conflict in Iraq
- 1994 – Conflict in Iraq, U.S. invades Haiti
- 1995 – Conflict in Iraq, U.S. invades Haiti, NATO bombing of Bosnia and Herzegovina
- 1996 – Conflict in Iraq
- 1998 – Bombing of Iraq, Missile strikes against Afghanistan and Sudan
- 1999 – Kosovo War
- 2001 – War on Terror in Afghanistan

- 2002 – War on Terror in Afghanistan and Yemen
- 2003 – War on Terror in Afghanistan, and Iraq
- 2004 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen
- 2005 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen
- 2006 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen
- 2007 – War on Terror in Afghanistan, Iraq, Pakistan, Somalia, and Yemen
- 2008 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen
- 2009 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen
- 2010 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen
- 2011 – War on Terror in Afghanistan, Iraq, Pakistan, Somalia, and Yemen; Conflict in Libya
- 2012 – War on Terror in Afghanistan, Iraq, Somalia, Syria and Yemen
- 2013 – War on Terror in Afghanistan, Iraq, Somalia, Syria and Yemen

All (DOD) defendant having full domination of the outcome over 44.5 "Million Negro Slaves" herein, with Co-Defendant "Ku Klux Klan" GOP Republican Party being white supremacy "Slave Master" of defendant (USA) in 2017 having possession, custody, directly in 2017 control over 44.5 Million Plus Negro Slaves Plaintiffs Black Lives Matter" military/civilian herein this continue fraud by non-disclosure manipulation of defendant "United States of America" racist murderous 1619 – 2013 Slavery Trade whites supremacy false propaganda criminal history RICO presented before the assumed Honorable Texas Federal District Court as of this under signed date defendant

(USA) "wrongful" illegal in full possession of 25.4% Negro Slave Military Plaintiff without "Legal Citizenship", Born between the exact time frame 1619 - 7th day of February unto physical "Slavery Servitude" of defendant "USA" et al being a Direct cause of action before the "court" this RICO Slave Trade scam never ending racket with Co-Defendant", "Federal Reserve Bank et al" since 1913 December "Profiteering" off Forced Negro Slave Military Plaintiffs without "Legal Citizenship" against the peace, will, right for life, dignity of said Negro Military

Slave official human Property of defendant United States of America et al, Military (DoD, USDOD, or DOD)

Civil conspire with Co-Defendant "United Nations", Co-Defendant NATO" "World-Wide" Military force criminal RICO whites supremacy government endeavor control by defendant GOP Republican party gang being in direct possession, custody, physical control over said Plaintiff Slaves DNA Negro race "legal" all Born between the exact time frame august 20[th] 1619 - 7th day of February 2013

"Born" unto physical "Slavery Servitude" of defendant "USA" physically scam into RICO paying monetary taxes to be "Enslaved" Forced Negro Slave Military property of defendant "USA", Co-Defendant(s) "United Nations et al", Co-Defendant NATO", Co-Defendant "Federal Reserve Bank et al" Co-Defendant(s) Slave Trade Corporations et al...by the Race Profile current make up of Active Duty Force Service

% White % Minorities % Black % Other

Army

73.9 %

26.1 %

21.5 %

4.6 %

Navy

66.2 %

33.8 %

19.3 %

14.4 %

Marine Corps

83.7 %

16.3 %

11.1 %

5.2 %

Air Force

78.1 %

21.9 %

15.6 %

6.3 %

Coast Guard

82 %

18 %

6.1 %

11.9 %

Total

74.6 %

25.4 %

17.8 %

7.6 %

Each described defendant being **"United States of America et al", and their Department of Defense (DoD, USDOD, or DOD) Co-Defendant(s) "United Nations et al", Co-Defendant NATO", Co-Defendant "Federal Reserve Bank et al" Co-Defendant(s) Slave Trade Corporations et al (USA) et al** listed herein having full "whites supremacy" domination over

44.5 "Million Negro Slaves with  **Co-Defendant "United Nations" and "NATO",** being a direct agreed party to turn a blind eyes of defendant International Violation of Crimes against Humanity, War Crimes since 1865 direct at

"Plaintiffs" approximately 44.5 Million Human Negro DNA race non-citizenship in 2017 forever Slaves subject to non-stop whites supremacy government sponsor no-less terrorizing, murder, discrimination, false terms in forced slaves held in prison, being forced broke poverty stricken imposed limbo slave status forever enslavement, even by **Co-Defendant (DOD) Department of Defense Navy Army, Air Force,  Marine Corps.,  Coast Guard, et al**

Defendant U.S. District Chief Judge Ron Clark, Defendant U.S. District Judge Marcia A. Crone, Defendant U.S. District Judge Zack Hawthorn Defendant U.S. District Judge David Hittner, Defendant U.S. District Judge Patrick A. Conmy

U.S. District Chief Judge Ron Clark, Defendant U.S. District Judge James E. "Jeb" Boasberg , Defendant U.S. District Judge Keith F. Giblin Defendant U.S. District Judge Melinda Sue (Furche) Harmon, Defendant U.S. District Judge Alfred H. Bennett Defendant U.S. District Judge" Vanessa D. Gilmore,

New civil action pending against Defendant U.S. District Judge Kenneth M. Hoyt, and

Defendant U.S. District Judge George C Hanks, Jr. being on appeal U.S. Docket No. 3:16-MC-00016 fully criminal RICO endeavor "Unit" acting under color of laws of a hostile defendant white's supremacy committed to **"Keeping the Pro Se Plaintiff Slave Negro Louis Charles Hamilton, II (USN) United States Naval (Secret Service) Intelligence Cmdr. #2712 in 2017 an official**

**"Worthless Negro captive cargo" Slave scuttled in Texas Federal Court official government Judicial decree court records** being forever not frivolous, nor far fetching but actual "under International Law physical real "Merit" of crimes against humanity against Plaintiff Black Lives Matter being Military active duty in 2017 for this filing of a official **"Cease and Desist", TRO "Temporary Restraining Order" and Preliminary Injunction" order to show cause...**

**Wherefore** all stated above officially reincorporated and set forth in full force herein Plaintiffs **Black Lives Matter herein U.S. Docket No. 3:17-MC-00003 vs.  Donald John Trump Sr. 45th President United States of America et al collective** move for **"Cease and Desist Order", TRO "Temporary Restraining Order",**

**"Preliminary Injunction"  Order** to show on Emergency Application, with "Oral Argument" either defendant appear "pro se" or with adequate legal counsel before the "Honorable Court", with a reply filed into court records

1. **Why each and every** "Active Duty" Negro Slave Plaintiffs Cease and Desist", being returned to their "Homes" with full, pay and pension from said application of "fraudulent enlistment" was introduce,

2. **Why "TRO" "Temporary Restraining Order", remain as such** until "Defendant" (USA) et al fully officially without any hidden agenda in whites supremacy criminal further intentions Grant Legal Citizenship to each 44.5 Million Captive enslaved, since exact dates of actual "living birth".



On this ___ Day ___ 2017

_____
Public Notary

Louis Charles Hamilton II, Cmdr. USN #2712

Pro Se Plaintiff

Cc: Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Cc: Prime Minister Theresa Mary May

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

In The United States District Court

For The Southern District of Texas



David J. Bradley, Clerk of Court Respectfully Please find

Motion "Cease and Desist Order",

TRO "Temporary Restraining Order", "Preliminary Injunction" and "Order to Show

Cause".

Plaintiffs Black Lives Matter herein U.S. Docket No. 3:17-MC-00003 vs.  Donald John

Trump Sr. 45th President United States of America et al collective

Motion for "Cease and Desist", TRO "Temporary Restraining Order"

And "Preliminary Injunction" and "Order to Show Cause" against

Defendant 45th President Donald John Trump Sr. and

Co-Defendant (DOD) Department of Defense Navy Army,

Air Force, Marine Corps., Coast Guard,

Defendant U. S. Armed Forces

Plaintiff Black Lives Matter et al


Louis Charles Hamilton II Cmdr. USN #2712

vs.

Defendant 45th President Donald John Trump Sr.,

Co-Defendant "United States of America et al

On this 25 Day of April 2017

Respectfully

Black Lives Matter

Pro Se Slave Negro Louis Charles Hamilton II

Cmdr. (USN), # 2712

832-894-9465 832-344-7134

2724 61st street Ste. I-B Galveston, Texas. 77551

Cmdr.bluefin@gmail.com

louishamilton2015@gmail.com

Cc:  Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Cc: Prime Minister Theresa Mary May

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

USPS First Class Mail 9400 1118 9922 3332 2823 97

UNITED STATES COURT OF APPEALS FIFTH CIRCUIT

Plaintiff-Appellant Louis Charles Hamilton II Cmdr. USN # 2712

Vs.

Defendant 45th President Donald John Trump Sr.

Motion for "Cease and Desist", TRO "Temporary Restraining Order" and "Preliminary Injunction" and "Order to Show Cause" against Defendant 45th President Donald John Trump Sr. and Co-Defendant (DOD) Department of Defense Navy Army, Air Force, Marine Corps., Coast Guard, Defendant U. S. Armed Forces upon appeal U.S. Docket No. 3:16-MC-00016

Being held to a "Cease and Desist", TRO "Temporary Restraining Order" and "Preliminary Injunction" being ban, and ineligible of DNA Negro Military Slaves Plaintiffs herein forever against our own will held military slave hostage DNA race serving a "White Slave Trade" government in 2017 " Military Status Race" of defendant (USA) crimes against humanity being forced millions of "slaves" no-less since 1619 - 2013 against will, peace and full dignity "Negro Slaves Plaintiffs" being a direct and indirect party to all Military activity, of the defendant "whites supremacy" USA Armed Service as set forth herein Negro

Military Slaves herein require, the execution of a Judicial Court Order against defendant (USA) held to order to show cause why "Plaintiffs being official disqualified, forever disallowed being a party of the "direct "possession", "custody" or "control" by defendant US Armed Forces surrounding circumstances of

Plaintiffs in 2017 being still "Slavery Subjects" never no just compensation and never ever any Real Status of Freedom or citizenship as required by laws of the defendant (USA), "The International Community", and The Statue of World Court Justices of The Hague, Collectively 44.5 "Millions" (PLANTIFFS), "Pro Se Slave Negro Louis Charles Hamilton, II (USN) Cmdr. #2712 collective files motion for

"Cease and Desist", TRO "Temporary Restraining Order" and Preliminary Injunction" Plaintiff s herein are never  was actual living direct descendant of slavery from 1865 Civil War, corruption but actual living slave born after The creation of a premature Fourteenth Amendment (Amendment XIV) to the Defendant US Constitution adopted on July 9, 1868, as one of the Reconstruction Amendments, reconstruction did not occurred, until Mississippi made (USA) a whole defendant in 2013 as described in "exhibit C" dating

February 7th 2013 upon the Archivist of defendant "USA", Charles A. Barth Director of the Federal Register", acknowledge receipt of Senate Concurrent Resolution Number 574 Resolution, adopted by the defendant Mississippi Senate on February 16, 1995 and The Mississippi House of Representatives on March 16[th] 1995, as with this action, "Defendant" States of Mississippi has ratified the 13th Amendment to the Constitution of the defendant "United States" which this current "pack of rouge dog justices" in 2016 – 2017 being RICO hostile Judicial government against all 44.5 Million Plaintiff Black Lives Matter herein born official slaves, designed not to ever having any legal citizenship of the 13[th] and 14th amendment pursuant to defendant U.S.

Naturalization Law of March 26,1790 and Civil Court case Dred Scott v. Sandford, 60 U.S. 393 (1857), also known simply as the Dred Scott case, all 50 states must be a Union in order "Plaintiffs" are free of this "wicket white man" corruption, criminal government non-disclosure fraud away the civil rights of Plaintiffs to legally be heard of this RICO Slave Trade Government addressing among the precise argument the 14th amendment which claimed when instituted to officially addresses "Plaintiff " citizenship rights "and "equal protection of the laws", of this defendant USA corruption was proposed in response to issues related to (claimed) to be former slaves following the American Civil War, which provision did state

No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

Well before COURT OF APPEALS FIFTH CIRCUIT Plaintiff require an official "Cease and Desist Order", TRO "Temporary Restraining Order" and Preliminary Injunction" enjoying Plaintiffs freedom from defendant (USA) et al collective committed forever hostile acts of 44.5 Million counts of fraud, kidnapping, enslavement, further committed to continue maintain the same "Slave Status" in 2017 against the peace, will, and dignity of "Living Military DNA Negro race " slaves" which "complaint" filed identified clearly, now set forth effectively immediately herein,

Plaintiffs Negro Slave Race, seeking legally being removed from further "own self imposed destruction" at the hands of defendant "GOP Republican Party crimes against humanity "KKK Slave Traders" (Dynasty) 1865 – 2017 with their Para- Military defendant Commander in Chief of The Knights of The Klu Klux Klansman being alleged the 45th President Donald John Trump Sr. herein a Slave Master over 44.5 Million "PLANTIFFS" DNA Negro Military Lives" and Black Civilian Lives herein official pursuant to "Dred Scott" Vs. Sandford, 60 U.S. 393 (1857) "Slave Property of the Slave Master and Conquer Holders of the (KKK)

GOP government in 2017 continue denied all claimed provision of 14th equal

protection of the Laws, born official "Slaves" notwithstanding "stiff arm" by

hostile Judicial government no less in 2017  having this indiscretion of "Slavery"

matter never to be heard justly, correctly before defendant USA "White Man"

slave trader Judicial government

Now being Merit in 2017 for this filing of a official "Cease and Desist",

TRO "Temporary Restraining Order" and Preliminary Injunction" order to show

cause on behalf of all Negro Slave Plaintiff Military DNA race held captive race

against each and every one "peace, dignity and will, to be in 2013 forced slaves of

the past 1619 Dynasty, some  394 years "enslavement" no ever just legal

citizenship just funky Property of  "Whites Society" defendant USA  forever as

Negro Slave Plaintiffs collectively served in segregated units during World War I,

never a free citizen during WWII either just killed off by whites supremacy

Defendant Department of Defense (DoD, USDOD, or DOD) in this continue

"unjust enrichment" scheme of things surrounding "Co-Defendant" Federal

Reserve Bank et al direct conspire against peace, dignity, civil right, well being,

safety, against defendant (USA) very own governing rules of laws pursuant

1.    "Slavery Servitude" money laundering statutes, 18 U.S.C. 1956 and

1957,

2.    "Slavery Servitude" money laundering statutes, RICO statute (18 U.S.C. § 1961(1)

All directed at (PLANTIFFS) et al collectively "Slaves since 1865 – 2013 timeline with "white man" no good constitutional intentions ever, simply imposing slavery forever "since" legally The Great Treaty of 1722 Between the Five Nations, the Mahicans, and the Colonies of New York, Virginia, and Pennsylvania - 2013 UN Arms Treaty (U.S./U.N. Treaty) – regulates the international arms trade

"Plaintiff Military Slaves" herein under direct orders of "white supremacy" of the Official original "Defendant George Washington's", co-defendant Benjamin Franklin, co-defendant Alexander Hamilton, co-defendant John Jay, co-defendant Thomas Jefferson, co-defendant James Madison, and co-defendant John Adams, "counter" a legal decree of Plaintiff United Kingdom's

Plaintiff Lord Dunmore's Proclamation, On November 7, 1775, issued a decree that offered freedom to all "Military Plaintiff" herein exhibit B filed against this Co-Defendant "US Supreme Court" corruption "enslavement" RICO Slave Trade Pursuant forever to corruption of "white only" Government acting under color of law concealment in Judicial Government decree  slave held captive namely

"Dred Scott" vs. Sandford, 60 U.S. 393 (1857) as Co-Defendant herein "Mississippi never join the "Union" and each Negro Slave Military Plaintiffs African Americans whom all each did being made safe trip from the "battle fields" of Whites Supremacy" 1865 Civil War" herein where absolutely continue by "White Funky Man" ever so criminal in control over a slave, committed further to slaughter, gun down, murder, burn alive, torture, terrorized endless, even

"Lynched to Death", in a "Military Uniform", of Defendant "USA", Army, Navy, Air Force, Marine Corps, Coast Guard et al,

Being before the "Court" the same wrongful cause of death for all Negro Slave Military Plaintiffs herein When World War II erupted, over 2.5 million Negro Slave Plaintiffs being born into actual "Slavery Servitude" of defendant "United States of America "black Forced Slaves" registered for the defendant (USA) draft and one million Negro Slave Plaintiffs being held as property of defendant (USA) served as draftees, volunteers in all branches of the defendant (USA) Armed Forces, in connection with Co-Defendant(s) "United Nations" and "NATO" to include during WWII conflict Most Negro Slave Military Plaintiffs of defendant (USA) who served in the defendant (USA) Army, were relegated to "whites supremacy" as always human rights violation segregated combat support groups , as The largest part of the population, of defendant "United States of America is about 77.7 percent, is composed of White Supremacy Americans,

The largest minority in the defendant (USA) country are (abused) Hispanics, with a large population of Immigrants (Hispanic) treated under "whites supremacy" rules of "Slave laws" set by defendant (USA) direct at all "people of color" similar the same as imposed upon 44.5 "Million Negro Slaves" DNA Plaintiff as (Hispanic) with a share of 17.1 percent of the defendant "USA" population, followed by Negro Non-Citizenship Slaves, Immigrants, Mix Race Civilian,

Military Plaintiffs  of defendant (USA) being 13.2 percent of the defendant "USA" population,  current in Defendant Army,  Navy, Air Force, Marine Corps, Coast Guard Physically (DOD) being Criminally "Slave Traders" keeping "Plaintiffs enslaved during each of the following:

- Lee Resolution (1776)

- Declaration of Independence (1776)

- Articles of Confederation (1777)

- Treaty of Alliance with France (1778)

- Original Design of the Great Seal of the United States (1782)

- Treaty of Paris (1783)

- Virginia Plan (1787)

- Northwest Ordinance (1787)

- Constitution of the United States (1787)

- Federalist Papers, No. 10 & No. 51 (1787-1788)

- President George Washington's First Inaugural Speech (1789)

- Federal Judiciary Act (1789)

- Bill of Rights (1791)

- Patent for Cotton Gin (1794)

- President George Washington's Farewell Address (1796)

- Alien and Sedition Acts (1798)

- Jefferson's Secret Message to Congress Regarding the Lewis & Clark Expedition (1803)

- Louisiana Purchase Treaty (1803)

- Marbury v. Madison (1803)

- Treaty of Ghent (1814)

- McCulloch v. Maryland (1819)

- Missouri Compromise (1820)

- Monroe Doctrine (1823)

- Gibbons v. Ogden (1824)

- President Andrew Jackson's Message to Congress 'On Indian Removal' (1830)

- Treaty of Guadalupe Hidalgo (1848)

- Compromise of 1850 (1850)

- Kansas-Nebraska Act (1854)

- Dred Scott v. Sanford (1857)

- Telegram Announcing the Surrender of Fort Sumter (1861)

- Homestead Act (1862)

- Pacific Railway Act (1862)

- Morrill Act (1862)

- Emancipation Proclamation (1863)

- War Department General Order 143: Creation of the U.S. Colored Troops (1863)

- Gettysburg Address (1863)

- Wade-Davis Bill (1864)

- President Abraham Lincoln's Second Inaugural Address (1865)

- Articles of Agreement Relating to the Surrender of the Army of Northern Virginia (1865)

- 13th Amendment to the U.S. Constitution: Abolition of Slavery (1865)

- Check for the Purchase of Alaska (1868)

- Treaty of Fort Laramie (1868)

- 14th Amendment to the U.S. Constitution: Civil Rights (1868)

- 15th Amendment to the U.S. Constitution: Voting Rights (1870)

- Act Establishing Yellowstone National Park (1872)

- Thomas Edison's Patent Application for the Light Bulb (1880)

- Chinese Exclusion Act (1882)

- Pendleton Act (1883)

- Interstate Commerce Act (1887)

- Dawes Act (1887)

- Sherman Anti-Trust Act (1890)

- Plessy v. Ferguson (1896)

- De Lôme Letter (1898)

- Joint Resolution to Provide for Annexing the Hawaiian Islands to the United States (1898)

- Platt Amendment (1903)

- Theodore Roosevelt's Corollary to the Monroe Doctrine (1905)

- 16th Amendment to the U.S. Constitution: Federal Income Tax (1913)

- 17th Amendment to the U.S. Constitution: Direct Election of U.S. Senators (1913)

- Keating-Owen Child Labor Act of 1916 (1916)

- Zimmermann Telegram (1917)

- Joint Address to Congress Leading to a Declaration of War Against Germany (1917)

- President Woodrow Wilson's 14 Points (1918)

- 19th Amendment to the U.S. Constitution: Women's Right to Vote (1920)

- Boulder Canyon Project Act (1928)

- Tennessee Valley Authority Act (1933)

- National Industrial Recovery Act (1933)

- National Labor Relations Act (1935)

- Social Security Act (1935)

- President Franklin Roosevelt's Radio Address unveiling the second half of the New Deal (1936)

- President Franklin Roosevelt's Annual Message (Four Freedoms) to Congress (1941)

- Lend-Lease Act (1941)

- Executive Order 8802: Prohibition of Discrimination in the Defense Industry (1941)

- Joint Address to Congress Leading to a Declaration of War Against Japan (1941)

- Executive Order 9066: Resulting in the Relocation of Japanese (1942)

- General Dwight D. Eisenhower's Order of the Day (1944)

- Servicemen's Readjustment Act (1944)

- Manhattan Project Notebook (1942)

- Surrender of Germany (1945)

- United Nations Charter (1945)

- Surrender of Japan (1945)

- Truman Doctrine (1947)

- Marshall Plan (1948)

- Press Release Announcing U.S. Recognition of Israel (1948)

- Executive Order 9981: Desegregation of the Armed Forces (1948)

- Armistice Agreement for the Restoration of the South Korean State (1953)

- Senate Resolution 301: Censure of Senator Joseph McCarthy (1954)

- Brown v. Board of Education (1954)

- National Interstate and Defense Highways Act (1956)

- Executive Order 10730: Desegregation of Central High School (1957)

- President Dwight D. Eisenhower's Farewell Address (1961)

- President John F. Kennedy's Inaugural Address (1961)

- Executive Order 10924: Establishment of the Peace Corps. (1961)

- Transcript of John Glenn's Official Communication with the Command Center (1962)

- Aerial Photograph of Missiles in Cuba (1962)

- Test Ban Treaty (1963)

- Official Program for the March on Washington (1963)

- Civil Rights Act (1964)

- Tonkin Gulf Resolution (1964)

- Social Security Act Amendments (1965)

- Voting Rights Act (1965)

- 1777 – American Revolutionary War, Chickamauga Wars, Second Cherokee War, Pennamite -Yankee War

- 1778 – American Revolutionary War, Chickamauga Wars, Pennamite- Yankee War

- 1779 – American Revolutionary War, Chickamauga Wars, Pennamite- Yankee War

- 1780 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1781 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1782 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1783 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1784 – Chickamauga Wars, Pennamite-Yankee War, Oconee War

- 1785 – Chickamauga Wars, Northwest Indian War

- 1786 – Chickamauga Wars, Northwest Indian War

- 1787 – Chickamauga Wars, Northwest Indian War

- 1788 – Chickamauga Wars, Northwest Indian War

- 1789 – Chickamauga Wars, Northwest Indian War

- 1790 – Chickamauga Wars, Northwest Indian War

- 1791 – Chickamauga Wars, Northwest Indian War

- 1792 – Chickamauga Wars, Northwest Indian War

- 1793 – Chickamauga Wars, Northwest Indian War

- 1794 – Chickamauga Wars, Northwest Indian War

- 1795 – Northwest Indian War

- 1798 – Quasi-War

- 1799 – Quasi-War

- 1800 – Quasi-War

- 1801 – First Barbary War

- 1802 – First Barbary War

- 1803 – First Barbary War

- 1804 – First Barbary War

- 1805 – First Barbary War

- 1806 – Sabine Expedition

- 1810 – U.S. occupies Spanish-held West Florida

- 1811 – Tecumseh's War

- 1812 – War of 1812, Tecumseh's War, Seminole Wars, U.S. occupies Spanish-held Amelia Island and other parts of East Florida

- 1813 – War of 1812, Tecumseh's War, Peoria War, Creek War, U.S. expands its territory in West Florida

- 1814 – War of 1812, Creek War, U.S. expands its territory in Florida, Anti-piracy war

- 1815 – War of 1812, Second Barbary War, Anti-piracy war

- 1816 – First Seminole War, Anti-piracy war

- 1817 – First Seminole War, Anti-piracy war

- 1818 – First Seminole War, Anti-piracy war

- 1819 – Yellowstone Expedition, Anti-piracy war

- 1820 – Yellowstone Expedition, Anti-piracy war

- 1821 – Anti-piracy war (see note above)

- 1822 – Anti-piracy war (see note above)

- 1823 – Anti-piracy war, Arikara War

- 1824 – Anti-piracy war

- 1825 – Yellowstone Expedition, Anti-piracy war

- 1827 – Winnebago War

- 1831 – Sac and Fox Indian War

- 1832 – Black Hawk War

- 1833 – Cherokee Indian War

- 1834 – Cherokee Indian War, Pawnee Indian Territory Campaign

- 1835 – Cherokee Indian War, Seminole Wars, Second Creek War

- 1836 – Cherokee Indian War, Seminole Wars, Second Creek War, Missouri-Iowa Border War

- 1837 – Cherokee Indian War, Seminole Wars, Second Creek War, Osage Indian War, Buckshot War

- 1838 – Cherokee Indian War, Seminole Wars, Buckshot War, Heatherly Indian War

- 1839 – Cherokee Indian War, Seminole Wars

- 1840 – Seminole Wars, U.S. naval forces invade Fiji Islands

- 1841 – Seminole Wars, U.S. naval forces invade McKean Island, Gilbert Islands, and Samoa

- 1842 – Seminole Wars

- 1843 – U.S. forces clash with Chinese, U.S. troops invade African coast

- 1844 – Texas-Indian Wars

- 1845 – Texas-Indian Wars

- 1846 – Mexican-American War, Texas-Indian Wars

- 1847 – Mexican-American War, Texas-Indian Wars

- 1848 – Mexican-American War, Texas-Indian Wars, Cayuse War

- 1849 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Skirmish between 1st Cavalry and Indians

- 1850 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, California Indian Wars, Pitt River Expedition

- 1851 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, Yuma War, Utah Indian Wars, California Indian Wars

- 1852 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, Utah Indian Wars, California Indian Wars

- 1853 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, Utah Indian Wars, Walker War, California Indian Wars

- 1854 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Skirmish between 1st Cavalry and Indians

- 1855 – Seminole Wars, Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Yakima War, Winnas Expedition, Klickitat War, Puget Sound War, Rogue River Wars, U.S. forces invade Fiji Islands and Uruguay

- 1856 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Puget Sound War, Rogue River Wars, Tintic War

- 1857 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Utah War, Conflict in Nicaragua

- 1858 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Mohave War, California Indian Wars, Spokane-Coeur d'Alene-Paloos War, Utah War, U.S. forces invade Fiji Islands and Uruguay

- 1859 Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Pecos Expedition, Antelope Hills Expedition, Bear River

Expedition, John Brown's raid, U.S. forces launch attack against Paraguay, U.S. forces invade Mexico

- 1860 – Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Paiute War, Kiowa-Comanche War

- 1861 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign

- 1862 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Dakota War of 1862,

- 1863 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Colorado War, Goshute War

- 1864 – American Civil War, Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Colorado War, Snake War

- 1865 – American Civil War, Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Colorado War, Snake War, Utah's Black Hawk War

- 1866 – Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black

Hawk War, Red Cloud's War, Franklin County War, U.S. invades Mexico, Conflict with China

- 1867 – Texas-Indian Wars, Long Walk of the Navajo, Apache Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Comanche Wars, Franklin County War, U.S. troops occupy Nicaragua and attack Taiwan

- 1868 – Texas-Indian Wars, Long Walk of the Navajo, Apache Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Comanche Wars, Battle of Washita River, Franklin County War

- 1869 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War

- 1870 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War

- 1871 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War, Kingsley Cave Massacre, U.S. forces invade Korea

- 1872 – Texas-Indian Wars, Apache Wars, Utah's Black Hawk War, Comanche Wars, Modoc War, Franklin County War

- 1873 – Texas-Indian Wars, Comanche Wars, Modoc War, Apache Wars, Cypress Hills Massacre, U.S. forces invade Mexico

- 1874 – Texas-Indian Wars, Comanche Wars, Red River War, Mason County War, U.S. forces invade Mexico

- 1875 – Conflict in Mexico, Texas-Indian Wars, Comanche Wars, Eastern Nevada, Mason County War, Colfax County War, U.S. forces invade Mexico

- 1876 – Texas-Indian Wars, Black Hills War, Mason County War, U.S. forces invade Mexico

- 1877 – Texas-Indian Wars, Skirmish between 1st Cavalry and Indians, Black Hills War, Nez Perce War, Mason County War, Lincoln County War, San Elizario Salt War, U.S. forces invade Mexico

- 1878 – Paiute Indian conflict, Bannock War, Cheyenne War, Lincoln County War, U.S. forces invade Mexico

- 1879 – Cheyenne War, Sheepeater Indian War, White River War, U.S. forces invade Mexico

- 1880 – U.S. forces invade Mexico

- 1881 – U.S. forces invade Mexico

- 1882 – U.S. forces invade Mexico

- 1883 – U.S. forces invade Mexico

- 1884 – U.S. forces invade Mexico

- 1885 – Apache Wars, Eastern Nevada Expedition, U.S. forces invade Mexico

- 1886 – Apache Wars, Pleasant Valley War, U.S. forces invade Mexico

- 1887 – U.S. forces invade Mexico

- 1888 – U.S. show of force against Haiti, U.S. forces invade Mexico

- 1889 – U.S. forces invade Mexico

- 1890 – Sioux Indian War, Skirmish between 1st Cavalry and Indians, Ghost Dance War, Wounded Knee, U.S. forces invade Mexico

- 1891 – Sioux Indian War, Ghost Dance War, U.S. forces invade Mexico

- 1892 – Johnson County War, U.S. forces invade Mexico

- 1893 – U.S. forces invade Mexico and Hawaii

- 1894 – U.S. forces invade Mexico

- 1895 – U.S. forces invade Mexico, Bannock Indian Disturbances

- 1896 – U.S. forces invade Mexico

- 1898 – Spanish-American War, Battle of Leech Lake, Chippewa Indian Disturbances

- 1899 – Philippine-American War, Banana Wars

- 1900 – Philippine-American War, Banana Wars

- 1901 – Philippine-American War, Banana Wars

- 1902 – Philippine-American War, Banana Wars

- 1903 – Philippine-American War, Banana Wars

- 1904 – Philippine-American War, Banana Wars

- 1905 – Philippine-American War, Banana Wars

- 1906 – Philippine-American War, Banana Wars

- 1907 – Philippine-American War, Banana Wars

- 1908 – Philippine-American War, Banana Wars

- 1909 – Philippine-American War, Banana Wars

- 1910 – Philippine-American War, Banana Wars

- 1911 – Philippine-American War, Banana Wars

- 1912 – Philippine-American War, Banana Wars

- 1913 – Philippine-American War, Banana Wars, New Mexico Navajo War

- 1914 – Banana Wars, U.S. invades Mexico

- 1915 – Banana Wars, U.S. invades Mexico, Colorado Paiute War

- 1916 – Banana Wars, U.S. invades Mexico

- 1917 – Banana Wars, World War I, U.S. invades Mexico

- 1918 – Banana Wars, World War I, U.S invades Mexico

- 1919 – Banana Wars, U.S. invades Mexico

- 1920 – Banana Wars

- 1921 – Banana Wars

- 1922 – Banana Wars

- 1923 – Banana Wars, Posey War

- 1924 – Banana Wars

- 1925 – Banana Wars

- 1926 – Banana Wars

- 1927 – Banana Wars

- 1928 – Banana Wars

- 1930 – Banana Wars

- 1931 – Banana Wars

- 1932 – Banana Wars

- 1933 – Banana Wars

- 1934 – Banana Wars

- 1941 – World War II

- 1942 – World War II

- 1943 – Wold War II

- 1944 – World War II

- 1945 – World War II

- 1946 – Cold War (U.S. occupies the Philippines and South Korea)

- 1947 – Cold War (U.S. occupies South Korea, U.S. forces land in Greece to fight Communists)

- 1948 – Cold War (U.S. forces aid Chinese Nationalist Party against Communists)

- 1949 – Cold War (U.S. forces aid Chinese Nationalist Party against Communists)

- 1950 – Korean War, Jayuga Uprising

- 1951 – Korean War

- 1952 – Korean War

- 1953 – Korean War

- 1954 – Covert War in Guatemala

- 1955 – Vietnam War

- 1956 – Vietnam War

- 1957 – Vietnam War

- 1958 – Vietnam War

- 1959 – Vietnam War, Conflict in Haiti

- 1960 – Vietam War

- 1961 – Vietnam War

- 1962 – Vietnam War, Cold War (Cuban Missile Crisis; U.S. marines fight Communists in Thailand)

- 1963 – Vietnam War

- 1964 – Vietnam War

- 1965 – Vietnam War, U.S. occupation of Dominican Republic

- 1966 – Vietnam War, U.S. occupation of Dominican Republic

- 1967 – Vietnam War

- 1968 – Vietnam War

- 1969 – Vietnam War

- 1970 – Vietnam War

- 1971 – Vietnam War

- 1972 – Vietnam War

- 1973 – Vietnam War, U.S. aids Israel in Yom Kippur War

- 1974 – Vietnam War

- 1975 – Vietnam War

- 1979 – Cold War (CIA proxy war in Afghanistan)

- 1980 – Cold War (CIA proxy war in Afghanistan)

- 1981 – Cold War (CIA proxy war in Afghanistan and Nicaragua), First Gulf of Sidra Incident

- 1982 – Cold War (CIA proxy war in Afghanistan and Nicaragua), Conflict in Lebanon

- 1983 – Cold War (Invasion of Grenada, CIA proxy war in Afghanistan and Nicaragua), Conflict in Lebanon

- 1984 – Cold War (CIA proxy war in Afghanistan and Nicaragua), Conflict in Persian Gulf

- 1985 – Cold War (CIA proxy war in Afghanistan and Nicaragua)

- 1986 – Cold War (CIA proxy war in Afghanistan and Nicaragua)

- 1987 – Conflict in Persian Gulf

- 1988 – Conflict in Persian Gulf, U.S. occupation of Panama

- 1989 – Second Gulf of Sidra Incident, U.S. occupation of Panama, Conflict in Philippines

- 1990 – First Gulf War, U.S. occupation of Panama

- 1991 – First Gulf War

- 1992 – Conflict in Iraq

- 1993 – Conflict in Iraq

- 1994 – Conflict in Iraq, U.S. invades Haiti

- 1995 – Conflict in Iraq, U.S. invades Haiti, NATO bombing of Bosnia and Herzegovina

- 1996 – Conflict in Iraq

- 1998 – Bombing of Iraq, Missile strikes against Afghanistan and Sudan

- 1999 – Kosovo War

- 2001 – War on Terror in Afghanistan

- 2002 – War on Terror in Afghanistan and Yemen

- 2003 – War on Terror in Afghanistan, and Iraq

- 2004 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2005 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2006 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2007 – War on Terror in Afghanistan, Iraq, Pakistan, Somalia, and Yemen

- 2008 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2009 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2010 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2011 – War on Terror in Afghanistan, Iraq, Pakistan, Somalia, and Yemen;
  Conflict in Libya

- 2012 – War on Terror in Afghanistan, Iraq, Somalia, Syria and Yemen

- 2013 – War on Terror in Afghanistan, Iraq, Somalia, Syria and Yemen

All (DOD) defendant having full domination of the outcome over 44.5 "Million

Negro Slaves" herein, with Co-Defendant "Ku Klux Klan" GOP Republican Party

being white supremacy "Slave Master" of defendant (USA) in 2017 having

possession, custody, directly in 2017 control over  44.5 Million Plus Negro Slaves

Plaintiffs Black Lives Matter" military/civilian herein  this continue fraud by non-

disclosure manipulation of defendant "United States of America" racist murderous

1619 – 2013 Slavery Trade whites supremacy false propaganda criminal history

RICO presented before the COURT OF APPEALS FIFTH CIRCUIT as of this

under signed date defendant (USA) "wrongful" illegal in full possession of 25.4%

Negro Slave Military Plaintiff without "Legal Citizenship", Born between the

exact time frame 1619 - 7th day of February unto physical "Slavery Servitude" of

defendant "USA" et al being a Direct cause of action before the "court" this RICO

Slave Trade scam never ending racket with Co-Defendant", "Federal Reserve Bank

et al" since 1913 December "Profiteering" off Forced Negro Slave Military

Plaintiffs without "Legal Citizenship" against the peace, will, right for life, dignity

of said Negro Military Slave official human Property of defendant United States of

America et al, Military (DoD, USDOD, or DOD)

Civil conspire with Co-Defendant "United Nations", Co-Defendant NATO"

"World-Wide" Military force criminal RICO whites supremacy government

endeavor control by defendant GOP Republican party gang being in direct

possession, custody, physical control over said Plaintiff Slaves DNA Negro race

"legal" all Born between the exact time frame august 20th 1619 - 7th day of

February 2013

"Born" unto physical "Slavery Servitude" of defendant "USA" physically

scam into RICO paying monetary taxes to be "Enslaved" Forced Negro Slave

Military property of defendant "USA", Co-Defendant(s) "United Nations et al",

Co-Defendant NATO", Co-Defendant "Federal Reserve Bank et al" Co-

Defendant(s) Slave Trade Corporations et al…by the Race Profile current make up of Active Duty Force Service

% White % Minorities % Black % Other

Army

73.9 %

26.1 %

21.5 %

4.6 %

Navy

66.2 %

33.8 %

19.3 %

14.4 %

Marine Corps

83.7 %

16.3 %

11.1 %

5.2 %

Air Force

78.1 %

21.9 %

15.6 %

6.3 %

Coast Guard

82 %

18 %

6.1 %

11.9 %

Total

74.6 %

25.4 %

17.8 %

7.6 %

Each described defendant being "United States of America et al", and their

Department of Defense (DoD, USDOD, or DOD) Co-Defendant(s) "United

Nations et al", Co-Defendant NATO", Co-Defendant "Federal Reserve Bank et al"

Co-Defendant(s) Slave Trade Corporations et al (USA) et al listed herein having

full "whites supremacy" domination over 44.5 "Million Negro Slaves with Co-

Defendant "United Nations" and "NATO", being a direct agreed party to turn a

blind eyes of defendant International Violation of Crimes against Humanity, War

Crimes since 1865 direct at "Plaintiffs" approximately 44.5 Million Human Negro

DNA race non-citizenship in 2017 forever Slaves subject to non-stop whites

supremacy government sponsor no-less terrorizing, murder, discrimination, false

terms in forced slaves held in prison, being forced broke poverty stricken imposed

limbo slave status forever enslavement, even by Co-Defendant (DOD) Department

of Defense Navy Army, Air Force,  Marine Corps.,  Coast Guard, et al

   Defendant U.S. District Chief Judge Ron Clark, Defendant U.S. District Judge

Marcia A. Crone, Defendant U.S. District Judge Zack Hawthorn Defendant U.S.

District Judge David Hittner, Defendant U.S. District Judge Patrick A. Conmy U.S.

District Chief Judge Ron Clark, Defendant U.S. District Judge James E. "Jeb"

Boasberg , Defendant U.S. District Judge Keith F. Giblin Defendant U.S. District

Judge Melinda Sue (Furche) Harmon, Defendant U.S. District Judge Alfred H.

Bennett Defendant U.S. District Judge" Vanessa D. Gilmore,  Defendant U.S.

District Judge Kenneth M. Hoyt, and

   U.S. District Judge George C Hanks, Jr. in U.S. Docket No. 3:16-MC-00016

fully criminal RICO endeavor "Unit" acting under color of laws of a hostile

defendant whites supremacy committed to "Keeping the Pro Se Plaintiff Slave

Negro Louis Charles Hamilton, II (USN) United States Naval (Secret Service)

Intelligence Cmdr. #2712 in 2017  an official "Worthless Negro captive cargo"

Slave scuttled in Texas Federal Court official government Judicial decree court

records being forever not frivolous, nor far fetching but actual "under International

Law physical real "Merit" of crimes against humanity against  Plaintiff Black

Lives Matter being Military active duty in 2017  for this filing of a official

"Cease and Desist", TRO "Temporary Restraining Order" and Preliminary

Injunction" order to show cause…

**Wherefore** all stated above officially reincorporated and set forth in full force

herein Plaintiffs move for  "Cease and Desist Order", TRO "Temporary

Restraining Order", "Preliminary Injunction" , Order to show on Emergency

Application, with "Oral Argument" either defendant appear "pro se" or with

adequate legal counsel before the "Honorable Court", with a reply filed into court

records

1. Why each and every "Active Duty" Negro Slave Plaintiffs Cease and

   Desist", being returned to their "Homes" with full, pay and pension from

   said application of "fraudulent enlistment" was introduce,

2.  Why "TRO" "Temporary Restraining Order", remain as such until

   "Defendant" (USA) et al fully officially without any hidden agenda in

   whites supremacy criminal further intentions Grant Legal Citizenship to

   each 44.5 Million Captive enslaved, since exact dates of actual "living

   birth".

CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g) (1) (C) and 27 (d) (2)

(A), I certify that Plaintiff-Appellant Louis Charles Hamilton II

ORIGINAL PETITION FOR WRIT OF MANDAMUS

 (1) Was prepared using 14-point Times New Roman font;

(2) Is proportionally spaced; and

(3) Contains 5198 words

On this _____ Day of _____2017

_____

Public Notary

_____

Louis Charles Hamilton II, Cmdr. USN #2712

Pro Se Plaintiff/Appellee,

Certificate of Mailing Service

Chief Defendant "45th President Donald John Trump Sr., The Trump

Organization, 725 Fifth Avenue, New York, NY 10022 is the correct

mailing address on record with

CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g) (1) (C) and 27 (d) (2)

(A), I certify that Plaintiff-Appellant Louis Charles Hamilton II

ORIGINAL PETITION FOR WRIT OF MANDAMUS

(1) Was prepared using 14-point Times New Roman font;

(2) Is proportionally spaced; and

(3) Contains 5198 words

On this 25th Day of April 2017

Public Notary

Louis Charles Hamilton II, Cmdr. USN #2712

Pro Se Plaintiff/Appellee,

Certificate of Mailing Service

Chief Defendant "45th President Donald John Trump Sr., The Trump

Organization, 725 Fifth Avenue, New York, NY 10022 is the correct

mailing address on record with

UNITED STATES COURT OF APPEALS FIFTH CIRCUIT, and a true and correct copy of each document(s) and attached exhibit(s) described herein having been produce to said

Chief Defendant "45th President Donald John Trump Sr., United States District Judge Slave Negro George Carol Hanks, Jr. (born 1964) George C. Hanks, Jr. United States District Judge 601 Rosenberg, 6th Floor Galveston, TX 77550.

Cc:  Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Cc: Prime Minister Theresa Mary May

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

Plaintiff

Exhibit

A - 1

DD214

Military Discharge

Papers of

Pro Se Plaintiff

Louis Charles Hamilton

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID



**DD FORM 214**

PREVIOUS EDITIONS OF THIS
FORM ARE OBSOLETE

**CERTIFICATE OF RELEASE OR DISCHARGE
FROM ACTIVE DUTY**

| 1 NAME (Last, first, middle) | 2 DEPARTMENT, COMPONENT AND BRANCH | 3 SOCIAL SECURITY NO |
|---|---|---|
| HAMILTON LOUIS CHARLES | NAVY – USN | 467 35 2712 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5 DATE OF BIRTH | 6 PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| FR | E1 | 8 NOV 61 | HOUSTON, TEXAS |

| 7 LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8 STATION WHERE SEPARATED |
|---|---|
| USS DIXON (AS-37) | USS DIXON (AS-37) at SAN DIEGO, CA |

| 9 COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NA | AMOUNT $ 35 000  ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12 RECORD OF SERVICE | YEAR(s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| DG-9760 ELECTRICAL/MECHANICAL EQUIPMENT REPAIRMEN | a. Date Entered AD This Period | 80 | MAR | 12 |
| | b. Separation Date This Period | 82 | FEB | 12 |
| | c. Net Active Service This Period | 01 | 11 | 01 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 05 | 28 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 00 | 02 | 26 |
| | h. Effective Date of Pay Grade | 80 | SEP | 12 |
| | i. Reserve Oblig Term Date | NA | | |

| 13 DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| NONE |

| 14 MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| NONE |

| 15 MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16 HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17 DAYS ACCRUED LEAVE PAID 45. |
|---|---|---|

| 18 REMARKS |
|---|
| DD FORM 214N ISSUED: 12 FEB 82 |
| DISCHARGED: 12 FEB 82 |

| 19 MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 1811 12TH STREET PORT ARTHUR, TX 77640 | SENT TO TX DIR OF VET AFFAIRS ☒ YES ☐ NO |

| 21 SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| | R.L. DOWNEY, PNC, USN, ASST PERS OFF BYDIRCO |

**SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)**

| 23 TYPE OF SEPARATION | 24 CHARACTER OF SERVICE (Includes upgrades) |
|---|---|
| DISCHARGE | UNDER HONORABLE CONDITIONS (GENERAL) |

| 25 SEPARATION AUTHORITY | 26 SEPARATION CODE | 27 REENLISTMENT CODE |
|---|---|---|
| NAVOP 003/82 | JHJ | RE-4 |

| 28 NARRATIVE REASON FOR SEPARATION BURDEN TO COMMAND DUE TO SUBSTANDARD PERFORMANCE OR INABILITY TO ADAPT TO MILITARY SERVICE |
|---|

| 29 DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | LCH  LCH  INITIALS |

S/N 0102-LF-000 2140

SERVICE-2

Plaintiff

Exhibit

A-2

Slaver Freedom Paper

of

Pro Se Plaintiff

Louis Charles Hamilton

Cmdr. U.S. Navy II
2712

*I Louis Charles Hamilton II*

*(Born Nov 8 1961 Dni Los Angeles CA*

*U.S. Navy Vet, Secret Service #2112*

*Negro Pro Se Plaintiff Before*

*The United States Court of*

*Appeals Fifeth Circuit F. Edward*

*Hebert Building New Orleans.*

*L.A. 70130 - 3408 In the*

*Matter Hamilton VS. Trump Filed*

*12/22/2016 3:2016-mc-00003*

February 7, 2013

The Honorable C. Delbert Hosemann, Jr
Secretary of State
State of Mississippi
401 Mississippi St.
P.O. Box 136
Jackson, MS 39205

Dear Secretary of State Hosemann:

On behalf of the Archivist of the United States, I acknowledge receipt of Senate Concurrent
Resolution Number 547 Resolution, adopted by the Mississippi Senate on February 16, 1995 and
the Mississippi House of Representatives on March 16, 1995. With this action, the State of
Mississippi has ratified the 13th Amendment to the Constitution of the United States.

Sincerely,

*As stated Legal Being Free
and Negro standing
from United States of America*

CHARLES A. BARTH
Director of the Federal Register

*Slavery Servitude By the Signature of "Charles A. Barth
Director of Federal Register Dated February 7th 2013*

*Stephen Caldwell
Notary Public
State of Texas
Notary I.D. 126549...
My Comm. Expires Mar 15, 201...*

*Most this Jan 2017.*

*This Day 23rd of
Janury 2017
Notary*

*Louis Charles Hamilton II
Pro Se Plaintiff Louis Charles Hamilton II U.S. Navy*

Plaintiff

Exhibit

B

Lord Dunmore

7 Day of

November

Sixteenth Year of

His Majesty's Reign

By His Excellency the Right Honorable JOHN Earl of DUNMORE, His Majesty's Lieutenant and Governor General of the Colony and Dominion of Virginia, and Vice Admiral of the same.

# A PROCLAMATION.

AS I have ever entertained Hopes that an Accommodation might have taken Place between GREAT-BRITAIN and this Colony, without being compelled by my Duty to this most disagreeable but now absolutely necessary Step, rendered so by a Body of armed Men unlawfully assembled, firing on His Majesty's Tenders, and the formation of an Army, and that Army now on their March to attack His Majesty's Troops and destroy the well disposed Subjects of this Colony. To defeat such treasonable Purposes, and that all such Traitors, and their Abettors, may be brought to Justice, and that the Peace, and good Order of this Colony may be again restored, which the ordinary Course of the Civil Law is unable to effect; I have thought fit to issue this my Proclamation, hereby declaring, that until the aforesaid good Purposes can be obtained, I do in Virtue of the Power and Authority to ME given, by His Majesty, determine to execute Martial Law, and cause the same to be executed throughout this Colony: and to the end that Peace and good Order may the sooner be effected, I do require every Person capable of bearing Arms, to resort to His Majesty's STANDARD, or be looked upon as Traitors to His Majesty's Crown and Government, and thereby become liable to the Penalty the Law inflicts upon such Offences; such as forfeiture of Life, confiscation of Lands, &c. &c. And I do hereby further declare all indented Servants, Negroes, or others, (appertaining to Rebels,) free that are able and willing to bear Arms, they joining His Majesty's Troops as soon as may be, for the more speedily reducing this Colony to a proper Sense of their Duty, to His Majesty's Crown and Dignity. I do further order, and require, all His Majesty's Liege Subjects, to retain their Quitrents, or any other Taxes due or that may become due, in their own Custody, till such Time as Peace may be again restored to this at present most unhappy Country, or demanded of them for their former salutary Purposes, by Officers properly authorised to receive the same.

GIVEN under my Hand on board the Ship WILLIAM, off Norfolk, the 7th Day of November, in the sixteenth Year of His Majesty's Reign.

## DUNMORE.

(GOD save the KING.)

Image Credit: University of Virginia Library

# TRANSCRIPTION

By His Excellency the Right Honorable JOHN Earl of DUNMORE, His MAJESTY'S Lieutenant and Governor General of the Colony and Dominion of VIRGINIA, and Vice Admiral of the fame.

A PROCLAMATION.

As I have ever entertained Hopes that an Accommodation might have taken Place between GREAT-BRITAIN and this colony, without being compelled by my Duty to this moft difagreeable but now abfolutely neceffary Step, rendered fo by a Body of armed Men unlawfully affembled, bring on His MAJESTY'S [Tenders], and the formation of an Army, and that Army now on their March to attack His MAJESTY'S troops and deftroy the well difpofed Subjects of this Colony. To defeat fuch unreafonable Purpofes, and that all fuch Traitors, and their Abetters, may be brought to Juftice, and that the Peace, and good Order of this Colony may be again reftored, which the ordinary Courfe of the Civil Law is unable to effect; I have thought fit to iffue this my Proclamation, hereby declaring, that until the aforefaid good Purpofes can be obtained, I do in Virtue of the Power and Authority to ME given, by His MAJESTY, determine to execute Martial Law, and caufe the fame to be executed throughout this Colony: and to the end that Peace and good Order may the fooner be [effected], I do require every Perfon capable of bearing Arms, to [refort] to His MAJESTY'S STANDARD, or be looked upon as Traitors to His MAJESTY'S Crown and Government, and thereby become liable to the Penalty the Law inflicts upon fuch Offences; fuch as forfeiture of Life, confifcation of Lands, &c. &c. And I do hereby further declare all indentured Servants, Negroes, or others, (appertaining to Rebels,) free that are able and willing to bear Arms, they joining His MAJESTY'S Troops as foon as may be, for the more fpeedily reducing this Colony to a proper Senfe of their Duty, to His MAJESTY'S Leige Subjects, to retain their [Qui?rents], or any other Taxes due or that may become due, in their own Cuftody, till fuch Time as Peace may be again reftored to this at prefent moft unhappy Country, or demanded of them for their former falutary Purpofes, by Officers properly authorifed to receive the fame.

GIVEN under my Hand on board the ship WILLIAM, off NORPOLE, the 7th Day of NOVEMBER, in the SIXTEENTH Year of His MAJESTY'S Reign.

DUNMORE.

(GOD Save the KING.)

Plaintiff

Exhibit

C

Defendant Mississippi

FREE SLAVES Plaintiff

"Black Lives Matter" Inc 2013

February 7, 2013


The Honorable C. Delbert Hosemann, Jr
Secretary of State
State of Mississippi
401 Mississippi St.
P.O. Box 136
Jackson, MS 39205

Dear Secretary of State Hosemann:

On behalf of the Archivist of the United States, I acknowledge receipt of Senate Concurrent Resolution Number 547 Resolution, adopted by the Mississippi Senate on February 16, 1995 and the Mississippi House of Representatives on March 16, 1995.  With this action, the State of Mississippi has ratified the 13th Amendment to the Constitution of the United States.

Sincerely,

CHARLES A. BARTH
Director of the Federal Register