# UNITED STATES COURT OF APPEALS FIFTH CIRCUIT

## CASE NO. 17-40280

## **Order**

Plaintiff-Appellant Louis Charles Hamilton II

Vs.

Defendant 45th President Donald John Trump Sr.

This matter Plaintiff-Appellant Louis Charles Hamilton II Cmdr. USN #
2712 having come before the Court UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT upon Motion for "Cease and Desist", TRO "Temporary
Restraining Order" and "Preliminary Injunction" and "Order to Show Cause"
against Defendant 45th President Donald John Trump Sr. and Co-Defendant (DOD)
Department of Defense Navy Army, Air Force, Marine Corps., Coast Guard,
Defendant U. S. Armed Forces upon appeal U.S. Docket No. 3:16-MC-00016

Plaintiff-Appellant Louis Charles Hamilton II Cmdr. USN # 2712 alleges
contends, affirm and having direct dispute of a nature surrounding Motion for
"Cease and Desist", TRO "Temporary Restraining Order" and "Preliminary
Injunction" and "Order to Show Cause" against Defendant 45th President Donald
John Trump Sr. and Co-Defendant (DOD) Department of Defense Navy Army, Air

Force, Marine Corps., Coast Guard, Defendant U. S. Armed Forces upon appeal
U.S. Docket No. 3:16-MC-00016

Being held to a "Cease and Desist", TRO "Temporary Restraining Order"
and "Preliminary Injunction" being ban, and ineligible of DNA Negro Military
Slaves Plaintiffs herein concerning Military Plaintiffs of defendant (USA) being
13.2 percent of the defendant "USA" population, current in Defendant Army,
Navy, Air Force, Marine Corps, Coast Guard Physically (DOD) being Criminally
"Slave Traders" keeping "Plaintiffs enslaved during each of the following:

- Lee Resolution (1776)

- Declaration of Independence (1776)

- Articles of Confederation (1777)

- Treaty of Alliance with France (1778)

- Original Design of the Great Seal of the United States (1782)

- Treaty of Paris (1783)

- Virginia Plan (1787)

- Northwest Ordinance (1787)

- Constitution of the United States (1787)

- Federalist Papers, No. 10 & No. 51 (1787-1788)

- President George Washington's First Inaugural Speech (1789)

- Federal Judiciary Act (1789)

- Bill of Rights (1791)

- Patent for Cotton Gin (1794)

- President George Washington's Farewell Address (1796)

- Alien and Sedition Acts (1798)

- Jefferson's Secret Message to Congress Regarding the Lewis & Clark Expedition (1803)

- Louisiana Purchase Treaty (1803)

- Marbury v. Madison (1803)

- Treaty of Ghent (1814)

- McCulloch v. Maryland (1819)

- Missouri Compromise (1820)

- Monroe Doctrine (1823)

- Gibbons v. Ogden (1824)

- President Andrew Jackson's Message to Congress 'On Indian Removal' (1830)

- Treaty of Guadalupe Hidalgo (1848)

- Compromise of 1850 (1850)

- Kansas-Nebraska Act (1854)

- Dred Scott v. Sanford (1857)

- Telegram Announcing the Surrender of Fort Sumter (1861)

- Homestead Act (1862)

- Pacific Railway Act (1862)

- Morrill Act (1862)

- Emancipation Proclamation (1863)

- War Department General Order 143: Creation of the U.S. Colored Troops (1863)

- Gettysburg Address (1863)

- Wade-Davis Bill (1864)

- President Abraham Lincoln's Second Inaugural Address (1865)

- Articles of Agreement Relating to the Surrender of the Army of Northern Virginia (1865)

- 13th Amendment to the U.S. Constitution: Abolition of Slavery (1865)

- Check for the Purchase of Alaska (1868)

- Treaty of Fort Laramie (1868)

- 14th Amendment to the U.S. Constitution: Civil Rights (1868)

- 15th Amendment to the U.S. Constitution: Voting Rights (1870)

- Act Establishing Yellowstone National Park (1872)

- Thomas Edison's Patent Application for the Light Bulb (1880)

- Chinese Exclusion Act (1882)

- Pendleton Act (1883)

- Interstate Commerce Act (1887)

- Dawes Act (1887)

- Sherman Anti-Trust Act (1890)

- Plessy v. Ferguson (1896)

- De Lôme Letter (1898)

- Joint Resolution to Provide for Annexing the Hawaiian Islands to the United States (1898)

- Platt Amendment (1903)

- Theodore Roosevelt's Corollary to the Monroe Doctrine (1905)

- 16th Amendment to the U.S. Constitution: Federal Income Tax (1913)

- 17th Amendment to the U.S. Constitution: Direct Election of U.S. Senators (1913)

- Keating-Owen Child Labor Act of 1916 (1916)

- Zimmermann Telegram (1917)

- Joint Address to Congress Leading to a Declaration of War Against Germany (1917)

- President Woodrow Wilson's 14 Points (1918)

- 19th Amendment to the U.S. Constitution: Women's Right to Vote (1920)

- Boulder Canyon Project Act (1928)

- Tennessee Valley Authority Act (1933)

- National Industrial Recovery Act (1933)

- National Labor Relations Act (1935)

- Social Security Act (1935)

- President Franklin Roosevelt's Radio Address unveiling the second half of the New Deal (1936)

- President Franklin Roosevelt's Annual Message (Four Freedoms) to Congress (1941)

- Lend-Lease Act (1941)

- Executive Order 8802: Prohibition of Discrimination in the Defense Industry (1941)

- Joint Address to Congress Leading to a Declaration of War Against Japan (1941)

- Executive Order 9066: Resulting in the Relocation of Japanese (1942)

- General Dwight D. Eisenhower's Order of the Day (1944)

- Servicemen's Readjustment Act (1944)

- Manhattan Project Notebook (1942)

- Surrender of Germany (1945)

- United Nations Charter (1945)

- Surrender of Japan (1945)

- Truman Doctrine (1947)

- Marshall Plan (1948)

- Press Release Announcing U.S. Recognition of Israel (1948)

- Executive Order 9981: Desegregation of the Armed Forces (1948)

- Armistice Agreement for the Restoration of the South Korean State (1953)

- Senate Resolution 301: Censure of Senator Joseph McCarthy (1954)

- Brown v. Board of Education (1954)

- National Interstate and Defense Highways Act (1956)

- Executive Order 10730: Desegregation of Central High School (1957)

- President Dwight D. Eisenhower's Farewell Address (1961)

- President John F. Kennedy's Inaugural Address (1961)

- Executive Order 10924: Establishment of the Peace Corps. (1961)

- Transcript of John Glenn's Official Communication with the Command Center (1962)

- Aerial Photograph of Missiles in Cuba (1962)

- Test Ban Treaty (1963)

- Official Program for the March on Washington (1963)

- Civil Rights Act (1964)

- Tonkin Gulf Resolution (1964)

- Social Security Act Amendments (1965)

- Voting Rights Act (1965)

- 1777 – American Revolutionary War, Chickamauga Wars, Second Cherokee War, Pennamite -Yankee War

- 1778 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1779 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1780 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1781 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1782 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1783 – American Revolutionary War, Chickamauga Wars, Pennamite-Yankee War

- 1784 – Chickamauga Wars, Pennamite-Yankee War, Oconee War

- 1785 – Chickamauga Wars, Northwest Indian War

- 1786 – Chickamauga Wars, Northwest Indian War

- 1787 – Chickamauga Wars, Northwest Indian War

- 1788 – Chickamauga Wars, Northwest Indian War

- 1789 – Chickamauga Wars, Northwest Indian War

- 1790 – Chickamauga Wars, Northwest Indian War

- 1791 – Chickamauga Wars, Northwest Indian War

- 1792 – Chickamauga Wars, Northwest Indian War

- 1793 – Chickamauga Wars, Northwest Indian War

- 1794 – Chickamauga Wars, Northwest Indian War

- 1795 – Northwest Indian War

- 1798 – Quasi-War

- 1799 – Quasi-War

- 1800 – Quasi-War

- 1801 – First Barbary War

- 1802 – First Barbary War

- 1803 – First Barbary War

- 1804 – First Barbary War

- 1805 – First Barbary War

- 1806 – Sabine Expedition

- 1810 – U.S. occupies Spanish-held West Florida

- 1811 – Tecumseh's War

- 1812 – War of 1812, Tecumseh's War, Seminole Wars, U.S. occupies
  Spanish-held Amelia Island and other parts of East Florida

- 1813 – War of 1812, Tecumseh's War, Peoria War, Creek War, U.S.
  expands its territory in West Florida

- 1814 – War of 1812, Creek War, U.S. expands its territory in Florida, Anti-
  piracy war

- 1815 – War of 1812, Second Barbary War, Anti-piracy war

- 1816 – First Seminole War, Anti-piracy war

- 1817 – First Seminole War, Anti-piracy war

- 1818 – First Seminole War, Anti-piracy war

- 1819 – Yellowstone Expedition, Anti-piracy war

- 1820 – Yellowstone Expedition, Anti-piracy war

- 1821 – Anti-piracy war (see note above)

- 1822 – Anti-piracy war (see note above)

- 1823 – Anti-piracy war, Arikara War

- 1824 – Anti-piracy war

- 1825 – Yellowstone Expedition, Anti-piracy war

- 1827 – Winnebago War

- 1831 – Sac and Fox Indian War

- 1832 – Black Hawk War

- 1833 – Cherokee Indian War

- 1834 – Cherokee Indian War, Pawnee Indian Territory Campaign

- 1835 – Cherokee Indian War, Seminole Wars, Second Creek War

- 1836 – Cherokee Indian War, Seminole Wars, Second Creek War, Missouri-Iowa Border War

- 1837 – Cherokee Indian War, Seminole Wars, Second Creek War, Osage Indian War, Buckshot War

- 1838 – Cherokee Indian War, Seminole Wars, Buckshot War, Heatherly Indian War

- 1839 – Cherokee Indian War, Seminole Wars

- 1840 – Seminole Wars, U.S. naval forces invade Fiji Islands

- 1841 – Seminole Wars, U.S. naval forces invade McKean Island, Gilbert Islands, and Samoa

- 1842 – Seminole Wars

- 1843 – U.S. forces clash with Chinese, U.S. troops invade African coast

- 1844 – Texas-Indian Wars

- 1845 – Texas-Indian Wars

- 1846 – Mexican-American War, Texas-Indian Wars

- 1847 – Mexican-American War, Texas-Indian Wars

- 1848 – Mexican-American War, Texas-Indian Wars, Cayuse War

- 1849 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Skirmish between 1st Cavalry and Indians

- 1850 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, California Indian Wars, Pitt River Expedition

- 1851 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, Yuma War, Utah Indian Wars, California Indian Wars

- 1852 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, Utah Indian Wars, California Indian Wars

- 1853 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Yuma War, Utah Indian Wars, Walker War, California Indian Wars

- 1854 – Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Skirmish between 1st Cavalry and Indians

- 1855 – Seminole Wars, Texas-Indian Wars, Cayuse War, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Yakima War, Winnas Expedition, Klickitat War, Puget Sound War, Rogue River Wars, U.S. forces invade Fiji Islands and Uruguay

- 1856 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Puget Sound War, Rogue River Wars, Tintic War

- 1857 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Utah War, Conflict in Nicaragua

- 1858 – Seminole Wars, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Mohave War, California Indian Wars, Spokane-Coeur d'Alene-Paloos War, Utah War, U.S. forces invade Fiji Islands and Uruguay

- 1859 Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, California Indian Wars, Pecos Expedition, Antelope Hills Expedition, Bear River Expedition, John Brown's raid, U.S. forces launch attack against Paraguay, U.S. forces invade Mexico

- 1860 – Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Paiute War, Kiowa-Comanche War

- 1861 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign

- 1862 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Dakota War of 1862,

- 1863 – American Civil War, Texas-Indian Wars, Southwest Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Colorado War, Goshute War

- 1864 – American Civil War, Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Cheyenne Campaign, Colorado War, Snake War

- 1865 – American Civil War, Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Colorado War, Snake War, Utah's Black Hawk War

- 1866 – Texas-Indian Wars, Navajo Wars, Apache Wars, California Indian Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Franklin County War, U.S. invades Mexico, Conflict with China

- 1867 – Texas-Indian Wars, Long Walk of the Navajo, Apache Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Comanche Wars, Franklin County War, U.S. troops occupy Nicaragua and attack Taiwan

- 1868 – Texas-Indian Wars, Long Walk of the Navajo, Apache Wars, Skirmish between 1st Cavalry and Indians, Snake War, Utah's Black Hawk War, Red Cloud's War, Comanche Wars, Battle of Washita River, Franklin County War

- 1869 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War

- 1870 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War

- 1871 – Texas-Indian Wars, Apache Wars, Skirmish between 1st Cavalry and Indians, Utah's Black Hawk War, Comanche Wars, Franklin County War, Kingsley Cave Massacre, U.S. forces invade Korea

- 1872 – Texas-Indian Wars, Apache Wars, Utah's Black Hawk War, Comanche Wars, Modoc War, Franklin County War

- 1873 – Texas-Indian Wars, Comanche Wars, Modoc War, Apache Wars, Cypress Hills Massacre, U.S. forces invade Mexico

- 1874 – Texas-Indian Wars, Comanche Wars, Red River War, Mason County War, U.S. forces invade Mexico

- 1875 – Conflict in Mexico, Texas-Indian Wars, Comanche Wars, Eastern Nevada, Mason County War, Colfax County War, U.S. forces invade Mexico

- 1876 – Texas-Indian Wars, Black Hills War, Mason County War, U.S. forces invade Mexico

- 1877 – Texas-Indian Wars, Skirmish between 1st Cavalry and Indians, Black Hills War, Nez Perce War, Mason County War, Lincoln County War, San Elizario Salt War, U.S. forces invade Mexico

- 1878 – Paiute Indian conflict, Bannock War, Cheyenne War, Lincoln County War, U.S. forces invade Mexico

- 1879 – Cheyenne War, Sheepeater Indian War, White River War, U.S. forces invade Mexico

- 1880 – U.S. forces invade Mexico

- 1881 – U.S. forces invade Mexico

- 1882 – U.S. forces invade Mexico

- 1883 – U.S. forces invade Mexico

- 1884 – U.S. forces invade Mexico

- 1885 – Apache Wars, Eastern Nevada Expedition, U.S. forces invade Mexico

- 1886 – Apache Wars, Pleasant Valley War, U.S. forces invade Mexico

- 1887 – U.S. forces invade Mexico

- 1888 – U.S. show of force against Haiti, U.S. forces invade Mexico

- 1889 – U.S. forces invade Mexico

- 1890 – Sioux Indian War, Skirmish between 1st Cavalry and Indians, Ghost Dance War, Wounded Knee, U.S. forces invade Mexico

- 1891 – Sioux Indian War, Ghost Dance War, U.S. forces invade Mexico

- 1892 – Johnson County War, U.S. forces invade Mexico

- 1893 – U.S. forces invade Mexico and Hawaii

- 1894 – U.S. forces invade Mexico

- 1895 – U.S. forces invade Mexico, Bannock Indian Disturbances

- 1896 – U.S. forces invade Mexico

- 1898 – Spanish-American War, Battle of Leech Lake, Chippewa Indian Disturbances

- 1899 – Philippine-American War, Banana Wars

- 1900 – Philippine-American War, Banana Wars

- 1901 – Philippine-American War, Banana Wars

- 1902 – Philippine-American War, Banana Wars

- 1903 – Philippine-American War, Banana Wars

- 1904 – Philippine-American War, Banana Wars

- 1905 – Philippine-American War, Banana Wars

- 1906 – Philippine-American War, Banana Wars

- 1907 – Philippine-American War, Banana Wars

- 1908 – Philippine-American War, Banana Wars

- 1909 – Philippine-American War, Banana Wars

- 1910 – Philippine-American War, Banana Wars

- 1911 – Philippine-American War, Banana Wars

- 1912 – Philippine-American War, Banana Wars

- 1913 – Philippine-American War, Banana Wars, New Mexico Navajo War

- 1914 – Banana Wars, U.S. invades Mexico

- 1915 – Banana Wars, U.S. invades Mexico, Colorado Paiute War

- 1916 – Banana Wars, U.S. invades Mexico

- 1917 – Banana Wars, World War I, U.S. invades Mexico

- 1918 – Banana Wars, World War I, U.S invades Mexico

- 1919 – Banana Wars, U.S. invades Mexico

- 1920 – Banana Wars

- 1921 – Banana Wars

- 1922 – Banana Wars

- 1923 – Banana Wars, Posey War

- 1924 – Banana Wars

- 1925 – Banana Wars

- 1926 – Banana Wars

- 1927 – Banana Wars

- 1928 – Banana Wars

- 1930 – Banana Wars
- 1931 – Banana Wars
- 1932 – Banana Wars
- 1933 – Banana Wars
- 1934 – Banana Wars
- 1941 – World War II
- 1942 – World War II
- 1943 – Wold War II
- 1944 – World War II
- 1945 – World War II
- 1946 – Cold War (U.S. occupies the Philippines and South Korea)
- 1947 – Cold War (U.S. occupies South Korea, U.S. forces land in Greece to fight Communists)
- 1948 – Cold War (U.S. forces aid Chinese Nationalist Party against Communists)
- 1949 – Cold War (U.S. forces aid Chinese Nationalist Party against Communists)
- 1950 – Korean War, Jayuga Uprising
- 1951 – Korean War
- 1952 – Korean War

- 1953 – Korean War

- 1954 – Covert War in Guatemala

- 1955 – Vietnam War

- 1956 – Vietnam War

- 1957 – Vietnam War

- 1958 – Vietnam War

- 1959 – Vietnam War, Conflict in Haiti

- 1960 – Vietam War

- 1961 – Vietnam War

- 1962 – Vietnam War, Cold War (Cuban Missile Crisis; U.S. marines fight

  Communists in Thailand)

- 1963 – Vietnam War

- 1964 – Vietnam War

- 1965 – Vietnam War, U.S. occupation of Dominican Republic

- 1966 – Vietnam War, U.S. occupation of Dominican Republic

- 1967 – Vietnam War

- 1968 – Vietnam War

- 1969 – Vietnam War

- 1970 – Vietnam War

- 1971 – Vietnam War

- 1972 – Vietnam War

- 1973 – Vietnam War, U.S. aids Israel in Yom Kippur War

- 1974 – Vietnam War

- 1975 – Vietnam War

- 1979 – Cold War (CIA proxy war in Afghanistan)

- 1980 – Cold War (CIA proxy war in Afghanistan)

- 1981 – Cold War (CIA proxy war in Afghanistan and Nicaragua), First Gulf of Sidra Incident

- 1982 – Cold War (CIA proxy war in Afghanistan and Nicaragua), Conflict in Lebanon

- 1983 – Cold War (Invasion of Grenada, CIA proxy war in Afghanistan and Nicaragua), Conflict in Lebanon

- 1984 – Cold War (CIA proxy war in Afghanistan and Nicaragua), Conflict in Persian Gulf

- 1985 – Cold War (CIA proxy war in Afghanistan and Nicaragua)

- 1986 – Cold War (CIA proxy war in Afghanistan and Nicaragua)

- 1987 – Conflict in Persian Gulf

- 1988 – Conflict in Persian Gulf, U.S. occupation of Panama

- 1989 – Second Gulf of Sidra Incident, U.S. occupation of Panama, Conflict in Philippines

- 1990 – First Gulf War, U.S. occupation of Panama

- 1991 – First Gulf War

- 1992 – Conflict in Iraq

- 1993 – Conflict in Iraq

- 1994 – Conflict in Iraq, U.S. invades Haiti

- 1995 – Conflict in Iraq, U.S. invades Haiti, NATO bombing of Bosnia and Herzegovina

- 1996 – Conflict in Iraq

- 1998 – Bombing of Iraq, Missile strikes against Afghanistan and Sudan

- 1999 – Kosovo War

- 2001 – War on Terror in Afghanistan

- 2002 – War on Terror in Afghanistan and Yemen

- 2003 – War on Terror in Afghanistan, and Iraq

- 2004 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2005 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2006 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2007 – War on Terror in Afghanistan, Iraq, Pakistan, Somalia, and Yemen

- 2008 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2009 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2010 – War on Terror in Afghanistan, Iraq, Pakistan, and Yemen

- 2011 – War on Terror in Afghanistan, Iraq, Pakistan, Somalia, and Yemen; Conflict in Libya
- 2012 – War on Terror in Afghanistan, Iraq, Somalia, Syria and Yemen
- 2013 – War on Terror in Afghanistan, Iraq, Somalia, Syria and Yemen

Plaintiffs "Black Lives Matter" physically current being (Military Slaves) as stated herein within the Jurisdiction of defendant (USA) regarding among many serious allegations against primary first" Chief Defendant 45[th] President Donald John Trump Sr.-Appellees,

UNITED STATES COURT OF APPEALS FIFTH CIRCUIT Court having reviewed the motion and related papers; and supporting exhibit A- C with due and proper notice of the Motion having been provided; to Defendant 45th President Donald John Trump Sr.-Appellees and after due deliberation and sufficient cause appearing therefore, the UNITED STATES COURT OF APPEALS FIFTH CIRCUIT Court finds that the motion should be GRANTED as described in its fullest format.

1.

1. It is Order:  Each and every "Active Duty" Negro Slave Plaintiffs fully Cease and Desist", serving for defendant Military services of (DOD)

Department of Defense Navy Army, Air Force, Marine Corps., Coast Guard, Defendant U. S. Armed Forces et al

2. It is Order:  Each and every "Active Duty" Negro Slave Plaintiffs fully being returned to their "Homes" with full, pay and pension from said application of "fraudulent enlistment" was introduce, by defendant Military services of (DOD) Department of Defense Navy Army, Air Force, Marine Corps., Coast Guard, Defendant U. S. Armed Forces et al

3.  It is Order:  "TRO" "Temporary Restraining Order", remain as such until "Defendant" (USA) et al fully officially without any hidden agenda in whites supremacy criminal further intentions Grant Legal Citizenship to each 44.5 Million Captive enslaved, since exact dates of actual "living birth" of "fraudulent enlistment" was introduce, by defendant (USA) collective Military services of (DOD) Department of Defense Navy Army, Air Force, Marine Corps., Coast Guard, Defendant U. S. Armed Forces et al

4. It is Order:  Defendant 45th President Donald John Trump Sr. and Co-Defendant (DOD) Department of Defense Navy Army, Air Force, Marine Corps., Coast Guard, Defendant U. S. Armed Forces herein "show cause" before the "court" on a hearing with "Oral Argument" why Plaintiffs Black Lives Matter fully under law and equity of "United States of America" not enjoying the execution by this "court" of all provision of 1 – 4 as stated

above and official filing a reply/response with the Plaintiffs Black Lives

"Pro Se Plaintiff-Appellant Louis Charles Hamilton II" Cmdr. USN # 2712

Matter c/o collectively Current active duty Slaves since 2013 of Defendant

U. S. Armed Forces

LET JUDGMENT BE ENTERED Accordingly.

Enter this _____day of _____, 2017

_____

UNITED STATES COURT OF APPEALS FIFTH CIRCUIT