United States District Court For The Southern District of Texas

Clerk of Court David J. Bradley, et al

515 Rusk St, Houston, TX 77002

JUL 17 2017

David J. Bradley, Clerk of Court

    I have mail AFFIDAVITS of Probable Cause Issuance of an ARREST WARRANT Chief Defendant" Defendant Ron Clark, U.S. District Judge with Co-Defendant(s) Keith F. Giblin U.S. Magistrate Judge John M. Bates U.S. Attorney, Andrea L. Parker Assistant U.S. Attorney U.S. Docket No. 3:17-MC-00003

    Black Lives Matter vs. Donald John Trump Sr. 45th President et al, with AFFIDAVITS of Probable Cause Issuance of an ARREST WARRANT Defendant Charles R. Norgle, U.S. District Judge with

    Co-Defendant(s) EASTERBROOK, Chief Judge, and POSNER and MANION, Circuit Judges In the United States Court of Appeals For the Seventh Circuit "collectively" to Houston Division, which request these document be mailed to (Galveston Division) for the case is filed there

On this 14th Day of July 2017

_____ Respectfully

Pro Se Slave Negro Louis Charles Hamilton II

Cmdr. (USN), 832-894-9465 832-344-7134

2724 61st street Ste. I-B Galveston, Texas. 77551

Cmdr.bluefin@gmail.com   louishamilton2015@gmail.com