In The United States District Court

For The Southern District of Texas

Black Lives Matter

Vs.                                   U.S. Docket No. 3:17-MC-00003

Donald John Trump Sr. 45th President

United States of America et al

Defendant(s)

*United States Courts*
*Southern District of Texas*
*FILED*
*AUG 2 3 2017*
*David J. Bradley, Clerk of Court*

  Before the Court There is no court transcripts to request to be attached to

this appeal, U.S. Docket No. 3:17-MC-00003 the case as always "frozen from

Slaves Actually being in a honest court freed to "speak before justice Since

"Dred Scott" #**Dred** #**Scott** v. #Sandford, 60 U.S. 393 (1857) physically legally in

law and equity in 2017 denied the same "proceeding" in growth being official 44.5

Million "Plaintiffs "Black Lives Matter" vs. Donald John Trump Sr. 45th President

et al,

On this ____ Day of _____ 2017

Black Lives Matter

Pro Se Slave Negro Louis Charles Hamilton II

Cmdr. (USN), # 2712

832-894-9465 832-344-7134

2724 61st street Ste. I-B Galveston, Texas. 77551

Cmdr.bluefin@gmail.com  louishamilton2015@gmail.com

Cc: Office of the United Nations High Commissioner for Human Rights (OHCHR)

Palais Wilson 52 rue des Pâquis CH-1201 Geneva, Switzerland

**Cc: International Criminal Court,** Oude Waalsdorperweg 10, 2597 AK Den

Haag, Netherlands

CC: Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Cc: Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur

Philip Louis)

Cc: Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Cc: Prime Minister Theresa Mary May

The British Consulate 1301 Fannin Street Houston Texas 77002-701

Cc: 44th President Barack Obama