$0.47 US POSTAGE FIRST-CLASS
062S0009564775
77551
B44670 15

HOUSTON TX 770
22 AUG '17
PM 4 L

United States Courts
Southern District of Texas
FILED

AUG 23 2017

David J. Bradley, Clerk of Court

US Clerk of Court
District Court of Texas
601 Rosenberg, 6th Floor
Galveston, Texas 77550

[Return address, handwritten, partially illegible:]
Joe Oliver [?]
2124 61st [?] West 4528
Galveston, Texas 77550